IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

P.O. Box 711
Montgomery, AL 36130

DERICK COX, Pro se
Full name and prison number of plaintiff(s) AIS 140603
Similar Situated Plaintiffs

v.

The D.O.C. Prison Commissioner, And (PMS) Prison Medical Services, Defendants

Name of person(s) who violated your constitutional rights.
(List the names of all the persons)
Similar Situated Defendants

\* Jurisdiction I.
Invoked 28 USC. 2201 & 2202
FRCP Rule 57

CIVIL ACTION NO. 2:06CV989-M-H
(To be supplied by the Clerk of the U.S. District Court)

\* Jurisdiction II
Invoked under Acts 1871 of Alabama Code 12-11-30 Civil Subsection, of 42 USC. 1983, of 18 USC. 242.
FRCP Rule 56(e), FRCP Rule 23(a)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? Yes ( ) No (X)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? Yes ( ) No (X)

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:
Plaintiff(s) The Above defendant was Neglect
In failure to Put Shower Mats In
Defendant(s) Shower, That failure caused the
Plaintiff Injury, to give Rise 1983

2. Court (if federal court, name the district; if state court, name the county)
_____

3. Docket No. CV

4. Name of Judge to whom case was assigned /s/

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? *Pursuant FRCP Rule 56(e)*

6. Approximate date of filing lawsuit *October 31, 2006*

7. Approximate date of disposition *477 U.S. At 2510*

II. PLACE OF PRESENT CONFINEMENT *P.O. Box 5107 Unionsprings, AL. 36089*

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED *The Prison Shower Area*

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                                         ADDRESS

1. *The Prison Commissioner over D.O.C.*
2. *was Negligent in failing to place*
3. *Rubber safty mats in Shower*
4. *And same negliance, Contributed*
5. *to The Plaintiff, Lower and upper*
6. *Spine area, approx: location of Injury*
   *for A.d.A. Acts 1990*

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED *October 24, 2006*

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: *Inadequate medical care or Treatment for back injury after fall.*

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
*Pursuant FRCP Rule 8(a)(2) the Plaintiff was taking a Shower on October 24, 2006 when his feets flew from under him, to cause upper and Lower spinal Cord, or Back Injury*

*See Attach: Count one and Two:*

- 2 -

\* GROUND TWO: Inadequate Shower Area Constituted Count ONE:

SUPPORTING FACTS: did Contribute to Plaintiff Serias Back Injury, where Both D.O.C. And PMS, And Prison Commissioner

GROUND THREE: Was Negilant, In failure to Place

\* SUPPORTING FACTS: Safty Rubber Shower mats In Shower did Subject the Plaintiff to Cruel and Unjust Suffering, Due to Lack of Proper Shower mats.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

The Plaintiff, Seek Six million dollars for Failure of The Prison medical Staff To Allow The Plaintiff Any Pain Medication Violated 429 U.S. At 106

/s/ Derick Cox
Signature of plaintiff(s)

/s/ Derick Cox

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on October 31, 2006
(date)

Derick Cox #140603
Signature of plaintiff(s)
P.O. Box 5107
union springs, AL.
36089

\* Count Two:
The Plaintiff Alledged that All defendants was Deliberate Indifferent to His medical needs where due to the defendants Negilance As [W]Hole In failure to Place Safty Rubber mats In the Shower, i.e. Prevent falls, or Harm to other Inmates, Did Violate 8th Amendment Acts of the A.d.A. (The American Disibility Act 990) the Plaintiff Seek 15 million In Count Two for His unnecessary Pain and Suffering from fall In Shower, while In Defendants care 101 S.ct 2826-27

-3-