| State of Alabama Unified Judicial System | **AFFIDAVIT of SUBSTANTIAL HARDSHIP and ORDER** | Case Number |
|---|---|---|
| Form C-10 Page 1 of 2    Rev. 2/95 | | 2:06cv989-H |

IN THE _United States Middle District_ COURT OF _Montgomery County_ ALABAMA
  (Circuit, District, or Municipal)         (Name of County or Municipality)

STYLE OF CASE: _Derick Cox, 140603_ v. _Prison Commissioner, et al_
                 Plaintiff(s)                    Defendant(s)

TYPE OF PROCEEDING: _42 USC 1983_   CHARGE(S) (if applicable): _18 USC 242_

☒ **CIVIL CASE** -- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☒ **CIVIL CASE** -- (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the Court appoint one for me.

☐ **CRIMINAL CASE** -- I am financially unable to hire an attorney and request that the Court appoint one for me.

☐ **DELINQUENCY/NEED OF SUPERVISION** - I am financially unable to hire an attorney and request that the Court appoint one for my child/me.

**AFFIDAVIT** _Image the Age of Twenty one_

**SECTION I.**

1. **IDENTIFICATION**
   Full Name _Derick Cox, 140603 Prose_        Date of Birth ___
   Spouse's Full Name (if married) ___
   Complete Home Address _P.O. Box 5107, Bullock Correctional Facility_
   Number of People Living in Household ___
   Home Telephone No. ___
   Occupation/Job ___         Length of Employment ___
   Driver's License Number ___     * Social Security Number ___
   Employer ___              Employer's Telephone No. ___
   Employer's Address ___

2. **ASSISTANCE BENEFITS**
   Do you or anyone residing in your household receive benefits from any of the following sources? (if so, please check those which apply.)
   ☐ AFDC _NO_   ☐ Food Stamps _NO_   ☐ SSI _NO_   ☐ Medicaid _NO_   ☐ Other _None_

3. **INCOME/EXPENSE STATEMENT**
   Monthly Gross Income:
     Monthly Gross Income
     Spouse's Monthly Gross Income (unless a marital offense)
     Other Earnings: Commissions, Bonuses, Interest Income, etc.
     Contributions from Other People Living in Household
     Unemployment/Workmen's Compensation,
     Social Security, Retirement, etc.
     Other Income (be specific) _None_         $ _None_

   **TOTAL MONTHLY GROSS INCOME**                $ _None_

Monthly Expenses:
  A. Living Expenses                            $ _None_
     Rent/Mortgage
     Total Utilities: Gas, Electricity, Water, etc.
     Food
     Clothing
     Health Care/Medical
     Insurance
     Car Payment(s)/Transportation Expenses
     Loan Payment(s)

_Retroactive Imprisonment 2006_

* OPTIONAL

| Form C-10 Page 2 of 2   Rev. 2/95 | AFFIDAVIT of SUBSTANTIAL HARDSHIP and ORDER | Case Number |

**Monthly Expenses:** (cont'd from page 1)
   Credit Card Payment(s)
   Educational/Employment Expenses
   Other Expenses (be specific) _____  *None*

   Sub-Total  *None*                                        A $ *None*

B. Child Support Payment(s)/Alimony                        $ _____

   Sub-Total  *None*                                        B $ *N/A*

C. Exceptional Expenses  *None*                             $ _____

   **TOTAL MONTHLY EXPENSES** (add subtotals from A & B monthly only)   $ *N/A*

Total Gross Monthly Income less total monthly expenses:
   **DISPOSABLE MONTHLY INCOME**                            $ *N/A*

4. **LIQUID ASSETS:**
   Cash on Hand/Bank (or otherwise available such as stocks, bonds, certificates of deposit)   $ _____

   Equity in Real Estate (value of property less what you owe)   _____

   Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishings, jewelry, tools, guns less what you owe)   _____

   Other (be specific) Do you own anything else of value? ☐ Yes ☐ No
   (land, house boat, TV, stereo, jewelry)
   If so, describe _____

   *None*

   **TOTAL LIQUID ASSETS**                                  $ *None*

5. **Affidavit/Request**
   I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the Court or its authorized representative to attain records or information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the Court appoints an attorney to represent me, the Court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

   Sworn to and subscribed before me this

   _____ day of _____ 2006              /s/ *Derick Cox*
                                              Affiant's Signature
                                              *P.O. Box 5107, Union Springs, AL 36089*
   _____                 Print or Type Name
   Judge/Clerk/Notary

**SECTION II.**                  **ORDER OF COURT**

IT IS THEREFORE, ORDERED AND ADJUDGED BY THIS COURT AS FOLLOWS:

☐ Affiant is not indigent and request is DENIED.

☒ Affiant is partially indigent and able to contribute monetarily toward his defense; therefore, defendant is ordered to pay $ _____ *(If suit won)*
   toward the anticipated cost of appointed counsel. Said amount is to be paid to the Clerk of Court or as otherwise ordered and disbursed as follows: _____

☐ Affiant is indigent and request is GRANTED.
☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____, is hereby appointed as counsel to represent affiant.

IT IS FURTHER ORDERED AND ADJUDGED that the Court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the Court and paid to the appointed counsel, and costs of court.

Done this _____ day of _____ *2006*

_____
Judge