**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.

Prison Medical Services
105 Westpark Drive
Suite 200
Brentwood, TN 37027

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X R. Sn_____   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   R. Saner
C. Date of Delivery   11-6-06

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

06cv989

Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0002 3461 4285

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540