| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the... | A. Signature<br>X *Kay P. Hope* ☑ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| Richard Allen<br>DOC Prison Commissioner<br>301 South Ripley<br>Montgomery, AL 36104 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>06cv989<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0002 3461 4292 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |