
EXHIBIT "C"

IN THE UNITED STATES
DISTRICT COURT FOR THE
MIDDLE District U.S. Court

DERICK COX, Plaintiff )
Simiular Situated, etal; )
vs )  CIVIL ACTION NO
RICHARD ALLEN, etal; )  2:06 CV-989-MHT
Simiular Situated DEFENDANTS )

SECOND an first Set
OF Admissions
F.R.C.P Rule 36, of 56(e) ON
Personal Knowledge

Q - Question ] eg.
A - Answer ]

1 Q - The defendants Is Requested [to]
Admit, AS Richard Allen did HE
Know The Bullock Correction facility
Did Not, Have SAFtefy Shower
mats, and same, did Cause ***
The Plaintiff to Fall and Injury
His Self.
   Check Box: ☐     Check Box ☐ NO

-1-

Q-2) The defendants Are Requested to Admit when the failure to Provide safty mats did, (6 4 2 code 1975) Cause, the Plaintiff Injury for Libility Check Box ☐ yes check Box ☐ NO

Q-3) The defendants Are Requested FRCP Rule 36 to Admit, ~~that~~ they Know they the defendants, Are Beening Suyed under, 42 U.S.C. 1983 – 1985 Check Box ☐ yes check Box ☐ NO.

Q 4) The defendants Are Requested, to Admit, that The failure to Provide Proper Medical Care to Plaintiff was the, approximate Result of Both defendants Beening deliberate Indifferent, to the Plaintiff Medical Needs.
Check Box ☐ yes
Check Box ☐ NO

Q-5) The defendants Are Requested to Admit that The failure to Provide, Proper Shower mats was the approximate Cause of Plaintiff Injury check Box ☐ yes or ☐

- 2 -

Q6) THE Defendant Richard Allen Is Requested to Admit he Is the Prison Commissioner OVER All State Prison Check Box [ ] Yes Check Box [ ] NO

Q7) The defendants Are Requested to Admit that the Defendants Had knowledge that All Shower At Bullock does ~~~~ Fail to Provide Proper Shower mats WAS the approximate cause of Plaintiff Injury

Check Box [ ] Yes Check Box [ ]

Q8) The defendant Richard Allen Is Requested to Admit that the Plaintiff Seek Punitive Damages for Provision 28 U.S.C. 2201, Check Box [ ] Yes Check Box [ ] NO

Q 9) The defendant, with then, the meaning of MONELL vs United State Social Services Are Requested to Admit They Are A Person, for PHS (Prison Health Services) Inc.,
Check Box ☐ yes
Check Box ☐ NO

Q 10) the defendants As [A] [W]Hole Are Requested to Admit that they dont mind Paying the Plaintiff (6 millions) for their Negilance admissions In Failing to Provide Proper Safty mnts At Julia Tuckwiler, and Bullock did Both Contribute to All defendants Beening Deliberate Indifferent to Specific medical Needs, At 429 U.S. At 106

Defendant agree
Check Box ☐ yes
Defendant dont agree
Check Box ☐ NO

-4-

Q11) The Total Defendants Are Requested to Admit that they Has Caused the Plaintiff Emotional Distress, In Both Count ONE and TWO, for Reason the Defendant failed to Correct the Prison Hazard Did Cause Derick Cox #140603 Injury, And Same Is Punitive for 28 USC. 2201, of 461 US. At 75

Check Box ☐ Yes
Check Box ☐ No

Q12) The defendant Is Requested to Admit within Frcp Rule 36 That, Defendants Are Beening Retro Active Suyed for 21 million, for their deliberate Indifference, to Plaintiff Medical Needs, did Cause the Defendants to Be dEliberate Indifferent, to Proper medical Care did Cause the Tort 28 USC 1343, of 28 USC. 2671

Check Box ☐ Yes   Check Box ☐ No

-5-

Certificate of Service

I, Derick Cox #140603, did serve these admissions upon the Clerk of Records at P.O. Box 711, Montgomery, AL. Zipcode 36130, Done this Dec 7th Day 2006

By forward same to United State Clerk's office

/s/ Derick Cox #140603
P.O. Box 5107
Bullock Corr. Fac.
Union Springs, AL
36089

Proof of Service:

C/o Clerk office
C/o FRCP. Rule 23(a)
C/o Plaintiff & defendants:
with Similar Interest FRCP Rule 23(a)
FRCP Rule 56(e), And 36 Admissions:

-6-