IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DERRICK COX, #140603, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-989-MHT |
| | ) | |
| RICHARD ALLEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon review of the request for admissions addressed to defendant Allen filed by the plaintiff on December 11, 2006 (Court Doc. No. 9), which the court construes to contain a motion for leave to conduct discovery, and as the information sought by the plaintiff in the request for admissions is either irrelevant to disposition of the issues pending before this court or cumulative to the information previously provided by this defendant, it is

ORDERED that this motion be and is hereby DENIED.

Done this 13th day of December, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE