IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DERRICK COX, #140603, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-CV-989-MHT |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon review of the file, and for good cause, it is

ORDERED that no discovery requests be filed in this case without leave of court. The Clerk is DIRECTED to not accept for filing any discovery request or documents addressed to matters of discovery submitted without permission of the court.

Done this 13th day of December, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE