IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DERRICK COX, #140603, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-989-MHT |
| | ) | |
| RICHARD ALLEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon review of the request for admissions addressed to the medical defendant filed by the plaintiff on December 11, 2006 (Court Doc. No. 9), which the court construes to contain a motion for leave to conduct discovery, and as this defendant had not filed its written report at the time the plaintiff submitted his request, it is

ORDERED that this motion be and is hereby DENIED.

Done this 13th day of December, 2006.

_____/s/ Wallace Capel, Jr._____
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE