IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DERRICK COX, #140603, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-CV-989-MHT |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon review of the file, and as the orders entered on December 13, 2006 (Court Docs. No. 11 and No. 12) inadvertently contain the signature of Magistrate Judge Susan Russ Walker, it is

ORDERED that the aforementioned orders be stricken from the docket.

Done this 13th day of December, 2006.

                                                  /s/ Wallace Capel, Jr.
                                                  WALLACE CAPEL, JR.
                                                  UNITED STATES MAGISTRATE JUDGE