IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DERRICK COX, #140603, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 2:06-CV-989-MHT |
| RICHARD ALLEN, et al., | ) |
| Defendants. | ) |

## SUPPLEMENT TO SPECIAL REPORT AND ANSWER

COMES NOW the Defendant Richard Allen, by and through undersigned counsel in the above-styled action, and files this Supplement to Special Report and Answer that was filed on or about December 12, 2006. The Defendant states as follows:

1.   That the Plaintiff has alleged negligence in failing to place rubber safety mats in the prison showers. This failure led to subsequent injuries and inadequate medical care.

2.   That there was no official report, such as an institutional incident report, to substantiate the Plaintiff's claims. The Plaintiff was taken to the Health Care Unit on October 24, 2006, in a wheelchair by another inmate. The nursing staff saw the Plaintiff and conducted the physician, who ordered that the Plaintiff have x-rays. The x-rays were normal. (Exhibit c- Affidavit of Louis Boyd, Warden II, Bullock Correctional Office)

3.   That the Plaintiff was seen in the Health Care Unit. The nursing staff completed a body chart that should that there were no bruises or abrasions. The nursing staff contacted the physician, who prescribed medication, x-rays and heat compresses. The x-ray report was normal. The Plaintiff had several follow-up visits from November 6, 2006 until December 12, 2006. (Exhibit d – Affidavit of

1

Lynn Brown, Regional Clinical Nurse Manager)

Wherefore these premises considered, Defendant Allen prays that this Honorable Court will find that the Plaintiff is not entitled to any relief and this complaint should be dismissed.

Respectfully submitted,

/s/ Tara S. Knee
TARA S. KNEE (KNE003)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL

**ADDRESS OF COUNSEL:**

**ALABAMA DEPARTMENT OF CORRECTIONS**
**LEGAL DIVISION**
**301 S. RIPLEY STREET**
**P.O. BOX 301501**
**MONTGOMERY, AL 36130**
**(334) 353-3881**

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served upon:

Inmate Derrick Cox
AIS #140603
Bullock Correctional Facility
P.O. Box 5107
Union Springs, AL 36089-5107

by placing a copy of same in the United States Mail, first class postage prepaid and properly addressed this the 20th day of December, 2006.

/s/ Tara S. Knee
TARA S. KNEE (KNE003)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DERRICK COX, AIS#140603 ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No: 2:06-CV-989-MHT |
| ) | |
| RICHARD ALLEN, ET AL. ) | |
| ) | |
| Defendants ) | |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Louis Boyd, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Louis Boyd, and I am presently employed as a Correctional Warden II, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, Alabama 36089. I am over twenty-one (21) years of age.

Inmate Cox alleges to have fallen in the shower here at Bullock Correctional Facility on October 24, 2006. There is no official report (incident report) to substantiate inmate Cox's claim, however, on October 24, 2006, he was escorted in a wheelchair to the Infirmary, by an unidentified inmate. Cox was seen by the nursing staff, and had a follow-up X-ray performed on October 25, 2006 (see attached medical reports). Inmate Cox's X-rays were normal.



DEFENDANT'S
EXHIBIT
C

Page 2

Inmate Cox did not report his alleged fall to any DOC staff member for proper documentation. There is only his allegation that he slipped in the shower. Nonetheless, inmate Cox was provided proper care for the alleged (shower) injury.

_____
Louis Boyd

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the __13th__ day of December 2006.

_____
NOTARY PUBLIC

My Commission Expires: __2/24/2009__.

SEAL

**PHS** PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY: BCCF | ☐ SICK CALL ☐ EMERGENCY |
|---|---|---|---|
| 10/24/06 | 5:35 AM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☒ OUTPATIENT |

| ALLERGIES: NKA | CONDITION ON ADMISSION |
|---|---|
| | ☐ GOOD ☒ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

| VITAL SIGNS: TEMP 98° ORAL/RECTAL | RESP. 20 | PULSE 76 | B/P 110/74 | RECHECK IF SYSTOLIC <100> 50  N/A |

**NATURE OF INJURY OR ILLNESS**

S — "I fell in the shower and landed on my back."
O — Blk male escorted to HCU via W/C. Accomp by inmate — Alert & Oriented x3. Resp reg & unlabored. Color adeq. Skin warm & dry to touch. No bruises or abrasions.

A — Alteration in comfort.

P — MD Sides notified of pt condition. New ordered. Flexeril 10mg PO BID x10 days. Durresics tab ii PO TID x today. Apply warm compress to lower back area PRN.

**ABRASION** ////   **CONTUSION** #   **BURN** xx/xx   **FRACTURE** Z/Z   **LACERATION / SUTURES**

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | ☐ DOC ☐ AMBULANCE | CONDITION ON DISCHARGE |
|---|---|---|---|---|
| 10/24/06 | 6:40 AM | | | ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE 10/24/06 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Cox, Derrick | DOC# 140603 | DOB 1/7/63 | R/S B/M | FAC. BCCF |

PHS-MD-70007   (White – Record Copy, Yellow – Pharmacy Copy)

███████ DEPARTMENT OF CORRECTIONS

**RADIOLOGY SERVICES REQUEST AND REPORT**

INSTITUTION: BCCF

Name: C. R. Lemar
State ID No: 146603
DOB: 1-7-63
Race: B   Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Dr Sundig | 10/25/06 | 11:30 | | | |

HISTORY/DIAGNOSIS:

### X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | X LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

### REPORT

Cox

LUMBAR SPINE: The vertebrae are well aligned and show no evidence of any fracture or any destructive bone disease.
IMPRESSION: NORMAL STUDY.

D & T: 10-26-06 Thomas J. Payne, III, M.D./rr Board Certified Radiologist (Signature on file)

| X-RAY TECHNOLOGIST'S NAME (PRINT) | X-RAY TECHNOLOGIST'S SIGNATURE | DATE, TIME EXAM PERFORMED |
|---|---|---|
| | K. Brantree | 10-25-06 |

| RADIOLOGIST'S NAME (PRINT) | RADIOLOGIST'S SIGNATURE | DATE SIGNED |

IN THE UNITED STATES CIRCUIT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
P.O. BOX 711
Montgomery, Alabama 36130

Derick Cox, AIS 140603,    )
                           )
    Plaintiffs,            )
                           )
                           )    CASE NO. 2:06-CV-989-MHT
VS.                        )
                           )
Richard Allen, et al.,    )
                           )
    Defendants.            )

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at large personally appeared one Linda Brown, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Linda Brown, and I am presently employed as Regional Clinical Nurse Manager of the Office of Health Services for the Alabama Department of Corrections. My responsibilities include overseeing the clinical services at the major facilities in the state of Alabama. My past work includes 12 years of Correctional experience and administrative duties and 21years of nursing experience. I am over 21years of age.

Upon review of the medical records of Derick Cox (AIS #140603), the medical record reveals that Derick Cox stated that he fell in the shower and landed on his back on October 24, 2006. Inmate presented to the heath care unit in a wheel chair and was accompanied by another inmate. The nurse, Ms. Robbins, completed a body chart. The nurse writes that the inmate was alert and oriented. His respirations were regular and unlabored. His skin color noted as adequate, warm and dry to touch. No bruises or abrasions. Nurse Robbins notifies Dr. Siddiq and orders were received. The orders given were Flexeril 10mg by mouth twice daily for 10days; Percogesic (2) tablets by mouth three times daily for 10days; Apply warm heat compress to the lower back as needed. On October 25, 2006 morning Dr. Siddiq examined the inmate and ordered crutches for 30 days; Lay in pass for 10days; Bottle twice daily for 5 days; Advil 800mg by mouth three times daily for 10days; flexeril 10 mg twice daily for 10days; Lumbar spine x-ray; Follow up appointment in November. The x-ray report reveals normal study.



A follow up appointment with Dr. Siddiq on November 6, 2006 was scheduled and Dr. Siddiq ordered Advil 800mg by mouth three times daily; lay in for 20 days. A follow up appointment was scheduled for November 13, 2006 and Flexeril 10 mg twice daily for 10 days was ordered. November 27, 2006 follow up appointment and Dr. Siddiq ordered Lay in for 20days; flexeril 10 mg twice daily; Advil 800mg three times daily for 10 days. On December 6, 2006 Dr. Siddiq ordered Zantac 3000 mg by mouth daily for 180 days. On December 12, 2006 Dr. Siddiq ordered percogesic (2) tablets three times daily for 10 days; Flexeril 10 mg twice daily for 10 days.
To the best of my knowledge, the aforementioned facts are true and correct.

*Linda S. Brown*
LINDA S. BROWN

SWORN TO AND SUBSCRIBED BEFORE ME AND GIVEN UNDER MY HAND AND OFFICIAL SEAL THIS THE 20th DAY OF December, 2006.

NOTARY PUBLIC

My commission expires 06 Mar 08