IN THE United States federal
Court for the middle District
United States P.O. Box 711
Montgomery, AL. 36101

RECEIVED
2006 DEC 28  A 10: 13

Plaintiff Derrick Cox #148603 )
Similar Situated )
Plaintiffs )
)
) Civil Action No.
vs ) 2:06-CV-989-MTH
)
Richard Allen, the Head Personal )
over the Bullock Correctional )
to wit: Injury Area )
Defendants )

Supplement to Plaintiff Special Report
And Answer to, Inadequate Medical
Care, Pursuant 42 U.S.C. 1983 (1)(2)(3)(4)(5)
"Affidavidal"

1) Comes now the Plaintiff on special knowledge F.R.C.P. Rule 56(e) and does say the following, the Plaintiff who is over the age of twenty five admits that after his fall in the Bullock Shower Area on October 24, 2006,

2) where on the same date of discharge amounted to Inadequate medical care 429 U.S. at 106 citing Estelle vs. Gamble

-1-

supra.

3) the Plaintiff was In A "Coma state" of Shock, when discharge 10/24/06 approximate 5:35 PM) knowing that the PMS (Prison Medical Defendants) Had Been (deliberate Indifferent) that Is to His Retroactive medical Needs, 429 U.S. at 106

4)         Rising to the Level of Eighth Amendment

The Plaintiff was Seen By the medical defendants, who saw Him Prior to 5:35 PM But failed to Treat His Coma State of Injury, the Plaintiff Having Admitted to PMS (Nursing staff) that His Injuries were Internal, the same defendants Discharge the Plaintiff on Same Date 10/24/06 citing Sequently Retroactive Deliberate Indifference, At 429 at 106

- 2 -

5) On the Next day 10/25/06 After Complaining All Night the Plaintiff who Begged the D.O.C. Correctional Heads and or warden, that the Plaintiff DERRICK COX #140603 Needed speedy Medical care Having Been discharge 10/24/06 the Name Defendants All Became Libal 328 U.S. 640 (1946) ENRoute Are In futherance of A Conspiracy to Deny, All or Any, "Proper medical Care" The Plaintiff who knew He Had A Coloful Claims Against (Them) Are Those that would deny Proper medical Care to Injured Inmates

6) Made All Retroactive defendants Libal Enroute Are In futherance to Discharg Plaintiff on 10/24/06 to Cause Inadequate medical Care to Rise to the Eights Amendment 111 S.Ct. 2326-2327, where with Obtevery they conspired 403 U.S. At 88

-3-

7) When the Plaintiff Amended his 42 U.SC 1983, the Defendants only contended, that a wheel chair was the only comfort, that Plaintiff did see, And same Retroactive Inpatience did cause and out Patience, (2) Emotional distress

(B) that same Emotional distress, was the cause Irrapparable Insury

(C) On 10/24/06) the discharge caused "additional" Pain & Suffering For citation of Farmer V. Brennan Supra

(D) where By All defendants did Conspire to cause the ... unnecessary... "Pain" and

(E) Suffering; the Plaintiff Amended his Complaint, And Sought 100 million, too the Lying Defendant, Beening out Right Lier's Enroute His Medical Condition.

-4-

8) When all the defendant forgot the Plaintiff did Fell In The Bullock Shower, And Even If It was, the Plaintiff Caught, In Falling In Lieu, of (Non-Shower) mats In the Bullock Shower on 10/24/06 where the Insident Carried the Plaintiff medical Infirmary, where the Nurse On Duty, Applied Ice to the Plaintiff Back, And on Her Next off Day, Did Summon Plaintiff for His medical Needs 10/25/06

Riseing to Level of Eight Amendment
I
9) the Plaintiff Contends, their Actions that Is to Deny the Plaintiff of Proper medical needs, /on/ 10/25/06 Caused Inadequate medical defendants, to become Retroactive Libal 328 U.S. 640, (1946) Punitive Damages Proper for 429 U.S At 106 — Indifferences.

— 5 —

10) *Supplementable Statutes to Inadequate Medical Care, 42 USC 1983 (s)*

I

The Plaintiff has Prealledged under 28 USC 2671, etseq that defendants, were all deliberate Indifferent to His wheel Chair & Proper, medical needs (that never Happen) for Same Reason's, the Plaintiff Suyed the Bullock medical Doctor, And Alledged Proper Inadequate medical CARE for Admissions FRCP Rule 36, where only on Personal knowledge, the wheel Chair Taken___ Caused, "Emotional Distress"

II

11) The wood Cruches "Taken" Beaning the only support, to keep the Plaintiff from Falling, IN Loseing His Balance, IN Lieu of Specific Back Injuries, that Defendants did not want to Explain, "Discharge the Plaintiff on 10/24/06

- 6 -

<u>Certificate of Service</u>

On this December 26, 2006 I, <u>Derrick Cox #140603</u> did hereby serve a printed copy of these admissions on Tara S. Knee (KNE003) by placing same in United States Court House at P.O. Box 711 c/o Assistant Atty General

c/o Alabama Legal Div.
301 S. Ripley Street
Montgomery, AL. 36130

/s/ <u>Derrick Cox. 140603</u>
P.O. Box 5107
Bullock Prison
Union Springs, AL.
36089

Preamble: FRCP Rule 23(a)
c/o United States Clerk
of Record P.O. Box 711
Montgomery, AL.
36130

— 7 —