IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

DERICK COX  (AIS# 140603),

      Plaintiff,

v.

RICHARD ALLEN, et al.,

      Defendants.

\*
\*
\*
\*
\*
\*

CIVIL ACTION: 2:06CV-989-MHT

## SPECIAL REPORT OF DEFENDANT
## PRISON HEALTH SERVICES, INC.

COME NOW Defendant, Prison Health Services, Inc., et al. (identified in the plaintiff's complaint as Prison Medical Services) (hereinafter "PHS"), and in response to this Court's Order  submits the following Special Report with regards to this case:

## I.  INTRODUCTION

The plaintiff, Derick Cox (AIS# 140603), is currently incarcerated at the Bullock County Correctional Facility in Union Springs, Alabama.  On or about November 1, 2006, Cox filed a Complaint in the United States District Court for the Middle District of Alabama against two defendants (1) the Department of Corrections/Prison Commissioner and (2) Prison Medical Services (correctly named Prison Health Services, Inc.).  Cox alleges his constitutional rights were violated by a failure to place shower mats in the shower, the result of which led to an injury which occurred on or about October 24, 2006.  As its relates to PHS, Cox claims inadequate medical care relating to the back injury he claims he suffered as a result of this fall, which caused pain to his upper and lower spine.

This Defendant has conducted a thorough review of the medical records and a review of Mr. Cox's claims and is prepared to submit this Special Report. The Report is supported by a certified copy of Mr. Cox's medical records [Exhibit "A"], and affidavit of Wilma Nalls[1] [Exhibit "B"], the affidavit of Brandee Player [Exhibit "C"], a copy of the grievance procedures in place at the Bullock County Correctional Facility that are required to be followed for all medical grievances [Exhibit "D"], and the affidavit of Dr. Tahir Saddiq [Exhibit "E"]. These evidentiary materials demonstrate that Cox's Complaint is baseless and that (1) he failed to follow mandatory prison procedures and (2) he was provided appropriate medical care at all times resulting from his slip and fall in the shower.

## II. **NARRATIVE SUMMARY OF FACTS**

At all times relating to this Complaint, it appears that Derick Cox (AIS# 140603) was incarcerated at the Bullock County Correctional Facility in Union Springs, Alabama. In his Complaint, Cox states that on or about October 24, 2006, he slipped and fell in the shower causing injuries to his lower and upper spine area. [Plaintiff's Complaint, Section V]. PHS records verify that Cox fell in the shower on that date and that he reported to the clinic via wheelchair. [Exhibit "F" -- ER record – 10/24/06]. The medical staff found Cox to be alert and oriented times three and found no bruises or abrasions as a result of the alleged fall. [Id.].

The medical staff immediately contacted Dr. Tahir Siddaq and notified him of the patient's condition. [Id.]. Dr. Siddaq immediately prescribed Flexaril, 10 mg twice a day for

---

[1] The affidavit attached hereto is an unsworn, unverified copy of the affidavit to which Ms. Nalls has agreed. Ms. Nalls is out sick for the entire week and, due to time constraints, her certified affidavit will be supplemented as soon as she returns to work.

10 days, as well as other medications to treat the pain complaints of Mr. Cox. [Id.]. Siddaq also ordered a warm compress to be applied to the lower back area on an as needed basis. [Id.]. Cox was released to the general prisoner population within an hour of his arrival.

On October 30, 2006, November 6, 2006, and November 13, 2006, Cox presented to the PHS Clinic again complaining of back pain. His medications were continued on each and every occasion and assessments by the medical staff determined he had no significant injury as a result of the slip and fall. [Id.]. On November 13, 2006, Cox verbalized an important issue concerning his "allegedly" serious back injury by stating that no pain had been radiating into his leg since the time of his injury. Progress notes also indicate that while Cox possessed a crutch, he did not use the crutch when entering the facility. [Id.]. Prescriptions for Advil and Flexaril were continued at that time.

The Bullock County Correctional Facility has in place a set of grievance procedures that must be followed before a prisoner may file a complaint in state or federal court. [Exhibit "D"]. These grievance procedures require that inmates notify the medical staff of a concern regarding their medical treatment. [Id.]. If necessary, an inmate like Cox will be interviewed and his grievance reviewed within a three (3) day period. [Id.]. If, after meeting with an inmate, the grievance cannot be resolved to the inmate's satisfaction, an appeal may be filed by the prisoner which will allow his initial written grievance to be re-reviewed in its entirety. In this case, Cox did not follow any of these procedures in either a proper or timely manner. [Exhibit "C"].

It is clear from the evidence and testimony before the Court that Mr. Cox's medical conditions and complaints have been evaluated in a timely fashion at the Bullock County Correctional Facility and his diagnosed conditions have been treated in a timely and

appropriate manner. [Exhibits "A" – "F"]. At all times, Cox received appropriate medical treatment and has never been denied any needed medical treatment relating to the October 24, 2006, slip and fall in that facility. The appropriate standard of care has been adhered to at all times in providing medical care, evaluation, and treatment to the inmate. [Exhibits "A" – "F"]. At no time has any of the Defendants denied Mr. Cox any needed medical treatment nor have they acted with deliberate indifference to any serious medical need of the prisoner.

## III. DEFENSES

The Defendants assert the following defenses to the Plaintiff's claims:

1.      The Plaintiff/prisoner failed to comply with the mandatory requirements of the Prison Litigation Reform Act of 1995, 42 U.S.C. §1997(e), et seq. ("PLRA") and the PLRA directly applies to require that this matter be dismissed with prejudice for failing to comply with the terms and conditions of grievance procedures concerning medical issues.

2.      The Defendants deny each and every material allegation contained in the Plaintiff's Complaint and demand strict proof thereof.

3.      The Defendants plead not guilty to the charges in the Plaintiff's Complaint.

4.      The Plaintiff's Complaint, as amended, fails to state a claim against the Defendants for which relief can be granted.

5.      The Defendants affirmatively deny any and all alleged claims by the Plaintiff.

6.      The Plaintiff is not entitled to any relief requested in the Complaint, as amended.

7.    The Defendants plead the defense of qualified immunity and avers that the actions taken by the Defendants were reasonable and in good faith with reference to clearly established law at the time of the incidents complained of by the Plaintiff.

8.    The Defendants are entitled to qualified immunity and it is clear from the face of the Complaint, as amended, that the Plaintiff has not alleged specific facts indicating that the Defendants have violated any clearly established constitutional right.

9.    The Defendants cannot be held liable on the basis of respondeat superior, agency, or vicarious liability theories.

10.    The Plaintiff is not entitled to any relief under 42 U.S.C. § 1983.

11.    The allegations contained in the Plaintiff's Complaint, as amended, against the Defendants sued in their individual capacities, fails to comply with the heightened specificity requirement of Rule 8 in § 1983 cases against persons sued in their individual capacities. See Oladeinde v. City of Birmingham, 963 F.2d 1481, 1485 (11th Cir. 1992); Arnold v. Board of Educ. Of Escambia County, 880 F.2d 305, 309 (11th Cir. 1989).

12.    The Defendants plead all applicable immunities, including, but not limited to qualified, absolute, discretionary function immunity, and state agent immunity.

13.    The Defendants aver that they were at all times acting under color of state law and, therefore, they are entitled to substantive immunity under the law of the State of Alabama.

14.    The Defendants plead the general issue.

15.    This Court lacks subject matter jurisdiction due to the fact that even if the Plaintiff's allegations should be proven, the allegations against the Defendants would amount

to mere negligence which is not recognized as a deprivation of the Plaintiff's constitutional rights. See Rogers v. Evans, 792 F.2d 1052 (11th Cir. 1986).

16.     The Plaintiff's claims against the Defendants in their official capacities are barred by the Eleventh Amendment to the United States Constitution.

17.     Alabama law provides tort and other remedies for the allegations made by the Plaintiff herein and such remedies are constitutionally adequate.

18.     The Defendants plead the defense that at all times in treating Plaintiff they exercised the same degree of care, skill, and diligence as other physicians and nursing staff would have exercised under similar circumstances and that at no time did they act toward the Plaintiff with deliberate indifference to a serious medical need.

19.     The Defendants plead the affirmative defense that the Plaintiff's Complaint, as amended, fails to contain a detailed specification and factual description of the acts and omissions alleged to render them liable to the Plaintiff as required by § 6-5-551 of the Ala. Code (1993).

20.     The Defendants plead the affirmative defenses of contributory negligence and assumption of the risk.

21.     The Defendants plead the affirmative defense that Plaintiff's damages, if any, were the result of an independent, efficient, and/or intervening cause.

22.     The Defendants plead the affirmative defense that they are not responsible for the policies and procedures of the Alabama Department of Corrections.

23.     The Defendants plead the affirmative defense that the Plaintiff has failed to mitigate his own damages.

24.    The Defendants plead the affirmative defense that they are not guilty of any conduct which would justify the imposition of punitive damages against it and that any such award would violate the United States Constitution.

25.    The Defendants adopt and assert all defenses set forth in the Alabama Medical Liability Act § 6-5-481, et seq., and § 6-5-542, et seq.

26.    The Plaintiff has failed to comply with 28 U.S.C. § 1915 with respect to the requirements and limitations inmates must follow in filing in forma pauperis actions in federal court.

27.    Pursuant to 28 U.S.C. § 1915 A, this Court is requested to screen and dismiss this case, as soon as possible, either before or after docketing, as this case is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks money damages from the Defendants who are state officers entitled to immunity as provided for in 42 U.S.C. § 1997 (e)(c).

28.    The Defendants assert that the Plaintiff's Complaint, as amended, is frivolous and filed in bad faith solely for the purpose of harassment and intimidation and requests this Court pursuant to 42 U.S.C. § 1988 to award Defendants reasonable attorney's fees and costs incurred in the defense of this case.

29.    The Plaintiff's claims are moot because the events which underlie the controversy have been resolved. See Marie v. Nickels, 70 F., Supp. 2d 1252 (D. Kan. 1999).

# IV. ARGUMENT

**A.      Because Inmate Cox Failed to Follow the Required Grievance Procedures for Assessing Medical Complaints Prior to Filing His Lawsuit, the Prison Litigation Reform Act of 1995 Requires the Immediate Dismissal, with Prejudice, of His Complaint With Prejudice.**

With the explosion of prisoner cases becoming epidemic, Congress passed the Prison Litigation Reform Act of 1995 in an effort to control frivolous prisoner litigation. The Act is wide ranging and contains multiple, mandatory provisions that require the dismissal of complaints identical to that asserted by Mr. Cox.

The PLRA defines a prisoner as follows:

> As used in this section, the term "prisoner" means any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program. 42 U.S.C. §1997e(h).

Because Cox admits to being incarcerated in his complaint, he meets the definition of "prisoner" as defined by the PLRA. See Boyd v. Corrections Corporation of America, 380 F.3d 989 (6th Cir. 2004).

The crux of the PLRA requires a prisoner to exhaust all internal, administrative remedies prior to filing suit. The PLRA requires that the Court on its motion or the motion of a defendant dismiss any action with respect to prisoner conditions or medical treatment upon failure to exhaust these remedies. 42 U.S.C. §1997e(a). This provision states the following:

> **(a) Applicability of Administrative Remedies.**
> No action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted. (emphasis added).

**(b) Failure of State to Adopt or Adhere to Administrative Grievance Procedure.**
The failure of a State to adopt or adhere to an administrative grievance procedure shall not constitute the basis for an action under 1997a or 1997c of this Title.

**(c) Dismissal**
The Court shall on its own motion or on the motion of a party dismiss any action brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility if the court is satisfied that the action is frivolous, malicious, fails to state a claim upon which relief can be granted, or seeks monetary relief from a defendant who is immune from such relief.

<div align="center">42 U.S.C. § 1997e(a)</div>

"Administrative remedies" pursuant to this Act constitute prison or jail grievance procedures such as those identified in this Special Report. Before filing suit, the prison/plaintiff must submit his claim through this procedure and the grievance must address the specific issue upon which the suit is based. Failure to strictly follow these procedures requires dismissal of the action. Even if the prisoner/plaintiff has no knowledge regarding the existence of the procedures, this does not relieve the requirement. See Zolicoffer v. Scott, 55 F. Supp. 2d 1372 (N.D. Ga. 1999), affirmed without opinion (252 F.3d 440 (11th Cir. 2001).

It is undisputed that Cox failed to follow the appropriate administrative procedures associated with his claim for inadequate medical care. [Exhibit "C" – Affidavit Brandee Player]. Because Cox failed to follow internal procedures concerning these grievances, his claim must be dismissed with prejudice for failing to comply with these mandatory administrative remedies. Woodford v. NGO, 126 S. Ct. 2378, 165 L.Ed.2d 368 (2006).

The <u>Woodford</u> case is extremely instructive because the United States Supreme Court took the opportunity to clarify issues concerning the Prison Litigation Reform Act. In <u>Woodford</u>, a California state prisoner challenged a disciplinary act but did so in an untimely manner, violating California's Prison Grievance System. Subsequently, the prisoner sued the system in federal court, but the district court granted the Department's Motion to Dismiss, stating the prisoner had not fully exhausted his administrative remedies, pursuant to the Prison Litigation Reform Act. On appeal, the Ninth Circuit reversed, claiming that because no administrative remedies remained available to the prisoner, he had "not exhausted them" amongst other reasons.

On appeal, the United States Supreme Court reversed the Ninth Circuit and affirmed the dismissal of the prisoner's complaint. The Court's opinion focused extensively on the "exhaustion" of available remedies and concluded that whether procedural deficiencies existed or whether a prisoner is poorly educated and unfamiliar with such proceedings, it is <u>a requirement that administrative remedies be followed prior to litigation ensuing in federal court.</u> <u>Id.</u> At 2387, 2388, 2390, 2392-2393.

**B.    The Plaintiff has failed to prove that the Defendants acted with deliberate indifference to any serious medical need.**

A court may dismiss a complaint for failure to state a claim if it is clear that no relief could be granted under any set of facts that could be proven consistent with the allegations in the complaint. <u>Romero v. City of Clanton</u>, 220 F. Supp. 2d 1313, 1315 (M.D. Ala., 2002), (<u>citing</u>, <u>Hishon v. King & Spalding</u>, 467 U.S. 69, 73, (1984). "Procedures exist, including Federal Rule of Civil Procedure 7(a), or Rule 12(e), whereby the trial court may "protect the substance of qualified immunity," <u>Shows v. Morgan</u>, 40 F. Supp. 2d 1345, 1358 (M.D. Ala.,

1999). A careful review of Cox's medical records reveals that he has been given appropriate medical treatment at all times. (See Exhibits "A" & "B"). All of the allegations contained within Cox's Complaint, as amended, are either inconsistent with his medical records, or are claims for which no relief may be granted. (Id.) Therefore, Cox's claims against the Defendants are due to be dismissed.

In order to state a cognizable claim under the Eighth Amendment, Cox must allege acts or omissions sufficiently harmful to evidence deliberate indifference to serious medical needs. See Estelle v. Gamble, 429 U.S. 97, 106 (U.S. 1976); McElligott v. Foley, 182 F.3d 1248, 1254 (11th Cir. 1999); Palermo v. Corr. Med. Servs., 148 F. Supp. 2d 1340, 1342 (S.D. Fla. 2001). In order to prevail, Cox must allege and prove that he suffered from a serious medical need, that the Defendants were deliberately indifferent to his needs, and that he suffered harm due to deliberate indifference. See Marsh v. Butler County, 268 F.3d 1014, 1058 (11th Cir. 2001) and Palermo, 148 F. Supp. 2d at 1342. "Neither inadvertent failure to provide adequate medical care nor a physician's negligence in diagnosing or treating a medical condition states a valid claim of medical mistreatment under the Eighth Amendment." Id. (citations omitted).

Not every claim by a prisoner that medical treatment has been inadequate states an Eighth Amendment violation. Alleged negligent conduct with regard to inmates' serious medical conditions does not rise to the level of a constitutional violation. Alleged medical malpractice does not become a constitutional violation merely because the alleged victim is a prisoner. See Estelle, 429 U.S. at 106, McElligott, 182 F.3d at 1254, Hill, 40 F.3d 1176, 1186 (11th Cir. 1994), Palermo, 148 F. Supp. 2d at 1342. Further, a mere difference of

opinion between an inmate and the physician as to treatment and diagnosis cannot give rise to a cause of action under the Eighth Amendment. Estelle, 429 U.S. at 106-108.

The Defendants may only be liable if they had knowledge of Cox's medical condition, Hill, 40 F. 3d at 1191, and acted intentionally or recklessly to deny or delay access to his care, or to interfere with treatment once prescribed. Estelle, 429 U.S. at 104-105. Obviously, Cox cannot carry his burden. The evidence submitted with this Special Report clearly shows that the Defendants did not act intentionally or recklessly to deny or delay medical care, or to interfere with any treatment which was prescribed or directed. The evidence demonstrates, to the contrary, that appropriate standards of care were followed at all times. (Id.) These facts clearly disprove any claim that the Defendants acted intentionally or recklessly to deny treatment or care.

The Defendants are, further, entitled to qualified immunity from all claims asserted by Cox in this action. There is no argument that the Defendants were not acting within the scope of their discretionary authority. See Eubanks v. Gerwen, 40 F. 3d 1157, 1160 (11th Cir. 1994); see also Jordan v. Doe, 38 F. 3d 1559, 1566 (11th Cir. 1994). Because the Defendants have demonstrated that they were acting within the scope of their discretionary authority, the burden shifts to Cox to show that the Defendants violated clearly established law based upon objective standards. Eubanks, 40 F. 3d at 1160. The Eleventh Circuit requires that before the Defendants' actions can be said to have violated clearly established constitutional rights, Cox must show that the right allegedly violated was clearly established in a fact-specific, particularized sense. Edwards v. Gilbert, 867 F.2d 1271, 1273 (11th Cir. 1989), aff'd in pertinent part, rev'd in part on other grounds, sub nom., Edwards v. Okaloosa County, 5 F. 3d 1431 (11th Cir. 1989).

The Eleventh Circuit further requires that the inquiry be fact specific, and that officials will be immune from suit if the law with respect to their actions was unclear at the time the cause of action arose, or if a reasonable person could have believed that their actions were lawful in light of clearly established law and information possessed by the individual. See Brescher v. Von Stein, 904 F.2d 572, 579 (11th Cir. 1990) (quoting, Anderson v. Creighton, 483 U.S. 635, 640, (U. S. 1987)). The question that must be asked is whether the state of the law in 2006 gave the Defendants fair warning that their alleged treatment of Cox was unconstitutional. Hope v. Pelzer, 536 U.S. 730, 741 (U.S. 2002).

Therefore, to defeat summary judgment, Cox must be able to point to cases with "materially similar" facts, within the Eleventh Circuit, that would alert the Defendants to the fact that their practice or policy violates his constitutional rights. See Hansen v. Soldenwagner, 19 F.3d 573, 576 (11th Cir. 1994). In order for qualified immunity to be defeated, preexisting law must "dictate, that is truly compel (not just suggest or allow or raise a question about), the conclusion for every like-situated, reasonable government agent that what the defendant is doing violates federal law in the circumstances." Lassiter v. Alabama A & M Univ., Bd. of Trustees, 28 F. 3d 1146, 1151 (11th Cir. 1994). The Defendants submit that there is no case law from the United States Supreme Court, the Eleventh Circuit Court of Appeals, or District Courts sitting within the Eleventh Circuit showing that, under the facts of this case, it was clearly established that these alleged actions violated Cox's constitutional rights. All of Cox's medical needs have been addressed or treated. (See Exhibits "A" & "B"). The Defendants have provided Cox with appropriate medical care at all times and he has received appropriate nursing care as indicated for treatment of his condition.

## V. <u>CONCLUSION</u>

The Plaintiff's Complaint, as amended is due to be dismissed on its face, and is, further, disproven by the evidence now before the Court. All of the Plaintiff's requests for relief are without merit. The Defendants have demonstrated both through substantial evidence and appropriate precedent that there is not any genuine issue of material fact relating to a constitutional violation, and that they are, therefore, entitled to a judgment in their favor as a matter of law. The Plaintiff's submissions clearly fail to meet his required burden.

Accordingly, the Defendants request that this Special Report be treated and denominated as a Motion to Dismiss and/or a Motion for Summary Judgment and that this Honorable Court either dismiss the Plaintiff's Complaint, as amended, with prejudice, or enter a judgment in their favor.

Respectfully submitted,


/s/  PAUL M. JAMES, JR.
Alabama State Bar Number JAM017
Attorney for Defendants Prison Health
Services, Inc.


RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
Telephone: (334) 206-3148
Fax: (334) 262-6277
E-mail: pmj@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail

this the 11th day of January, 2007, to:

Derick Cox (AIS# 140603)
P. O. Box 5107
Union Springs, AL  36089

Tara S. Knee, Esq.
Assistant Attorney General
Alabama Department of Corrections
Legal Division
P. O. Box 301501
Montgomery, AL  36130

/s/  PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants Prison Health
Services, Inc.

# EXHIBIT A

# AFFIDAVIT

STATE OF ALABAMA              )
                             )
_Bullock_ COUNTY              )

I, _Jameka Howard_, hereby certify and affirm that I am a _Medical Records Clerk_ at _Bullock Correctional Facility_; that I am one of the custodians of medical records at this institution; that the attached documents are true, exact, and correct photocopies of certain medical records maintained here in the institution medical file of one _Cox, Derick_, AIS# _140603_; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at _Bullock Correctional Fac._; and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events, and transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the _20_ day of _November_, 2006.

_Jameka Howard_

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE _20th_ Day of _November_, 2006.

_Justine B. Person_
Notary Public
_2/24/2009_
My Commission Expires

## ALABAMA DEPARTMENT OF CORRECTIONS

## PROBLEM LIST

INMATE NAME _Cox, Derick_ AIS# _140603_

Medication Allergies: _PCN_

Medical: Chronic (Long-Term) Problems
      Roman Numerals for Medical/Surgical

_DOB 1/17/63_

Mental Health Code: SMI  HARM  HIST  NONE
      Capital Letter for Psychiatric Behavior

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| 3/31/05 | Asthma (mild) | | | |
| 4/9/05 | PPD ∅mm | MH 2 | | |
| 8/1/05 | Λ | MH 2 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**If Asthmatic label:  Mild – Moderate – or Severe.



**PRISON HEALTH SERVICES INCORPORATED**

### *Master Problem List*

Name: _Corp, Derrick_          Date of Birth: _1-7-63_

_DKOA PCN_                     _AIS 140603_

| PROBLEM | = | DATE ONSET | INITIALS | ACTIVE PROBLEM | TREATMENT GOALS | |
|---------|---|-----------|----------|----------------|-----------------|---|
| | | 3.9.04 | | PPD = 0 mm | | |
| | | | | ~~Asthma~~ | | |
| | | Jan 04 | 5/3/04 jen | Bronchitis | Control infection | |
| | | teenager | jen | migraine HA | Control sx | |
| | | March 04 | jen | dizziness | " " | |
| | | Dec 03 | jen | Left ankle surg. | " " | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

(4/87)

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### TREATMENT PLAN REVIEW

**Application and Review Frequency:** 4/27/07 (6 months)    **Admission Date:** 4/26/05
**Crisis Cell:** _____ MH Observation, _____ Suicide Watch (each working day)    **Outpatient:** _X_ (6 months)
    **RTU:** _____ (weekly, bimonthly, monthly)    **SU:** ___ (weekly)

---

**Problem# 1** Dysthymia with current symptoms: Depressed mood, anxiety, sleep disturbance, poor memory/concentration, increased fatigue, social isolation, lacking pleasure in daily activities, racing thoughts & medication non-compliance
**Initiation Date:** 10/29/06    **Resolution Target Date:** 4/27/07    **Status: Resolved**    **No Change    Modified**
**Outcome/modifications:** Inmate was last seen by Psychiatrist on 8/30/06 who increased his Prozac & added Benadryl. I/M has a history of medication non-compliance as recent as September 2006. Inmate graduated from Depression Group on 10/4/06 & has been referred to MH's Social Skills & Sleep Hygiene Groups; MHP will continue monthly counseling to educate I/M on symptoms of depression & coping strategies (e.g., more physical exercise, less internal focus, increased social involvement, more assertiveness, more expression of feelings, etc.); Staff to explore family hx of mental illness & educate on it's genetic component; Medical will continue to administer meds & monitor compliance & effectiveness; MHP to educate on the need for current meds, the importance of compliance, correct dosage, knowledge of side effects & its benefits

**Responsible Staff:**  MHP, Psychiatrist, MHN    **Frequency:** Daily, Monthly, 90 days

---

**Problem#**    **Initiation Date:**    **Resolution Target Date:**    **Status: Resolved    No Change    Modified**
**Outcome/modifications:**

**Responsible Staff:**    **Frequency:**

---

**Problem#**    **Initiation Date:**    **Resolution Target Date:**    **Status: Resolved    No Change    Modified**
**Outcome/modifications:**

**Responsible Staff:**    **Frequency:**

---

**Problem#**    **Initiation Date:**    **Resolution Target Date:**    **Status: Resolved    No Change    Modified**
**Outcome/modifications:**

**Responsible Staff:**    **Frequency:**

---

**Treatment Coordinator:** *Vikki Siddall, MS, MHP*  Vikki Siddall, MS, MHP  Date: 10/29/06

| Inmate Name:  COX, Derrick | Location/Level  OP/MH-1 | AIS# 140603 |
|---|---|---|

Disposition: Medical File

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
## TREATMENT PLAN REVIEW

**Application and Review Frequency: Semi-Yearly**        **Admission Date: 04/26/05**
**Crisis Cell:** ____ MH Observation, ____ Suicide Watch (each working day)    **Outpatient:** _X_ (6 months)
    **RTU:** ___ (weekly, bimonthly, monthly)        **SU:** ___ (weekly)

---

**Problem# 1 Audio and visual hallucinations, paranoia-im reported increase in voices & paranoia-refer to tx team 05/4/06**
**Initiation Date: 04/26/05   Resolution Target Date: 6 months     Status: Resolved     No Change     Modified X**
**Outcome/modifications:** Psych. to see as required to mental health assessment, nurses to monitor medication compliance,
TC to see monthly for indv. counseling, refer to schizophrenia group

**Responsible Staff: Psych., nurses, TC**        **Frequency: daily/monthly**

---

**Problem# 2 History of suicide attempts/ideations, depressed mood**
**Initiation Date: 04/26/05   Resolution Target Date: 6 months     Status: Resolved     No Change     Modified X**
**Outcome/modifications:** Maintain current stability, psych. to see as required to mental health assessment, nurses
To monitor medication compliance, TC to see monthly for indv. counseling, refer to schizophrenia group

**Responsible Staff: Psych., nurses, TC**        **Frequency: daily/monthly**

---

**Problem#**
**Initiation Date:**        **Resolution Target Date:**        **Status: Resolved     No Change     Modified**
**Outcome/modifications:**

**Responsible Staff:**        **Frequency:**

---

**Problem#        Initiation Date:**        **Resolution Target Date:**        **Status: Resolved     No Change     Modified**
**Outcome/modifications:**

**Responsible Staff:**        **Frequency:**

---

**Treatment Coordinator:** *N. Ahuford, MHP*        **Date:** *5-1-06*

| Inmate Name: Cox, Derrick | Location/Level: 16-35/MH-2 | AIS# 140603 |
|---|---|---|

Disposition: Medical File        Reference: AR ADOC:  622, 623, 630, 632, 633, 635, 638
    ADOC  **Form MH-034**  - June 28, 2004
    Page _1_ of _1_

Alabama Department of Corrections Mental Health Services
## Treatment Plan:  Outpatient Care Review

**Treatment Plan Reviewed on:** 11-2-05     **Treatment Plan Initiated on:** 5-10-05
**Institution:** Bullock Co. Correctional Facility     **Inmate's Location:** 14-25

### CURRENT STATUS:

| |
|---|
| Problem # 1 S/S's of paranoid schizophrenia; a/v hallucinations, paranoia, depressed mood-currently stable |

Status:          Resolved          No Change          Modified ✗
Target Date for Resolution:  6 months

Outcome/Modification:  Psych. to see for mental health assessment and prescribe meds if necessary, nurses to monitor med compliance, TC to see monthly for individual counseling, refer to schizophrenia and depression group

Staff Member(s) Responsible:  Psych., mh nurses, TC          Frequency:  daily

Problem # 2   Im has history of suicide attempts/ideations

Target Date for Resolution: 6 months
Status:          Resolved          No Change          Modified
Outcome/Modification: Refer to depression, values clarification, and stress mgt. groups, TC to see monthly for indv. counseling, im to express goals for future*Im has reported no suicide attempts/ideations for six months*

Staff Member(s) Responsible: TC          Frequency:  monthly

Problem # 3 History of substance abuse; alcohol, marijuana, cocaine

Target Date for Resolution: ongoing
Status:          Resolved          No Change          Modified
Outcome/Modification: Refer to substance abuse program, TC to see monthly to emphasize the importance of being Abstinent and the consequences of not doing so*currently in SAP*

Staff Member(s) Responsible: ADOC, TC          Frequency: daily/monthly

Psychiatrist:_____          Date:_____

Treatment Coordinator: L. Fader mh ?          Date:_____

Mental Health Nurse: M Shuford mHP          Date:_____

Inmate Agreement: ✗ Derick Cox          Date: @ Nov-2-05

Treatment Plan Review to be Conducted by:  5-2-06          (within six months)

| | |
|---|---|
| Inmate Name:  Cox, Derrick | AIS# 140603 |

Alabama Department of Corrections Mental Health Services
## Treatment Plan:  Outpatient Care

**Treatment Plan Initiated on:** 5/10/05          **Treatment Coordinator:** N. Shuford
**Institution:** Bullock Co. Correctional Facility      **Inmate's Location:** 1-13

**DSM IV Diagnosis:**
**Axis I:** Paranoid Schizphrenia, Polysubstance Abuse
**Axis II:** APD
**Axis III:** Asthma, GERD, Arthritis, Head Injury
**Axis IV:** Incarceration
**Axis V:** 60-65

---

Problem # 1 S/S's of paranoid schizophrenia; a/v hallucinations, paranoia, depressed mood , *anxiety*

Goal : To minimize or eliminate s/s's of paranoid schizophrenia

Target Date for Resolution:  6 months

Intervention(s):  Psych. to see for mental health assessment and prescribe meds if necessary, nurses to monitor med Compliance, TC to see monthly for individual counseling, refer to schizophrenia and depression group

Staff Member(s) Responsible:  Psych., mh nurses, TC          Frequency:  daily

---

Problem # 2   Im has history of suicide attempts/ideations
Goal : Eliminate or minimize suicide ideations/attempts, protect from self-harm
*Im denies suicide/ideations-attempts*
Target Date for Resolution: 6 months
Intervention(s): Refer to depression, values clarification, and stress mgt. groups, TC to see monthly for indv. counseling, im to express goals for future

Staff Member(s) Responsible: TC          Frequency:  monthly

---

Problem # 3 History of substance abuse; alcohol, marijuana, cocaine
Goal : 1.  Abstinence 2.  Im to become educated on substance abuse and how it affects his mental health condition
*completed SAP in 1995 - Reports abstinent for 2yrs. will take SAP again - on waiting list*
Target Date for Resolution: ongoing

Intervention(s):  Refer to substance abuse program, TC to see monthly to emphasize the importance of being Abstinent and the consequences of not doing so

Staff Member(s) Responsible: ADOC, TC          Frequency: daily/monthly

---

Psychiatrist:_____          Date: 5/10/05

Treatment Coordinator: N. Shuford MHP          Date: 5/10/05

Mental Health Nurse:_____          Date:_____

Inmate Agreement: Derick Cox          Date: 5/10/05

Treatment Plan Review to be Conducted by:_____ (within six months)

---

Inmate Name: Cox, Derrick                |  AIS#  140603

## INMATE ORIENTATION TO MENTAL HEALTH SERVICES

The Alabama Department of Corrections provides the following mental health services:

- Assessment and treatment of mental illness
- Referral to a psychiatrist, if necessary for medication
- On-going psychiatric treatment
- Group and individual counseling
- Assistance in dealing with stressful problems (adjustment to prisons, grief and loss, family problems)
- Crisis intervention
- Residential mental health treatment and hospitalization, if necessary

If you wish to speak with mental health staff about routine matters such as scheduling for group or individual counseling, send in a Health Services Request form.

In emergency situations or if you have concerns that need to be addressed immediately, contact any correctional officer so that you may receive mental health assistance as soon as possible.

Your participation in mental health services is voluntary except in emergency situations or when you have been provided due process through administrative review.

If you believe the mental health services provided to you are inadequate, you may file an inmate grievance.

Information about the mental health services provided to you is confidential except in the situations when mental health staff believe that you may be:

- Suicidal
- Homicidal
- Presenting a clear danger of injury to self or others
- Presenting a reasonable clear risk of escape or creation of institutional disorder
- Receiving Psychotropic medication
- Requiring movement to a special unit or cell for observation and treatment
- Requiring transfer to a psychiatric hospital outside of the prison
- Requiring a new program assignment for mental health reasons

Mental health staff has a legal duty to report to appropriate authorities any unreported suspected abuse or neglect of a child.

Mental health and medical staff will have access your mental health records when completing their duties. The following persons may have access to your mental health records on a need to know basis:

- Warden of the institution or designee
- Internal investigation staff and legal counsel working with the ADOC
- Departmental and accrediting audit staff
- Persons authorized by a court order or judgment

All other persons or agencies require an authorization for release of information signed by you before gaining access to your mental health records.

*This information on this form has been explained to me and I have received a copy of the information for my future reference.*

_Derick Cox_     _140603E_     _3-29-05_

Inmate Signature       AIS #       Date Signed

_Cox, Derick_

DEPARTMENT OF CORRECTIONS
## NURSE'S
# PULMONARY CHRONIC CARE CLINIC

| S: CHRONIC CARE CLINIC | | | ALLERGIES |
|---|---|---|---|
| **DATE/TIME** 8/17/06 | | | *PCGN* |
| O: VS  T _98_  P _64_  R _22_ | | | |
| BP _100/70_   WT _166_   Pulse Ox | | | |
| Age of onset _30's_ | | | *WNK* |
| Type  Intrinsic  Extrinsic  Infectious  (N/A) (circle) | | | |
| Past use of bronchodilators | (Y) | N | |
| Proper use of inhaler | Y | N | |
| Smokes | Y | N | |
| Regular exercise | (Y) | N | |
| Last attack  _last year_ | Y | N | |
| Last treatment  _6 mos ago_ | Y | N | |
| Lungs | | | P: LABS REVIEWED |
| Wheezes | Y | N | Labs ordered |
| Sputum production: | Y | (N) | |
| Describe | | | |
| Compliant with meds | (Y) | N | |
| KOP | (Y) | N | |
| Peak Flow: | Y | N | |
| Results | | | |
| Flu vaccine  Review | (Y) | N | |
| Pneumovax Review | (Y) | N | |
| (Asthma)  COPD | | | |
| Asthma  (Mild)  Moderate  Severe  (circle one) | | | |
| Recently admitted to hospital/infirmary: | (Y) | N | **CURRENT MEDICATIONS:** |
| Date | | | *Albuterol & Inhal* KOP |
| **Notes:** _C Instructed on the_ | | | |
| _effective usage_ | | | |
| _inhalers_ | | | |
| | | | **Status:** (circle) |
| | | | **Improved, Unchanged, Worsened** |
| _Derick Cox_ | | | **Level of Control:** (circle) |
| | | | **Good, (Fair,) Poor** |
| | | | **CCC WITH NURSE** (circle) |
| | | | 1, 2, (3) Months |
| Education Done | (Y) | N | **CCC WITH MD** (circle) |
| Topic: _Safety_ | | | 1, 2, (3) 4, 5, 6 Months |

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE: |
|---|---|---|---|---|
| *Cox Derrick* | 140603 | | B M | *illegible signature* |

Control:   Good—1 Betaagonist MDI per month, no ER
Fair—1 Betaagonist, 1 ER, 1 wkly awakening
Poor--> 1 Betaagonist MDI per month, > 1 ER visit, > 3 weekly awakenings

Status:   Improved—Decrease us of Betaagonist MDI
Unchanged—Use of Betaagonist MDI unchanged
Worsened—Greater use of MDI

PRISON HEALTH SERVICES

**Physician's Chronic Care Clinic**

Date: 8/17/06   Time: 1500   Facility: BCF

Check all applicable CIC's being evaluated: __Card/HTN __DM __GI __ID (PUL) SZ __TB

<u>SUBJECTIVE:</u>   not wheezing.

<u>OBJECTIVE:</u>  BP 150/70 HR 64 RR 22 Temp 98 Wt 166 Peak Flow____
  NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
     Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
        Cardiopulmonary, abdomen, extremities.; ID-all systems; PUL-HEENT,
           Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

<u>ASSESSMENT:</u> Circle the appropriate Degree of Control and Status for each clinic monitored during today's
        Visit. Degree of Control: G=Good, F=Fair, P=Poor
        Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

PLAN:   Continue Albuterol inhaler

F/U:  Routine 90 days: _____ Other _____     Problem List Updated: Yes   No

_____
Physician/NP/PA

___Dr X Derrick___         B         140603
      NAME                 RACE        AIS#

___M___                             1/7/63
   GENDER                            DOB

(Revised 5/18/05)



**PRISON HEALTH SERVICES**

# NON-COMPLIANCE NOTICE

**The following has been observed and documented per non-compliance policy:**

## CLASS

_____ Diet

____✓____ Medication

_____ Treatment

## SPECIFIC

ADA _____
CARDIOVASCULAR _____
ALT. G.I. ✓ _____
OTHER _____

INFECTIOUS _____
ACUTE _____
CHRONIC _____
PSYCHIATRIC _____
OTHER _____

BLOOD PRESSURE _____
DRESSING _____
ACCUCHECK _____
OTHER _____

## ACTION TAKEN BY NURSING:

___✓___ Counseling
___✓___ Discontinue Medication
_____ Re-assign Schedule

_____ Placed on sick call
_____ Inform MH Department
_____ M.A.R. Review

## ACTION TAKEN BY PRESCRIBERS:

___✓___ Physician
_____ P.A.
_____ Psychiatrrist

___✓___ Counseling
___✓___ Discontinue Meds
_____ Discontinue Tx
_____ Change Meds
OTHER _____

## ACTION TAKEN BY INMATE:

___✓___ Treatment Refusal Signed
___✓___ Explanation of Non-Compliance

_____ Refuses to sign

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Cox  Derrick | 140603 | 01/07/63 | B/M | Bullock |

PHS-MD-70057

# Prison Health Services

## REFUSAL OF TREATMENT FORM

Institution: _Bullock_

Resident's Name: _Cox, Derrick_                     ID# _140603_

D.O.B. _01/09/63_

I, _Derrick Cox_                     have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ____ | A. | Refused medication. | ____ | E. | Refused X-Ray services. |
| ____ | B. | Refused dental care. | ____ | F. | Refused other diagnostic tests. |
| ____ | C. | Refused an outside medical appointment. | ____ | G. | Refused physical examination. |
| ____ | D. | Refused laboratory services. | ✓ | H. | Other (Please specify) |

_Has missed 12 doses @ 11 AM & 11 doses @ 5pm pill calls of Zantac 150mg PO BID_

Reason For Refusal _"I've been using state toothpaste for heartburn - It works_
_faster than the Zantac - I don't want to take the Zantac any more"_

Potential Consequences Explained _Failure to keep stomach acids under control may lead to_
_gastroesophageal reflux, esophageal erosion, and/or ulcers._

   I acknowledge that I have been fully informed of and understand the above treatment recommendations
and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory
authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which
may result from this refusal and I shall personally assume responsibility for my welfare.

   I have read this form and certify that I understand its contents.

_[signature]_
Witness Signature

_[signature]_                              X _Derick Cox_
Witness Signature                          Patient Signature

_06/31/06_                                 _1930_
Date                                       Time

NOTE: A refusal by the resident to sign requires the signatures of at least one witness in addition to
that of the medical staff member.

PHS MD-70108



**PRISON
HEALTH
SERVICES
INCORPORATED**

# RELEASE OF RESPONSIBILITY

Inmate's Name: _Cox  Derrick – 140603_____

Date of Birth: _01/07/63_____    Social Security No.: _____

Date: _06/31/06_____    Time: _1915_____    A.M.
P.M.

This is to certify that I, _Derrick Cox_____, currently in
(Print Inmate's Name)

custody at the _Bullock County Correctional Facility_____, am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _Come to 11Am & 5pm pill calls & receive Zantac_
(Specify in Detail)

_150m, PO BID_____

---

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

x _Derrick Cox_____        _Patricia Sun 1_____
(Signature of Inmate)**              (Signature of Medical Person)

_____ _D. Scott Lyne_____        _____
(Witness)                            (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)

Nurse's Chronic Care Clinic

Date: 5/31/06    Time: 0930    Facility: BCCF

Check all applicable CICs being evaluated: __Card/HTN __DM __GI __ID __PUL __SZ __TB

Vital Signs: BP 2/68 P 74 R 18 T____
SUBJECTIVE:

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit: __Dates:
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: __Dates:
For seizure patients, list the # of witnessed seizures since the last CIC visits: __Dates:

ALLERGIES: PCN
MEDICATIONS:                                CURRENT DIET: Reg
DESCRIBE MED AND DIET ADHERANCE: Scale 9
DESCRIBE ANY MED SIDE EFFECTS: None noted
VACCINES: Flu____ Pneumovax____ Hep A____ Hep B____
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month____
(*This should equate to one inhaler per month)

Lab/Diagnostic test(s) w/ date(s): HbA1c____ on____; CD4 & HIV-RNA / on____
Peak Flow 600 LFTs____ on____; Serum Drug Levels__ on____; EKG___; CXR___

Medications:

Albuterol Inhaler PRN

Patient Educated on:
Instructed on Saftey Measures c
Effective Usage of inhaler
Inmate Signature Derrick Cox
Nurses Signature and Title ____

Cox Derrick
NAME                                    14060?  A/S
M                        B              1/7/76
GENDER                   RACE          DOB

(Revised 05/18/05)

Physician's Chronic Care Clinic

Date: 5/9/0 _____ Time: 0930 Facility: B CEF

Check all applicable CIC's being evaluated: __Card/HTN __DM_GI_ID_/PUL_SZ _TB

SUBJECTIVE:

_Denys today_

OBJECTIVE: BP 130/60 HR 74 RR 8 Temp ___ Wt 174 Peak Flow 600

NOTE: PE findings for CIC patients should be disease specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

NKSI
CV
No wheezing

ASSESSMENT: Circle the appropriate Degree of Control and Status for each clinic monitored during today
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree | |
| G | F | P | G | F | P | G | F | P | G | F | R | G | F | P | G | F | P | G | |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | |

PLAN: _Contr Albuterol_

F/U: Routine 90 days: _____ Other _____    Problem List Updated: Yes

_(signature)_

Physician/NP/PA

NAME: Cox Derrick

GENDER: M              RACE: B

14060_
A/S#
1/7/6_
DOB

(Revised 5/18/05)

# PRISON HEALTH SERVICES

### Physician's Chronic Care Clinic

Date: **3/7/06**    Time: **1445**    Facility: **BCF**

Check all applicable CIC's being evaluated: (Card/HTN) DM__ GI__ ID ✓ PUL__ SZ __TB

**SUBJECTIVE:**  No Cerebral

**OBJECTIVE:** BP **110/68** HR **66** RR **18** Temp **97** Wt **174** Peak Flow **390**
NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities.; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

no wheezy
no SOB
no fever

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

**PLAN:** Continue current meds

F/U:    Routine 90 days: _____ Other _____    Problem List Updated: Yes    No

_____
Physician/NP/PA    3/7/16

**Cox Derrick**
_____
NAME

**M**
_____
GENDER

**B**
_____
RACE

**140603**
_____
AIS#

**1/7/63**
_____
DOB

(Revised 5/18/05)

PRISON HEALTH SERVICES

### Nurse's Chronic Care Clinic

Date: 3/7/06   Time: 1445   Facility: BCCF

Check all applicable CICs being evaluated: __Card/HTN __DM_ GI_ ID_ ✓PUL_ SZ __TB

Vital Signs: BP 110/68 P 66 R N T 97.8

**SUBJECTIVE:**

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit: __Dates: N/A
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: 0 Dates: N/A
For seizure patients, list the # of witnessed seizures since the last CIC visits: __Dates: N/A

ALLERGIES: PCN   CURRENT DIET: Reg
MEDICATIONS: Listed
DESCRIBE MED AND DIET ADHERANCE: Compliant
DESCRIBE ANY MED SIDE EFFECTS: none noted
VACCINES: Flu____ Pneumovax____ Hep A____ Hep B____
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month._____
(*This should equate to one inhaler per month.)

Lab/Diagnostic test(s) w/ date(s): HbA1c_____ on_____; CD4 & HIV-RNA __/__ on_____;
Peak Flow 240 LFTs____ on_____; Serum Drug Levels __ on_____; EKG____; CXR___

Medications:
Albuteral Inhaler PRN

Patient Educated on:
E. Review effective usage of inhaler

Inmate Signature Derrick Cox

Nurses Signature and Title Melinal SRN

COX Derrick
**NAME**

M
**GENDER**

B
**RACE**

140603
**AIS**

1/7/63
**DOB**

(Revised 05/18/05)

## _ISON HEALTH SERVICES

### Physician's Chronic Care Clinic

Date: _12/3/05_   Time: _1200_   Facility: _BCCF_

Check all applicable CIC's being evaluated: __Card/HTN __DM__GI__ID _✓_PUL__SZ __TB

SUBJECTIVE:   _no SOB_                                _Sat 99_

OBJECTIVE:   BP _120/78_ HR _81_ RR _20_ Temp _97⁴_ Wt _171_ Peak Flow _280_
NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

_no wheeze_
_no congestion_
_no _

ASSESSMENT: Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

PLAN:   _continue the Atrovent_

F/U:   Routine 90 days: _____Other _____        Problem List Updated:   Yes      No

_____
Physician/NP/PA

_Cox Derrick_
NAME

_M_                        _B_                        _140 603_
GENDER                     RACE                       AIS#

                                                      _1/7/63_
                                                      DOB

(Revised 5/18/05)

# F___SON HEALTH SERVICES

## Nurse's Chronic Care Clinic

Date: _12/3/05_    Time: _1200_    Facility: _BCCF_

Check all applicable CICs being evaluated: __Card/HTN __DM __GI __ID __PUL __SZ __TB

Vital Signs: BP _120/78_ P _81_ R _20_ T _99.4_    Sat 99

**SUBJECTIVE:**

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit: __Dates:_____
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: _1_ Dates: _monthly_
For seizure patients, list the # of witnessed seizures since the last CIC visits: ____Dates:_____

ALLERGIES: _PCN_    CURRENT DIET: _Reg_
MEDICATIONS: _Listed_
DESCRIBE MED AND DIET ADHERANCE: _Compliant_
DESCRIBE ANY MED SIDE EFFECTS: _None noted_

VACCINES: Flu_____ Pneumovax _____ Hep A _____ Hep B_____
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month._____
(*This should equate to one inhaler per month.)

Lab/Diagnostic test(s) w/ date(s): HbA1c_____ on_____; CD4 & HIV-RNA ___/___on_____;
Peak Flow _280_ LFTs____ on _____; Serum Drug Levels __ on _____; EKG ____; CXR___;

Medications:
_Albuteral Inhaler_

Patient Educated on:
_Instructed on Saftey Measures, Also the effective usage of an inhaler_

Inmate Signature _Derrick Cox_

Nurses Signature and Title _____

_Cox Derrick_
NAME

_M_          _B_              _140 603_
GENDER       RACE             AIS

                             _1/7/63_
                             DOB

(Revised 05/18/05)

Physician's Chronic Care Cl—

Date: 9/29/05   Time: 1210   Facility: BCCF

Check all applicable CICs being evaluated: __Card/HTN __DM__GI__ID__PUL__SZ__TB

OBJECTIVE: BP 120/80 HR 82 RR 18 Temp 98² Wt 174 Peak Flow____

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds, Cardiopulmonary, abdomen, extremities; ID-all systems; PUL-HEENT, Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

no wheezing

no SOB

ASSESSMENT: Circle the appropriate Degree of Control and Status for each clinic monitored during today's Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | HTN/CARD | SZ | PUL | ID | GI | OTHER |
|---|---|---|---|---|---|---|
| Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Cont |
| G  F  P | G  F  P | G  F  P | G  F  P | G  F  P | G  F  P | G  F  P |
| Status | Status | Status | Status | Status | Status | Status |
| I  S  W | I  S  W | I  S  W | I  S  W | I  S  W | I  S  W | I  S  |

PLAN: Continue All Med

F/U:   Routine 90 days: ____✓

Other ____

_[signature]_
Physician

9/29/05

Problem List updated: (Yes)  No

(01/31/05)

PRISON HEALTH SERVICE

Name: _On Derrick_
Inmate #: _14605_
DOB: _____ | Race: ____ Gender ____

### Nurse's Chronic Care Clinic

Date: _9/29/05_    Time: _1210_    Facility: _BCCF_

Check all applicable CICs being evaluated: __Card/HTN __DM__GI__ID✓PUL__SZ__TB

## SUBJECTIVE:

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit:__Dates:_____
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit; ____Dates:_____
For seizure patients, list the # of witnessed seizures since the last CIC visits:____Dates:_____

ALLERGIES: _PCN_    CURRENT DIET: _Reg_
DESCRIBE MED AND DIET ADHERANCE: _Compliant_
DESCRIBE ANY MED SIDE EFFECTS: _none noted_
VACCINES: Flu_____ Pneumovax_____ Hep A_____ Hep B_____
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month.
(*This should equate to one inhaler per month.)

Lab/Diagnostic test(s) w/ date(s): HbA1c_____ on_____: CD4 & HIV-RNA ___/___on_____:
Peak Flow___: LFTs____on _____; Serum Drug Levels __ on _____; EKG ____; CXR___:

MEDICATIONS:

_Albuterol inhaler_

_Instructed on
Effective usage
Inhaler_

Patient Educated on: _Ø exercise for CC pulmonary; no noted
wheezing for dyspnea (SOB) June E.
Instructed on safety_

Inmate Signature

Nurses Signature and Title _M Q P PN_

(01/31/05

## Physician's Chronic Care Clinic

Date: 5/2/05        Time: 1528        Facility: BCCF

Check all applicable CICs being evaluated: ✓ Card/HTN __ DM __ GI __ ID ✓ PUL __ SZ __ TB

**OBJECTIVE:** BP 110/70 HR 78 RR 18 Temp 98⁴ Wt 116 Peak Flow _____

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities.; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

_[handwritten notes, illegible]_

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

PLAN: _continue on Advair Inhaler_

F/U:  Routine 90 days: ✓

Other _____

_____ MD

Physician _____ 5/3/05

Problem List updated: (Yes)  No

(01/31/05)

PRISON HEALTH SERVICES

Name: _Vox Derrick_
Inamte #: _140 603_
DOB: _1/7/63_ Race: _B_ Gender _M_

## Nurse's Chronic Care Clinic

Date: _5/2/05_    Time: _15 25_    Facility: _BCCF_

Check all applicable CICs being evaluated: _√_Card/HTN __DM __GI __ID _√_PUL __SZ __TB

### SUBJECTIVE:

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit:__Dates:_____
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: _Yes_ Dates: _Feb_
For seizure patients, list the # of witnessed seizures since the last CIC visits:___ Dates:_____

ALLERGIES:_____    CURRENT DIET: _Reg_
DESCRIBE MED AND DIET ADHERANCE:___ _Compliant_
DESCRIBE ANY MED SIDE EFFECTS:_____ _None noted_
VACCINES: Flu____ Pneumovax_____ Hep A____ Hep B_____
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month._____
(*This should equate to one inhaler per month.)

Lab/Diagnostic test(s) w/ date(s): HbA1c____ on_____; CD4 & HIV-RNA __/__on_____;
Peak Flow _N/A_ LFTs____on_____; Serum Drug Levels __on_____; EKG____; CXR__;

MEDICATIONS:

_Albuterol Inhalers_        _3/31/05_        _Triglycerides_
                            _↑DL_
                            _114_           _BP_

Patient Educated on: _↓ fr CC pul. noted Cholesterol elevated_
_Pt Assess as indicated + Instructed on Safety_
_measures and low cholesterol_        Inmate Signature _Derrick Vox_
Nurses Signature and Title _M nurse RN_

(01/31/05

**PRISON HEALTH SERVICES**

Name: _Cox Derrick_
Inamte #: _140603_
DOB: _1/7/63_ Race: _B_ Gender _M_

### Nurse's Chronic Care Clinic

Date: _4/19/05_    Time: _0735_    Facility: _Kilby Correctional Facility_

Check all applicable CICs being evaluated: __Card/HTN __DM__GI__ID ✓__PUL__SZ __TB

## SUBJECTIVE:

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit:__Dates:_____
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: ____Dates:_____
For seizure patients, list the # of witnessed seizures since the last CIC visits:____Dates:_____

ALLERGIES: _PCN_    CURRENT DIET: _Regular_
DESCRIBE MED AND DIET ADHERANCE: _Good_
DESCRIBE ANY MED SIDE EFFECTS: _none_
VACCINES: Flu _×00 4_ Pneumovax _none_ Hep A _p_ Hep B _O_
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month._____
(*This should equate to one inhaler per month.)

Lab/Diagnostic test(s) w/ date(s): HbA1c____ on_____ : CD4 & HIV-RNA __/__ on_____ :
Peak Flow___: LFTs____on _____; Serum Drug Levels __ on _____; EKG 4/5/05 ; CXR 4/5/05

MEDICATIONS:

_Albuterol MDI 17gm II puffs prn ×30 days PRN_

T — 97.8
P — 80
R — 20
BP 120/80
Wt 165 lbs

Patient Educated on: _pulmonary hygiene_

Nurses Signature and Title _J. Joaquin RN_    Inmate Signature _Derrick Cox_

(01/31/05)

PRISON HEALTH SERVICE

Name: Cox, Derrick
Inamte #: 140 603
DOB: _____ Race: B  Gender: M

### Physician's Chronic Care Clinic

Date: 3/31/05 _____ Time: 1550 _____ Facility: KCF _____

Check all applicable CICs being evaluated: __Card/HTN __DM_GI__ID__PUL_X_SZ __TB

**OBJECTIVE:** BP 108/70 HR 84 RR 18 Temp 96⁹ Wt 165 Peak Flow____

**NOTE:** PE findings for CIC patients should be disease-specific and focused on prevention of end-organ Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds, Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT, Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

Heart — S,S2 ; RRR
Lys — ⓑ Exp. wheezs ; ø Rhonchi
Abd — ⊕ BS

HEENT — WNL

A/P — WNL

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's Visit. Degree of Control: G=Good, F=Fair, P=Poor Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | (F) | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | (S) | W | I | S | W | I | S | W | I | S | W |

**PLAN:** 1) Asthma Exacerbation
- Doxy / Entex  x 7d
- ↑ fluids
- Albuterol
- Routine tests
- CCC

**F/U:** Routine 90 days:_____

Other __70d__

_[signature]_ MD
Physician

Problem List updated: (Yes)    No

(01/31/05)

BULLOCK CORRECTIONS                 DATE: 7/19/06

NAME Cox, Derick    AIS# 140603    R/S B/m

Return to the Health Care Unit for skin test reading on the date marked below:

## YOU MUST RETURN!!!!!

|   | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|--------|--------|---------|-----------|----------|--------|----------|
| D A T E |  |  |  |  |  | 7/21/06<br>LFA |  |
| T I M E |  |  |  |  |  |  |  |

RESULT ____∅____    SIGNATURE ____ Wolbert, RN

**PHS**
PRISON HEALTH SERVICES, INC.

# HEALTH EVALUATION

I.  HISTORY – (LPN or RN)

|  | YES | NO | COMMENT(S) |
|---|---|---|---|

Weight Change (greater 15 lbs.)  ___ ✓
  (Compare Weight Below)                    Last weight at least 6 months ago
Persistent Cough  ✓ ___
Chest Pain  ___ ✓
Blood in Urine or Stool  ___ ✓
Difficult Urination  ___ ✓
Other Illnesses (Details)  ___ ✓
~~Smoke,~~ Dip or Chew  ___ ✓
ALLERGIES  ___ ✓    PCN

HT 5'7  Weight _168_  Temp _98.2_  Pulse _74_  Resp ____  Blood Pressure _100/68_
If greater than > 140/60, repeat in 1hour.
Refer to M.D. if remains > 140/90.

Eye Exam: ____ OD ____ OS _20/20_ OU
w/glasses

II.  TESTING – (LPN or RN)        RESULTS

Tuberculin Skin Test (q yr)        Date given _7/19/06_ Site _LFA_
                                   Read on ____ Results ____ mm
Past Positive TB Skin Test  →      **Survey Completed**
(Chest x-ray if clinical symptoms)  Date ____ Results ____
RPR (q 3 yrs)                      Date _3-30-05_ Results _NR_
EKG (baseline at 35, over 45 q 3 yrs)    _4-5-05_
Cholesterol (at 35 then q 5 yrs)        _3-21-05_
Finger Stick Blood Sugar           Results _104_
* If > than 200 repeat Finger Stick BS within 48 hours  Results ____
Optometry Exam (@ 50 if not already seen)
Mammogram                          Date ____ Results ____
  (females @ 40, q 2 yrs/other M.D. order)

Duty Status# _1_

III.  PHYSICAL RESULTS – (RN, Mid-Level, M.D.)

Heart          RRR
Lungs          CTA
Breast Exam    mono deterile, self exam taught
Rectal (yearly after 45)    Results N/A
  with Hemoccult            Results N/A
Pelvic and PAP (q 1 yr)     Date N/A  Results ____

Facility ____  Nurse Signature _M Sexton_  Date _7/19/06_

M.D. or Mid-Level Signature ____  Date ____

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Cox, Derick | 140603 | 1-7-63 | B/m |

60513-AL    (rev 9/05)

# U/A DIPSTICK REPORT

Name: _Cox, Derrick_____ AIS#_____ R/S_____

DOB: _____ AGE:_____

Collection Date:_____ TIME_____

Annual Physical _____ Random _____ Repeat _____ Daily _____

After Rx. Completion _____ Chronic Care Clinic Porotocal _____

Urine Appearance:          Color _Tea____ Clarity: _Clear_ Odor: _Foul_

Specific Gravity: _1.030_____

PH: ___6_____

LEUKOCYTES: _Neg_____

NITRATE: _Neg_____

PROTEIN: _30_____

GLUCOSE: _Neg_____

KEYTONES: _Trace_____

UROBILINOGEN: _Normal_____

BILIRUBIN: _Moderate_____

BLOOD: _Neg_____ HEMOGLOBIN: _Neg___

WNL:_____ ABNORMAL _Yes_____

OBTAINING NURSE'S SIGNATURE: _JGppling LPN___ _7/19/06_
                                                                          Date

REVIEWING PHYSICIAN's Signature:_____
                                                                          Date

_7/20/8_

**PHS**
PRISON HEALTH SERVICES, INC.

# YEARLY HEALTH EVALUATION

## I.     HISTORY – (LPN or RN)

|  | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) (Compare Weight Below) |  | ✓ | Last weight at least 6 months ago |
| Persistent Cough |  | ✓ |  |
| Chest Pain |  | ✓ |  |
| Blood in Urine or Stool |  | ✓ |  |
| Difficult Urination |  | ✓ |  |
| Other Illnesses (Details) | ✓ |  | Hx of Asthma |
| Smoke, Dip or Chew | ✓ |  | Smokes |
| ALLERGIES |  | ✓ | PCN |

HT 5-8" (IN)   Weight 169#   Temp 98.6   Pulse 78   Resp 20   Blood Pressure 122/78

**If greater than > 140/90, repeat in 1hour.**

Eye Exam: 20/20 OD   20/20 OS   20/20 OU   with glasses   Refer to M.D. if remains > 140/90.

## II.     TESTING – (LPN or RN)                    RESULTS

| | |
|---|---|
| Tuberculin Skin Test (q yr) | Date given 7-25-05 Site LFA  Read on 7-27-05 Results ∅ mm |
| Past Positive TB Skin Test → (Chest x-ray if clinical symptoms) | Survey Completed  Date_____ Results_____ |
| RPR (q 3 yrs) | Date 3-30-05 Results NR |
| EKG (baseline at 35, over 45 q 3 yrs) | 4-5-05 |
| Cholesterol (at 35 then q 5 yrs) | 3-21-05 (↑) |
| Tetanus/Diptheria  (q 10 yrs)  (if done today) | Last Given 2004  Due 2014  Site given_____ Dose_____ Lot #_____ |
| Optometry Exam (@ 50 if not already seen) | _____ |
| Mammogram  (females @ 40, q 2 yrs/other M.D. order) | Date_____ Results_____ |

Duty status # 1

## III.     PHYSICAL RESULTS – ( RN, Mid-Level, M.D.)

| | |
|---|---|
| Heart | WNL |
| Lungs | Clear to auscultation, |
| Breast Exam | WNL |
| Rectal (yearly after 45) | Results_____ |
| with Hemoccult | Results_____ |
| Pelvic and PAP (q 1 yr) | Date_____ Results_____ |

Facility Bullock   Nurse Signature _____ RN   Date 7-25-05

M.D. or Mid-Level Signature _____ 9/9/01   Date_____

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Cox, Derick | 140603 | 1-7-63 | BM |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

Delois Kidd                        Mother
_____
Name                                Relationship

58 Bluebell Street              (205)  426- 6084
_____
Street Address                               Phone Number

Besmer                          Ala.            35020
_____
City                              State            Zip Code

Derick Cox              140603    418-96-28-45   7-25-05
_____
Inmate Signature          Doc#          S.S.#          Date

M J Tolbert, RN                                    7-25-0
_____
Witness                                            Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Cox, Derick | 140603 | 1-7-63 | B/M | Bullock |

PHS-MD-70003          (White – Medical Record, Yellow – Active File, Pink – Control Center)

# U/A DIPSTICK REPORT

Name: Cox, Derick          AIS# 140603 R/S B/M

DOB: 1-7-63          AGE: 43 yrs

Collection Date: 7-25-05          TIME 1045

Annual Physical √          Random          Repeat          Daily

After Rx. Completion          Chronic Care Clinic Porotocal

Urine Appearance:          Color Yellow  Clarity: Clear  Odor: ∅

Specific Gravity: 1.020

PH: 5

LEUKOCYTES: Neg

NITRATE: Neg

PROTEIN: Neg

GLUCOSE: Neg

KEYTONES: Neg

UROBILINOGEN: Neg

BILIRUBIN: Neg

BLOOD: Neg          HEMOGLOBIN:

WNL:          ABNORMAL

OBTAINING NURSE'S SIGNATURE: M. Tollert, RN          7-25-05
                                                                   Date

REVIEWING PHYSICIAN's Signature:          9/9/0
                                                                   Date



**PHS**
PRISON HEALTH SERVICES INCORPORATED

### INTAKE HEALTH EVALUATION

NAME: Cox Derrick
AIS #: 140603
D.O.B.: 1/7/63

Age 42   Sex m   Race B/M   Height 5'7   Weight 165

Temp: 96.9   B/P: 108/70   Pulse: 84   Resp: 18
** B/P – If greater than 140/90, repeat in 1 hour.  Refer to Mid-Level if B/P remains up.

Do you now or have you ever had, or been treated for:

| Problem | Y | N | Problem | Y | N | Problem | Y | N |
|---|---|---|---|---|---|---|---|---|
| Head Trauma | | ✓ | Gastritis | | ✓ | **HIV/AIDS \*\*\*** | | ✓ |
| Loss of Consciousness | | ✓ | Ulcers | | ✓ | \*\*\*Medications Verified | | |
| Severe Headaches | | ✓ | Bleeding | | ✓ | Hepatitis - Type | | ✓ |
| Vertigo/Dizziness | | ✓ | Gall Bladder/Pancreas | | ✓ | Gonorrhea | | ✓ |
| Vision Problems | | ✓ | Liver Problems | | ✓ | Syphilis | | ✓ |
| Hearing Problems | | ✓ | Arthritis | | ✓ | Lice, Crabs, Scabies | | ✓ |
| Seizures | | ✓ | Joint Muscle Problem | | ✓ | | | |
| Strokes | | ✓ | Back/Neck Problem | | ✓ | **LMP** | | |
| Nervous Disorders | | ✓ | Kidney Stones/Dz | | ✓ | Date | | |
| DT's | | ✓ | Bladder/Kidney Infection | | ✓ | Duration | | |
| Heart Condition | | ✓ | Alcoholism | | ✓ | Normal | | |
| Angina/Heart Attack | | ✓ | Drug Abuse cocaine oxycotin | | | Regularity | | |
| High Blood Pressure | | ✓ | Psychiatric History | | ✓ | Gravida/Para | | |
| Anemia/Blood Disorder | | ✓ | Suicidal Thoughts\*\* | | ✓ | AB/Miscarriage | | |
| Sickle Cell or Trait | | ✓ | \*\*Immediate M.H. Referral | | | Contraception | | |
| Lung Condition Asthma *Childhood* | | ✓ | **T.B.** | | | Type: | | |
| | | | PPD - date given: 3-29-05 | | | | | |
| \*Peak Flow Reading  265 | | | RFA/LFA | | | **Lab Tests - Dates** | **N** | **Ab** |
| Bronchitis | | ✓ | Date read: 4-01-05 | | | Diagnostic Profile II | | |
| Emphysema | | ✓ | Results:  Ø mm | | | RPR | | |
| Pneumonia | | ✓ | **Visual Acuity** | | | Urine Dip Stick | | |
| Diabetes | | ✓ | OD  OS | | | | | |
| Hay Fever/Allergies | | ✓ | OU 20/25 c̄ glasses | | | EKG (@ age 35) | | |

No current med

Immunization History: Td states current 2004

Immunizations Needed: _____

\*\*\*HIV Medications: _____

Acute or Chronic Problem Noted:   Y   N     Refer to Mid-Level or M.D. if yes.

_____                    3/31/05
**RN or Mid-Level, Signature**              **Date/Time**

60511-AL

Derick Lox 140683

I have read the *access to health care* information sheets and have been given a copy.   I understand how to access health care.

Name _____ Date 3/30/05

AIS# 140603
140603

Medical Staff _____ Date 3-30-05

4/13/04



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INTAKE SCREENING

Date: 03/29/05                                    AIS#: 140603

| Last Name: Cox | First: Derick | Middle: 0 |
|---|---|---|
| Birthplace: N.Y. | DOB: 01/07/1963 | SS#: 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 |

FEMALES: Pregnancy test:   (circle one)   Positive   Negative

B/P: 140/80   Temp: 98.3   Pulse: 72   Resp: 16   Weight: 205
FSBS: 106   If level: 200, repeat within 48 hours. Above 300 call M.D.

Previous Hospitalizations/Surgeries/Major Illness/Current Illness: What? Where?
*Head injury, Asthma*

Previous Incarcerations (Date & Facility)
*2004 KCF*

Medications: [ ] None  *asthma med/albuterol*         Special Diet (Prescribed):
Allergies: [ ] NKA  *PCN*         Past Positive TB Skin Test (circle one)  YES - (Complete TB Screening Form)  (NO)

ANY INMATE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING, IN ACUTE PAIN AND URGENTLY IN NEED OF MEDICAL ATTENTION SHOULD IMMEDIATELY BE REFERRED FOR EMERGENCY CARE.

### CLINICAL OBSERVATIONS

1) Level of Consciousness: (✓)Alert  ( )Oriented; time, place, person
( ) Lethargic ( ) Stuporous ( ) Comatose
Describe:

2) General Appearance  (✓)Normal ( ) Abnormal

3) Signs of Trauma  ( ) Yes  (✓)No

3) Substance Abuse:  (✓) Yes  ( ) No  ( ) Suspected
( ) Current intoxication/Abuse  (✓)Use  ( ) Withdrawal Symptoms
                                (✓)Drugs ( ) Alcohol

Describe- What kind? Amount/Frequency?

• If confirmed Benzo use, then call M.D. If can not be confirmed, call M.D.

Last Use: (Time/Date):

4a) Behavior/Conduct: (✓)Calm  (✓)Cooperative  (✓)Non-Violent
( ) Agitated  ( ) Uncooperative  ( ) Violent
( ) Manipulative  ( ) Disorganized
Describe:

4b) Affect/Mood:( )Normal ( ) Manic  ( ) Depressed
( ) Euphoria  ( ) Flat  ( ) Emotionally Confused
Describe:

4c) Perceptions:  ( ) Delusional  ( ) Hallucinations  ( ) HearingVoices

5a) Is there h/o actual suicide attempt?  ( ) Yes (✓)No
5c) Is there evidence

5b) Does pt describe current suicidal thoughts or ideations? ( ) Yes  (✓)No
5d) High risk pt may become assaultive towards staff? ( ) Yes  (✓)No

If ANY of the above in #5 are circled, staff MUST describe here, include previous history and dates:

**Any abnormal observations #4 or 5 require immediate Mental Health Referral.**

Triggers for Suicide Watch
- Currently Suicidal
- History of actual attempt
- Fails to maintain control on Close Watch   Y or N

Triggers for Close Watch
- Emotionally distraught and unable to regain composure by end of intake process
- Actively hallucinating or not making any sense   Y or N

6a) Communication Difficulties  ( ) Yes  (✓)No
6c) Hearing Impairment  ( ) Yes  (✓)No

6b) Memory Defects  (✓)Yes  ( ) No
6d) Speech Difficulties  ( ) Yes  (✓)No

7) Physical Aids: ( ) None  (✓)Glasses  ( ) Contacts  ( ) Hearing Aid  ( ) Dentures  ( ) Cane  ( ) Crutches
( ) Walker  ( ) Wheelchair  ( ) Braces  ( ) Artificial Limb  ( ) Other

8) Additional comments, complaints, symptoms:  None [ ]

S)

0)   Fever   Y (N)       Swollen Glands  Y (N)       Signs of Infection  Y (N)       Skin Intact  (Y) N

A)

P)

If known Diabetic * Call M.D. for order _____.   Initial Insulin given:_____.

I have answered all questions truthfully. I have been told and shown how to obtain medical services. I hereby give my consent for health services to be provided to me by and through PRISON HEALTH SERVICES.

*Derick Cox*                                    *Susie Williams RN*
Inmate's Signature/Date                        Health Provider Signature/Date

60412-AL



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# HEALTH EVALUATION

Date: 3/9/04                                           ID#: 140 6031)

## ADMISSION DATA

| Last Name: Cox | First: Derrick | Middle: |
|---|---|---|
| Birthplace: Nassau County, NY | DOB: 1-7-63 | SS#: 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 | State: |
| Previous Incarcerations (Date & Facility): N/A | Health Insurance? Y N  Carrier: N/A<br>Policy Number: N/A | |

## MEDICAL DATA

| Family Physician: N/A | Address: | Phone: |
|---|---|---|

| Previous Hospitalizations/Surgeries/Major Illness/Current Illness:   What? Where? |
|---|

| Medications: ☑ None | |
|---|---|
| Allergies: ☐ NKA | Special Diet (Prescribed): |

**ANY ARRESTEE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING, IN ACUTE PAIN AND URGENTLY IN NEED OF MEDICAL ATTENTION SHOULD IMMEDIATELY BE REFERRED FOR EMERGENCY CARE.**

## CLINICAL OBSERVATIONS

| 1) Level of Consciousness: (✓) Alert  (✓) Oriented; time, place, person<br>( ) Lethargic  ( ) Stuporous  ( ) Comatose<br>Describe:<br><br>2) General Appearance  (✓) Normal  ( ) Abnormal<br>Describe: | 3) Substance Abuse:  ( ) Yes  (✓) No  ( ) Suspected<br>( ) Current Intoxication/Abuse  (✓) Use  ( ) Withdrawal Symptoms<br>( ) Drugs  ( ) Alcohol<br>Describe:  What kind? Amount/Frequency?<br><br>* If confirmed Benzo use, then follow Detox Protocol.  If can not be confirmed, q shift BP (HR X 5 days).<br>Last Use: (Time/Date) |
|---|---|
| 4a) Behavior/Conduct: (✓) Calm  (✓) Cooperative  (✓) Non-Violent<br>( ) Agitated  ( ) Uncooperative  ( ) Violent<br>( ) Manipulative  ( ) Disorganized<br>Describe: | 4b) Affect/Mood:  (✓) Normal  ( ) Manic  ( ) Depressed<br>( ) Euphoria  ( ) Flat  ( ) Emotionally Confused<br>Describe: |
| 4c) Perceptions:  ( ) Delusional  ( ) Hallucinations  ( ) Hearing Voices | |

| 5a) Is there h/o actual suicide attempt? ( ) Yes (✓) No | 5b) Does pt describe current suicidal thoughts or ideations? ( ) Yes (✓) No |
|---|---|
| 5c) Is there evidence or history of self-mutilation? ( ) Yes (✓) No | 5d) High risk pt may become assaultive towards staff? ( ) Yes (✓) No |
| If ANY of the above in #5 are circled, staff MUST describe here, include previous history and dates: | Triggers for Suicide Watch- 4G/H:<br>- Currently Suicidal<br>- History of actual attempt<br>- Fails to maintain control on Close Watch | Triggers for Close Watch- 2C:<br>- Emotionally distraught and unable to regain composure by end of intake process<br>- Actively hallucinating or not making any sense |

| 6a) Communication Difficulties  ( ) Yes (✓) No | 6b) Memory Defects  ( ) Yes (✓) No |
|---|---|
| 6c) Hearing Impairment  ( ) Yes  ( ) No | 6d) Speech Difficulties  ( ) Yes (✓) No |
| 7) Physical Aids:  ( ) None  (✓) Glasses  ( ) Contacts  ( ) Hearing Aid  ( ) Dentures  ( ) Cane  ( ) Crutches<br>( ) Walker  ( ) Wheelchair  ( ) Braces  ( ) Artificial Limb  ( ) Other | |

| 8) Additional comments, complaints, symptoms:  None ☐ |
|---|
| S)<br><br>O)<br><br>A)<br><br>P) |

**I have answered all questions truthfully.  I have been told and shown how to obtain medical services.  I hereby give my consent for professional services to be provided to me by and through** _____

_Derick Cox_                                           3/9/04
Inmate's Signature                                              Date

Form 60412

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

**INMATE INTAKE FORM**

Name: _Cox, Derrick_     D.O.B: _1-7-63_     M: ✓    F: ___

Date / Time Admt: _3/9/04_    _1500_ Status: New _____ Return ✓

DOC#: _140663 D_     Screened By: _Shihaw RN_

B/P _126/74_ PULSE _76_ RR _18_ (PERILA) ORIENTED/FOUR

**Screener's Observations** (If yes, List details in comments section)

Comments Section

1.) Visible signs of trauma requiring
    immediate attention? _____         (No)      Yes _____
2.) Obvious fever, swollen glands, jaundice or
    infection that might spread? _____ (No)      Yes _____
3.) Poor skin condition, parasites, rashes or needle
    Marks? _____      (No)      Yes _____
4.) Deformities ( Skin or extremities)? ____  (No)  Yes _____
5.) Appears under the influence of alcohol or drugs? (No)  Yes _____
6.) Visible signs of alcohol or drug withdrawal?
    (Odor, gait, nystagmus, inappropriate responses
    extreme perspiration, pinpoint pupils, tremors,
    anxiety, nausea, cramping, vomiting, shakes)? (No)  Yes _____
7.) Have you had a positive TB Skin test in the past? (No)  Yes _____

**CURRENT MEDICAL HISTORY - ALL**

1. Do you currently have a medical problem?        No    (Yes) _Bronchitis_
2. Are you taking any Rx prescribed by an MD?      No    (Yes) _albuterol_
3. Do you use illegal drugs?                        (No)   Yes _____

**PHARMACY** _____

**PHYSICIAN** _____

**CLINIC NAME** _____

**MEDICATIONS / DOSAGES** _____

| **Drugs Allergies** NKA | **Arthritis** | **Asthma** | **DT's** |
| **Diabetes** | **Epilepsy** | **Fainting** | **Heart Condition** |
| **Hepatitis** | **High Blood Pressure** | **Tuberculosis** | **Thyroid** |
| **Ulcers** | **Urinary Problems** | **Venereal Disease** | **Other** |

**Notes** _____

**Date PPD placed** _3/9/04_    **Date PPD Read** _3/12/04_    **Results of PPD** _0mm_

I have answered all questions truthfully. I have been told and shown how to obtain medical services and I hereby give
my consent for professional services to be provided to me by and through PHS, INC.

Name: _Derrick Cox_                     Date: _3/9/04_

604'



**PRISON
HEALTH
SERVICES
INCORPORATED**

## DEPARTMENT OF CORRECTIONS
# CONSENT TO TREAT FORM
### (ROUTINE MEDICAL TREATMENT)


The inmate whose signature appears below does hereby grant authority to administer and perform routine examinations, treatments of minor illnesses and injuries, medications, and diagnostic procedures which may, during the course of the inmate's incarceration, be deemed advisable or necessary by physicians, dentists, registered nurses, or psychiatrists serving as contract providers. The individual reserves the right to refuse any medical or surgical treatment. <u>Refusal must be documented in writing VIA release of responsibility</u>. This consent also releases the medical record of the undersigned inmate in the whole or part to any outside consultant providing treatment or other services to the inmate on referral basis.


X _Derick Cox_____     _3|10|04_____
Signature of Inmate                              Date

_____R.T._____     _3|10|04_____
Witness                                               Date


| INMATE NAME (LAST, FIRST, MIDDLE) | ID # | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Cox, Derick | 140603 | 1|7|63 | B | KCF |

PHS MD- 70030  (rev. 11/99)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

Delois  Kidd                    Mom
Name                                                Relationship

58  Bluebell  St                          205 426 6084
Street Address                                            Phone Number

Bessemer                    Al              35020
City                          State              Zip Code

X                          140603    418 96 2845    3/10/04
Inmate Signature                Doc#          S.S.#          Date

R. T                                    3/10/04
Witness                                                Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Cox, Derick | 140603 | 1/7/63 | B | KCF |

PHS-MD-70003          (White – Medical Record, Yellow – Active File, Pink – Control Center)

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: Cox, Derrick _____ Bullock

AIS #: 140603 _____ LOCATION: MH pop — (16-35)

PSYCHOTROPIC MEDICATION(S) PRESCRIBED: Sept. 1-7, 2006

| Medication | Dosage | Frequency | Stop Date___ |
|---|---|---|---|

Prozac 40mg po qAM → 11/30/06
missed 5 doses

Also, on Benadryl 50mg phs (5pm)

**PROBLEM REPORTED:**
Side effects:_____ Medication-Related Problem:_____ Non-Compliance: ✓
Explanation:

Inmate voiced, "I don't hear the officer call pill call at that time."

Reported by: B Bennett _____ Date: 9/15/06

**MENTAL HEALTH NURSE FOLLOW-UP:**

Inmate oriented x 3. Answers questions appropriately. presents self & normal behavior. Agreed to take med if time sed to 5pm pill call. Will & med time. compliance monitoring to be cont'd.

Follow-Up by: B Bennett _____ Date: 9/15/06

**PSYCHIATRIC REVIEW/PLAN:**

Follow-Up by: _____ Date: 9/18/06

| Inmate Name | AIS # |
|---|---|
| Cox, Derrick | 140603 |

DOC Form #457-01

AR 457 – August 30, 2001

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

| DATE: 8/30/06 | TIME: 0730 | | Today vs Before |
|---|---|---|---|
| Target Symptoms | Behavioral Rating Scale  0=No problem  4= worst | | |
| | Anxiety | 1 | 2 |
| | Poor Sleep | | 2 |
| | Difficult Falling asleep | 2 | |
| | Insomnia | | 2 |

Medications: Prozac 20                                                    Informed Consent

Compliance:  Inmate report _____ % vs MAR _____ %

In addition to the information in the tables above and below, then inmate-patient:

S    Im still depressed & not getting any rest

Side effects:  None

O    OXJ, slow, mildly depressed affect, rational

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | | |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | ✓ | |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | | | |

| Lab info: | Labs Ordered:_____ | Labs Reviewed:_____ | AIMS:?_____ |
|---|---|---|---|

ASSESSMENT/Diagnosis (DSM-IV)
① Dep Mnmia II III IV V 65-70

PLAN: ↑ Prozac to 40 mg
Benadryl 50 HS

Return to clinic: 3 mo      Print Last Name:_____      Sign: _____

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| COX, DARNELL | 140603 | | B | MH | BCCF |

Disposition: Medical File

ADOC AR 632, 633, 623,615
ADOC Form MH-025 March 2, 2005

John S. Andrews, MD
MHM Correctional Services

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

| DATE: 7/14/06 | TIME: 1040 | | Today vs Before |
|---|---|---|---|
| Target Symptoms | Behavioral Rating Scale  0=No problem  5=worst | Depression | + |

Medications:

Informed Consent

Compliance:   Inmate report____   % vs MAR_____   %

In addition to the information in the tables above and below, then inmate-patient:

S   I'm a lil more depressed

Side effects:   N/A

0   Ox3, mildly depressed, not suicidal

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | | |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | | ✓ |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | | | |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS:? |
|---|---|---|---|

ASSESSMENT/Diagnosis (DSM-IV)
① Dysthymia II III-0-IV I 60

PLAN:   Rehefin Prozac

Return to clinic: 2 w(k)     Print Last Name: _____     Sign: _____

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Ox, Denull | 140607 | 43 | B | MHt | BCCF |

Disposition: Medical File

ADOC AR  632, 633, 623,615
ADOC Form MH-025  March 2, 2005

**John S. Andrews, MD**

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

| DATE: 6/1/06 | TIME: | Today vs Before |
|---|---|---|
| Target Symptoms | Behavioral Rating Scale  0=No problem  5=worst | |

|  |  | A W | O |
|  | pain | 0 |
|  | SP | 6 |

Medications:  — none —

Informed Consent: *NA*

Compliance:  Inmate report _____ % vs MAR _____ %

In addition to the information in the tables above and below, then inmate-patient:

S  "I'm doing fine" — *denies* SI/HI/thinking — *denies*
↑ hallucinations or *pain*

Side effects: *NA*

O  ↓ out 3 — Full Affect — mood stable — *slept*
*proven* clear — *No overt* psychosis — doing well
*on meds* — Stable at present

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | | |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | | ∨ |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | ↓ | | |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS? |
|---|---|---|---|

*ASSESSMENT*/Diagnosis (DSM-IV)
Psychosis *3° Stable* Chronic — *in remission*

*PLAN:*  ↑ *form NS* 1
cw to *monitor* on meds

| Return to clinic: 90d | Print Last Name: WLD | Sign: |
|---|---|---|

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Carter, Derrick | 140603 | 43 | B | MH1 | BCF |

Disposition: Medical File

ADOC AR 632, 633, 623,615
ADOC Form MH-025  March 2, 2005

Robert G. Whatley, CRNP

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

DATE: 1/18/06   TIME: ___

| Target Symptoms | Behavioral Rating Scale 0=No problem 5= worst | Today vs Before |
|---|---|---|
| | | |
| | | |
| | | |
| | | Informed Consent |

Medications: ___ 0 ___

Compliance:   Inmate report _____ % vs MAR _____ %

In addition to the information in the tables above and below, then inmate-patient:

S  Hard to get to sleep - anxiety

Side effects: N/A

0  Calm, alert, somewhat anxious

| Selected Issues. | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | | |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | | |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | | | |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS:? |
|---|---|---|---|

ASSESSMENT/Diagnosis (DSM-IV)  Past Hx of Psychosis 2° to Substance Abuse

PLAN:   Continue to Observe

Return to clinic: _____   Print Last Name: _____   Sign: _____

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| COX, DMICK | 140607 | 43 | B/M | MH2 | DCCF |

Disposition: Medical File       J SCOTT ANDREWS MD

ADOC AR-632, 633, 623,615
ADOC Form MH-025  March 2, 2005

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

| DATE: 4/4/06 | TIME: 0910 Behavioral Rating Scale 0=No problem 5= worst | Today vs Before |
|---|---|---|
| Target Symptoms | | N/A +/- |
| | Depression | +/- |

| | | Informed Consent |
|---|---|---|

Medications: TRIAVIL 4/5 3 2 18

Compliance: Inmate report _____ % vs MAR _____ %
In addition to the information in the tables above and below, then inmate-patient:

S ↑ in BH + paranoia

Side effects: — 0 —

O calm, alert,
wants to be in RTU — inappropriate report

| Selected Issues | NO: | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | +/- | |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | | ✓ |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | | | |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS:? |
|---|---|---|---|

ASSESSMENT/Diagnosis (DSM-IV)
Psychosis 2° to Substance Abuse

PLAN: Stop Triavil

| Return to clinic: 2 wks | Print Last Name: | Sign: |
|---|---|---|

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| COX, DONIEL | 140603 | 43 | BM | MH5B | BCCF |
| Disposition: Medical File | J SCOTT | ANDREWS | MH | ADOC AR 632, 633, 623,615 ADOC Form MH-025 March 2, 2005 |

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

DATE; 3/14/06    TIME:

| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | Today vs Before |
|---|---|---|
| Att | | 0/0 |
| Depr- | | |
| | | |
| | | |

Medications: Tamil 4-50 ɪɪ ʋs

Compliance:    Inmate report  100  % vs MAR        %

Informed Consent  4

In addition to the information in the tables above and below, then inmate-patient:

**S**    & sl -

Side effects:  0

**O**    Sleep well.  Not clinilly depresd.  Stble mood.
        Has Finished SAP

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | |
| Serious Depression | ✓ | | |
| Self-Injurious Thoughts | ✓ | | |
| Suicidal intent | | | ✓ |
| Aggressive | ✓ | | |
| Seriously Impulsive | ✓ | | |
| Situational Upset | ✓ | | |

Lab info:    Labs Ordered:_____    Labs Reviewed:_____    AIMS:?_____

**ASSESSMENT/Diagnosis (DSM-IV)**
                Bipolar I 1° poln  (Cont 4 Stab )

**PLAN:**    Ct Third auth 901

Return to clinic:_____    Print Last Name: Sanders    Sign: [signature]

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Cox , Dennick | 140603 | 42 | B/M | M14-7 | Bar |

Disposition: Medical File

MHM Correctional Services
Dr. Bill Sanders

ADOC AR  632, 633, 623,615
ADOC Form MH-025  March 2, 2005

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

DATE: 12/19/05    TIME:

| Target Symptoms | Behavioral Rating Scale   0=No problem  5= worst | Today vs Before |
|---|---|---|
| | A/V halluc | 0 0 |
| | suicidal idt | 0 0 |
| | depressed mood | 0 0 |

| Medications: | 3u x D 4/50 ÷ H s | Informed Consent |
|---|---|---|
| Compliance:   Inmate report  100  % vs MAR         % | | yes |

In addition to the information in the tables above and below, then inmate-patient:

S  "That medicine does me real good" — dr c S/W Hinley —
dei A/V halluc or param

Side effects: φ

O  A sx's — full affect — mood stable — ccl + improved —
Pervasive psychosis — 0 PSTD x 0 PS — istherly med well —
stable at present ✓

| Selected Issues. | NO. | YES | If yes, comment on pertinent positive findings. |
|---|---|---|---|
| Psychosis | | | |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | ✓ | |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | ↓ | | |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS:? |
|---|---|---|---|

### ASSESSMENT/Diagnosis (DSM-IV)

psych 3° Schizophrenia

### PLAN:

cnt present tx
for Sanders to see next

| Return to clinic: 90 | Print Last Name: Whatley | Sign: |
|---|---|---|

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Cox, Dennis | 140603 | 42 | bm | SMI | BCCF |

Disposition: Medical File

ADOC AR 632, 633, 623,615
ADOC Form MH-025  March 2, 2005

Robert G. Whatley, CRNP

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

| DATE: 11/21/05 | TIME: | | |
|---|---|---|---|
| Target Symptoms | Behavioral Rating Scale  0=No problem  5=worst | | Today vs Before |
| | | A/V hall | 0 / 2 |
| | | suicid'l ideat'n | 0 / 0 |
| | | depress'd mood | 0 / 0 |
| | | | |
| | | | |
| Medications: Trial 4/50 π AS | | | Informed Consent |
| Compliance: Inmate report ITD % vs MAR % | | | |

In addition to the information in the tables above and below, then inmate-patient:

S "I'm doin' fine" – dis SIH thinkg – dis
A/V hallu. r̄ paranoia

Side effects: ∅

O DSM3 – full Nurr – mood stable – calm
+ cooperative ⊕ evidence psychosis TD n̄ EPS

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | | |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | | ✓ |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | ✓ | | |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS:? |
|---|---|---|---|

*A*SSESSMENT/Diagnosis (DSM-IV)

psychosis r/o subst abuse

*P*LAN:

cont present tx

| Return to clinic: 30 d | Print Last Name: Whatley | Sign: | |
|---|---|---|---|
| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
| Co, Derrick | 146603 | 42 | BM | SNP | BCCF |

Disposition: Medical File

ADOC AR  632, 633, 623,615
ADOC Form MH-025  March 2, 2005

Robert G. Whatley, CRNP

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
**PSYCHIATRIC PROGRESS NOTES**

| DATE: 10/19/05 | TIME: | | Today vs Before |
|---|---|---|---|
| Target Symptoms | Behavioral Rating Scale  0=No problem  5=worst | | |
| | | AH | 5/0 |
| | | VH | 0  0 |
| | | suicidal ideation | 0  0 |
| | | depressed mood | 0  0 |
| Medications: | Ziriel 4/50 5 HS | | Informed Consent |
| Compliance:   Inmate report | 100 % vs MAR      % | | 5 c s |

In addition to the information in the tables above and below, then inmate-patient:

S  "The meds are getting worse" — did 8/10 daily

di param─

Side effects: 0

O  A+O+3 — full affect — calm & coop et —

Condence onto psychos — 0 SI SID n T+S —

tolerating med well

| Selected Issues | NO. | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | ✓ | um command AH |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | ✓ | |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | | | |

THE POTENTIAL BENEFITS AND SIDE
EFFECTS OF _Ziriel_ WITHIN
THE DOSAGE RANGE OF
_2/25 — 4/50_ HAVE BEEN
DISCUSSED WITH THE INMATE
AND THE INMATE HAVE AGREED
TO ACCEPT THE ABOVE MEDICATION.

| Lab info: | Labs Ordered: | Labs Reviewed: | |
|---|---|---|---|

_**A**SSESSMENT/Diagnosis (DSM-IV)_

Psychosis 2° subst abuse

_**P**LAN:_

Cont present tx

↑ Zirecl 4/50 n HS

| Return to clinic: 2week | Print Last Name: Whatley | Sign: _(signature)_ |
|---|---|---|

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Cort, Derrick | 140603 | 54 | Bm | SMR | BCF |

Disposition: Medical File

ADOC AR  632, 633, 623,615
ADOC Form MH-025  March 2, 2005

Robert G. Whatley, CRNP

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

| DATE; 8/16/05 | TIME: | | |
|---|---|---|---|
| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | | Today vs Before |
| A H | | | 6 |
| V H | | | O |
| Depr | | | |

| Medications: Trazim 4-50 qhs | | Informed Consent |
|---|---|---|
| Compliance:  Inmate report _100_ % vs MAR _10_ % | | ✓ |

In addition to the information in the tables above and below, then inmate-patient:

**S**  I felt Geash Better the Trazm
It Lets me Slep

Side effects:  0

**O**  Pt Has no psych Symp. Not paul. Med Safe
for Slep Aid

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | | |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | | ✓ |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | | | |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS:? |
|---|---|---|---|

**A**SSESSMENT/Diagnosis (DSM-IV)
Prim Dx is Sub Abuse c̄ 2° Bdln

**P**LAN:  Trazm 4-50 qt

Return to clinic: ___  Print Last Name: Sanders  Sign: ___

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Cox, Denrick | 140603 | 42 | B | Smp | Vecp |

Disposition/Medical File

ADOC AR  632, 633, 623,615
ADOC Form MH-025  March 2, 2005

MHM Correctional Services
Dr. Bill Sanders

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

| DATE; 8/1/05 | TIME: | |
|---|---|---|
| Target Symptoms | Behavioral Rating Scale   0=No problem   5= worst | Today vs Before |
| *AH* | | |
| *VH.* | | |
| *Dep.* | | |

| Medications: *Trileptal  4-50 Bid , Benzyl 5.* | Informed Consent |
|---|---|
| Compliance:   Inmate report  *NO*  % vs MAR  *3*  % | |

In addition to the information in the tables above and below, then inmate-patient:

**S**    *on to Sleep —*

Side effects:  *NA.*

**O**    *Pt does not appear to true SMI   He is a crack*
*addict*

| Selected Issues | NO | YES | *If yes, comment on pertinent positive findings* |
|---|---|---|---|
| Psychosis | | ✓ | *3* |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | | ✓ |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | | | |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS:? |
|---|---|---|---|

**A**SSESSMENT/Diagnosis (DSM-IV)
*Schizo prnd Typ   ?*
*Sub Abuse ( canis )*

**P**LAN:   *D/C Benzyl  ↓ Trileptal to 4-50 gel*

| Return to clinic: | Print Last Name: *Sanders* | Sign: |
|---|---|---|

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| *Cox  Derrick* | *140 603* | *42* | *B* | *Sbd D* | *BCF* |

Disposition: Medical File

ADOC AR  632, 633, 623,615
ADOC Form MH-025  March 2, 2005

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

DATE: 7/6/05    TIME:

| Target Symptoms | Behavioral Rating Scale 0=No problem 5= worst | | Today vs Before | |
|---|---|---|---|---|
| | ∆ H | | 0 | 0 |
| | paranoia | | 0 | 0 |
| | delusions | | 0 | 0 |
| | | | | |

Medications: Trilafon, Benadryl                                    Informed Consent

Compliance:    Inmate report _1m_ % vs MAR _1m_ %

In addition to the information in the tables above and below, then inmate-patient:

**S** "I'm doing pretty good too" – denies S/H thinking – denies A/V hallucinations or paranoia

Side effects: Ø

**O** A 0x3 – full affect – calm & organized – Ø evidence psychosis Ø S/S TD or EPS – speech organized – thought well

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | | |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | | ✓ |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | | | |

Lab info:    Labs Ordered:_____  Labs Reviewed:_____  AIMS:?_____

**A**SSESSMENT/Diagnosis (DSM-IV)    Schizophrenia – paranoid type

**P**LAN:    cont present tx

Return to clinic: 30    Print Last Name: WSG    Sign: ____

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Cox, Derrick | 140603 | 42 | B/M | Sch2 | Bess |

Disposition: Medical File

Robert G. Whatley, CRNP

ADOC AR 632, 633, 623,615
ADOC Form MH-025 March 2, 2005

## Alabama Department of Corrections
## Psychiatric Progress Note

| DATE: 6/9/05 | TIME: | Today vs Before |
|---|---|---|
| Target Symptoms | Behavioral Rating Scale  0=No problem 5= worst | |

| | | Today vs Before |
|---|---|---|
| | AH | ↗ |
| | Insomnia | ↗ |
| | Depression | ↗ |

Medications: _Trazd 4/50ghs / Benadryl 5g/hs_

Compliance:    Inmate report _100_ % vs MAR_____ %

Informed Consent

In addition to the information in the tables above and below, then inmate-patient:

**S** _"now I wake up all night" but I think I need it twice a day for depression/anxiety. Prefer Trazd to Seroquel._

Side effects?

**O** _Alert in NAD cooperative. Affect & mood appropriate/neutral. No tic/euc. No SI/HI. No delusions. Thought goal-directed. Sensorium clear._

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | |
| Serious Depression | ✓ | | |
| Self-Injurious Thoughts | ✓ | | |
| Suicidal intent | ✓ | | |
| Aggressive | ✓ | | |
| Seriously Impulsive | ✓ | | |
| Situational Upset | ✓ | | |

Lab info:    Labs Orderd_____    Labs Reviewed_____    AIMS ?_____

**A**SSESSMENT/Diagnosis (DSM-IV):    _OPS_

**P**lan: _① ↑ Trazd to bid  ② ↑ Benadryl to bid_

Return to clinic: _1 w_    Print last Name:_____    Sign _William Chitwood, MD_

| Patient's Name: (Last, First, Middle) | ASI# | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Cox, Derick | 140603 | 42  Blk | BM | 587 | BCCF |

ADOC Form 61 P

**William Chitwood, MD**

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

*AA### PCN*

| DATE: | TIME: | |
|---|---|---|
| Target Symptoms | Behavioral Rating Scale   0=No problem   5= worst | Today vs Before |
| | *AH* | |
| | *Paranoia* | |
| | *Depression* | |

| Medications: *Geodon 80g bid* | | Informed Consent |
|---|---|---|
| Compliance:   Inmate report          % vs MAR          % | | |

In addition to the information in the tables above and below, then inmate-patient:

**S** *Transfer from Kilby (while received on Geodon. Hx coke/oxycontin abuse)*
*Treated initially inpt psychotic w̄ z̄ Geodon. Did well c̄ Program in jail "My words are bad"*
Side effects:

**O** *Alert, cooperative. Affect restricted mood neutral. Denies S/H/A illness.*
*⊖ Auditory voices, ⊖ commands. Thoughts goal-directed & linear. Sensorium clear*

| Selected Issues | NO | YES | *If yes, comment on pertinent positive findings* |
|---|---|---|---|
| Psychosis | | | *⊖ voices by night* |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | ✓ | |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | | | |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS:? |
|---|---|---|---|

**A**SSESSMENT/Diagnosis (DSM-IV)
*Schizophrenia paranoid chronic (per Kilby)*
*Hx poly subst use - ETOH/coke/opiates*

**P**LAN ① D/C Geodon ② Trileptal Titan 7/Benadryl

| Return to clinic: *2 wks* | Print Last Name: *Clayborn*   Sign: | |
|---|---|---|

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| *Cox, Derick* | *140603* | *42* | *Bla* | *SM J* | *BCF* |

Disposition: Medical File

ADOC AR  632, 633, 623,615
ADOC Form MH-025  March 2, 2005

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

DATE: 4/18/05    TIME: 11 ᵃᵐ

| Target Symptoms | Behavioral Rating Scale   0=No problem  5= worst | Today vs | Before |
|---|---|---|---|
| | Audit Hallucc | 4/5 | 4/5 |
| | Paranoia | 4/5 | 4/5 |
| | Viz Hallu. | 3/5 | 4/5 |
| | Dep. Mood | 4/5 | |

Medications: GEODON 80₉ BID

Informed Consent

Compliance:    Inmate report _____ % vs MAR _____ %

In addition to the information in the tables above and below, then inmate-patient:

**S**  SLEEPING BETTER, BUT STILL QUITE PARANOID.

Side effects:

**O**  NLC

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | ✓ | |
| Serious Depression | | ✓ | QUITE SYMPTOMATIC |
| Self-Injurious Thoughts | ✓ | | |
| Suicidal intent | ✓ | | ✓ |
| Aggressive | ✓ | | |
| Seriously Impulsive | ✓ | | |
| Situational Upset | ✓ | | |

Lab info:    Labs Ordered: _____    Labs Reviewed: ✓    AIMS:? _____

**A**SSESSMENT/Diagnosis (DSM-IV)   ctn. Pm Schz

**P**LAN:  NLC Rx — GIVE more Time

Return to clinic: 14 Days    Print Last Name: BEECHAM    Sign: [signature]

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| COX, DERRICK | 140603 | 42 | B/m | SWI | KCF |

Disposition: Medical File

ADOC AR  632, 633, 623,615
ADOC Form MH-025 March 2, 2005

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## PROGRESS NOTES

| DATE | | SIGNATURE |
|---|---|---|
| 10/18/06 1500 | Depression Group: I/m actively participated + graduated from Depression Group, which consisted of 5 one-hour sessions from 9/13/06- 10/18/06, each Weds from 1:30-2:30 pm. | Siddall, MS, MHP |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| INMATE NAME | AIS # | INSTITUTION |
|---|---|---|
| Cox, Derrick | 140603 | BCCF |

Disposition: Inmate Medical Record
Printed Front and Back on Blue Paper

Reference: ADOC AR: 604, 613, 614, 616, 622, 623, 627, 634, 628, 632, 633, 635, 638
ADOC Form MH-040 – November 14, 2005

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### PSCHOTROPIC MEDICATION REPORT

INMATE: Cox, Derrick

AIS#: 140603                LOCATION: BCCF

**PSCHOTROPIC MEDICATION (S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| Aniail | 4/50mg (2 tabs) | QHS | 6/14/06 |

**PROBLEM REPORTED:**

Side effects: _____ Medication-Related Problem: _____ Non-Compliance: ✓

Explanation: Inmate states, "I come to pill call, but they tell me to get in the other line, so I do, but I take my medicine, someone is not writing that I take it though."

Inmate missed 5 doses of Aniail 4/50mg (2 tabs).

Reported by: Florence SPN            Date: 3/29/06

**MENTAL HEALTH NURSE FOLLOW-UP:**

Inmate states, "I come to pill call everyday and take my medicine.

Inmate counseled on medication and side effects by nurse.

Follow-Up by: Florence SPN

**PSYCHIATRIC REVIEW/ PLAN:**

OK

Follow-Up by:                Date: 3/29/06

| INMATE NAME | AIS |
|---|---|
| Cox, Derrick | 140603 |

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### PSCHOTROPIC MEDICATION REPORT

INMATE: _Coy, Derrick_

AIS#: _14060B_          LOCATION: _BCCF_

**PSCHOTROPIC MEDICATION (S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| Triavil | 4/50mg (2 tabs) | QHS | 3/19/06 |

**PROBLEM REPORTED:**
    Side effects: _____ Medication-Related Problem: _____ Non-Compliance: _✓_
Explanation: _Inmate missed 4 doses of Triavil 4/50mg (2tabs)_
_@ bedtime._

_Inmate states, "I take my meds I just_
_take it in the other line."_

Reported by: _N. Moore RN_          Date: _3/21/06_

**MENTAL HEALTH NURSE FOLLOW-UP:**
_Nurse counseled on medication compliance and_
_side effects. Inmate states, "I'll get in the right_
_line from know on._

Follow-Up by: _N. Moore RN_

**PSYCHIATRIC REVIEW/ PLAN:**

Follow-Up by:                                    Date:

| INMATE NAME | AIS |
|---|---|
| Coy, Derrick | 14 0603 |

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### PSCHOTROPIC MEDICATION REPORT

INMATE: _Cax Derrick_ OP

AIS#: _140603_ LOCATION: _BCCF_

## PSCHOTROPIC MEDICATION (S) PRESCRIBED:

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| Triavil | 4/50 | QHS | 3/19/06 |

## PROBLEM REPORTED:

Side effects: _____ Medication-Related Problem: _____ Non-Compliance: ✓

Explanation: Inmate missed 5 doses or Triavil 4/50 ✓ @ HS.

Inmate stated, " The reason I've missed so many pill calls is because they've been moving me from dorm to dorm, and I didn't know what time pill call was for that dorm."

Reported by: H Lowrence (PW)          Date: 1/11/05

## MENTAL HEALTH NURSE FOLLOW-UP:

Nurse counseled inmate on noncompliance of medication and side effects of medications. Inmate states, "I want be having anymore problems now, they've placed me in dorm 16 now."

Follow-Up by: H Lowrence (PW)

## PSYCHIATRIC REVIEW/ PLAN:

1/14/06

Follow-Up by: _____          Date: _____

| INMATE NAME | AIS |
|---|---|
| Cax Derrick | 140603 |

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### PSCHOTROPIC MEDICATION REPORT

INMATE: *Cox Derrick IL (Shuford)*

AIS#: *1406003*          LOCATION: *BCCF*

**PSCHOTROPIC MEDICATION (S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| *Travil* | *4.50 mg* | *HS* | *10-30-05* |

**PROBLEM REPORTED:**

Side effects: _____  Medication-Related Problem: __X__  Non-Compliance: _____

Explanation: *Inmate has missed 3 doses Triavil @ 5 PM Inmate states "I be outside in the evening sometimes they lock the door I can not get back inside for pill-call.*

Reported by: *A. Thomas LPN*          Date: *10-17-05*

**MENTAL HEALTH NURSE FOLLOW-UP:**

*Inmate counseled on medication compliance and side effects inmate voiced no problems states will take medication as ordered.*

Follow-Up by: *A. Thomas LPN*

**PSYCHIATRIC REVIEW/ PLAN:** *MHP to coordinate to staff c/ psychiatrist / CRNP @ tx team meeting.*

Follow-Up by: *R. Anderson Psy.D.*          Date: *10/25/05*

| INMATE NAME | AIS |
|---|---|
| *Cox Derrick* | *1406003* |

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: _Cox Derrick_          JP

AIS #: _140603_          LOCATION: _BCCF_

PSYCHOTROPIC MEDICATION(S) PRESCRIBED:

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| TRiavil | 450mg | 3 | |
| Benadryl | 50mg | 3 | |

**PROBLEM REPORTED:**
Side effects:_____ Medication-Related Problem:_____ Non-Compliance: ✓
Explanation:
States "I been sleeping to much would like to get my medication just one time a day in the evening".

Reported by:_____          Date: _7-26-05_

**MENTAL HEALTH NURSE FOLLOW-UP:**

Referred to Psychaitric

Follow-Up by: _A. Thomas RN_    Date: _7-26-05_

**PSYCHIATRIC REVIEW/PLAN:**

Follow-Up by:_____          Date: _8/1/05_

| Inmate Name | AIS # |
|---|---|
| Cox Derrick | 140603 |

DOC Form #458-01

3 of 4

AR 458 – August 30, 2001

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES

### PSYCHIATRIC EVALUATION

**Referred by:**
☒ Admission to Institution   ☐ Mental Health Staff   ☐ Medical Staff   ☐ Other_____

42/B/m

**Reason for Referral (Presenting Problem):**
NEW ADM. TO KILBY C.F.          INCAR. — X 7-8 MOS.
CH — THEFT / BRK-ENT. AUTO
S — 15 YRS.

**Psychiatric History (inpatient/outpatient/dates of treatment/medications prescribed):**
1ˢᵗ M.H. TX ± 1978, @ 15 Y.O. BEGAN HEARING VOICES @
± 14 Y.O. (MUMBLING/WHISPERING), + PARANOIA. 1ˢᵗ TX @ MHC,
RX — SOME HELP, TOOK IT X ± 1 YR. — JUST QUIT.
M.H. HOSP, ± 83, SUICIDE THOUGHTS — HOSP X 3-4 DAYS, + SIGNED
OUT. A.M.A.
NO MORE M.H. TX/RX — NOT EVEN IN PRISON.
NOW — IN JAIL, + SX — LIKE "BIG BUGS ALL ON ME" — AT TIMES,
(HAS ALSO — TRIED PROZAC)

**Pertinent Medical History (allergies):**
RX — ASTHMA, GERD (ZANTAC), ARTHRITIS
ALLERGIES — PCN          RECENT FALL — IN JAIL 11/04 — (L)
HEAD INJ — @ 13 Y.O.), MVA.   ARM INJ. —
SEIZURES — X              UNCONS. BRIEFLY

**Substance Abuse History:**
POT — 15, ETOH — 15, COC — 19, BENZO's — LAST YR.
TX — S.A.P. — IN PRISON

**Pertinent Personal/Family History (inmate's sentence):**



LIVING — ɛ̄ (MA), MARRIED/SEP X 7 MOS. — 4 CHILDREN
SCHOOL — 12ᵗʰ YRS + GED   / WORK — PAINT/BODY

**Institutional Adjustment (current placement):**
PRIOR — '85 — CH — REC STOLEN PROP. S = 3 YRS/1 YR
IN PRISON X 11-12 — INCLUDING VIOLATIONS
MOSTLY FOR REC STOLEN PROP. — LONGEST — 4 ²/₃ YRS.

JV — 14ᵗ CH — SHOP LIFTING — DETENTION X C MOS, TWICE

| Inmate Name | AIS # |
|---|---|
| COX, DERICK | 140603 |

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
## PSYCHIATRIC EVALUATION

**Mental Status Examination:**

**Appearance and Behavior:** ALERT, WELL ORIENTED, APPROPIATE

**Mood and Affect:** STABLE IN MOOD

**Speech and Language:** WNL

**Thought Process:** WNL

**Thought Content and Perceptions:** WNL

**Cognitive Assessment/Memory:** WNL

**Insight/Judgement:** INTACT

**Sleep/Appetite:**

AUDIT HALLUC - 4/5
PARANOIA - 4/5
VIZ. HALLUC - 4/5
SPIDERS/CRABS

**Suicide/Violence Risk Assessment:**

**Past Suicidal Ideation/Attempts (dates and methods):** 15 40. - THOUGHTS - TO CUT WRIST 3 4 MS AGO.

**Current Suicidal Ideation and Behavior:** X

**Past Violent/Assaultive Behavior:** X

**Current Violent/Assaultive Ideas/Behavior:** X

The potential benefits and side effects of CEDDEN within the dosage range of 40-160g have been discussed with the inmate and the inmate has agreed to accept the medication. PB

**Diagnostic Impression:**

**Axis I:** ? CHR. PM. SCHIZ - / POLYSUBST. DEP.

**Axis II:** A.P.D.

**Axis III:** ASTHMA, GERD, ARTHRITIS.

**Axis IV:** —

**Axis V:** 60-65

**Treatment Recommendations (including medications/labs ordered/special housing)**

CLINICAL TRIAL OF NEUROLEPTIC
CEDDEN 80g B.I.D. ( 80g HS x 3 DAYS
THEN FO g BID )

**Mental Health Code:** SMI    HARM    HIST    NONE

**Psychiatric Follow-Up Required Within:** ___ Days

14 DAYS

**Psychiatrist Signature** _____    **Date** 3/30/05

Page 2 of 2

**Inmate Name** COX, DERICK    **AIS #** 140 603

## Dr. Paul Beecham
## MHM Correctional Services

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

**PROGRESS NOTES**

| DATE | | SIGNATURE |
|------|---|-----------|
| 10/14/06 (cont) | Staff encouraged F/m to utilize coping skills acquired in Depression Group. O: Hygiene marginal. Good eye contact. A: Alert & oriented x4. More verbalization of feelings this session. Slightly irritable. Denied A/V hallucinations + S/H ideations c̄ no psychosis evident. P: Monthly sessions per Tx Plan. —— | K. Riddall, MS, MHP |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| INMATE NAME | AIS # | INSTITUTION |
|-------------|-------|-------------|
| Cox, Derrick | 140603 | BCCF |

Disposition: Inmate Medical Record
Printed Front and Back on Blue Paper

Reference: ADOC AR: 604, 613, 614, 616, 622, 623, 627, 634, 628, 632, 633, 635, 638
ADOC Form MH-040 – November 14, 2005

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

**PROGRESS NOTES**

| DATE | | SIGNATURE |
|---|---|---|
| 9/14/06 | Individual Counseling (Problems #1, #2) | |
| 1300 | S: Monthly scheduled session c̄ I/m who reports, "Everything's pretty good since I've been on meds." I/m is currently attending Depression Group. Staff provided & processed handout on "Men & Depression." | |
| | O: Smiling. Hygiene marginal. No abnormal psychomotor activity observed. | |
| | A: Denied A/V hallucinations & S/H ideations c̄ no psychosis or signs of decompensation observed. Mood stable. Alert & oriented x4. | |
| | P: Monthly follow up as scheduled. | V. Kiddall, MS, MHP |
| 10/14/06 | Individual Counseling (Problems #1, #2) | |
| 0915 | S: Monthly scheduled session c̄ I/m who reports, "I stay depressed in 16 dorm. I'm not eating much — can't sleep." Staff assisted I/m in identifying trigger for depression, which he claims is the younger inmates in the dorm. Staff encouraged I/m to request move to Honor Dorm & allowed I/m time to vent feelings & frustrations. | |

| INMATE NAME | AIS # | INSTITUTION |
|---|---|---|
| Cox, Derrick | 140603 | BCCF |

Disposition: Inmate Medical Record
Printed Front and Back on Blue Paper

Reference: ADOC AR: 604, 613, 614, 616, 622, 623, 627, 634, 628, 632, 633, 635, 638
ADOC Form MH-040 – November 14, 2005

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

**PROGRESS NOTES**

| DATE | | SIGNATURE |
|------|---|-----------|
| 8/24/06 | *Individual Counseling (Problems #1, #2)* | |
| 1515 | S: Monthly scheduled session ē I/m who | |
| | reports, "Everything is pretty good, Ain't heard | |
| | voices in a couple of months, Never had no | |
| | visions. I'm stressed out pretty bad, I | |
| | always think & worry around the clock | |
| | about me & my family. I really need to | |
| | work." Staff offered support & spoke with | |
| | Ofc Hampton about finding I/m a job | |
| | detail. I/m signed up for Depression | |
| | Group beginning in Sept. | |
| | O: Hygiene maximal. Vented feelings | |
| | appropriately. Cooperative. | |
| | A: Appeared anxious, Racing thoughts. | |
| | May need med adjustment. ↑ anxiety | |
| | & depressive symptoms. No apparent | |
| | disturbance in thought of perceptions. | |
| | Alert & oriented x4. | |
| | P: Refer to Psychiatrist for med check ē | |
| | follow-up counseling per Tx Plan. | K. Siddall, MS, MHP |
| | | |
| | | |
| | | |

| INMATE NAME | AIS # | INSTITUTION |
|-------------|-------|-------------|
| Cov, Derrick | 140603 | BCCF |

Disposition: Inmate Medical Record
Printed Front and Back on Blue Paper

Reference: ADOC AR: 604, 613, 614, 616, 622, 623, 627, 634, 628, 632, 633, 635, 638
ADOC Form MH-040 – November 14, 2005

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

**PROGRESS NOTES**

| DATE | | SIGNATURE |
|------|---|-----------|
| 7/12/06 1030 | Individual Counseling (Problem #1) | |
| | S: Initial contact č I/m referred to this MHP's caseload on 7/10/06. I/m reports increased symptoms + states, "I need something for depression. I feel down + out about everything again." MHP advised I/m of current self-help groups available to him + he expressed willingness to attend. Staff referred I/m to Psychiatrist for med evaluation. I/m denied A/V hallucinations + S/H ideations. Self-reports current symptoms as poor memory/concentration, ↑ fatigue, "real poor" sleep, crying spells, social isolation, lacks pleasure in daily activities, feelings of hopelessness, ↑ anxiety + ↑ sadness. Sadness 4/5, Anxiety 4/5. | |
| | O: Flat affect. Hygiene marginal. Trembling. | |
| | A: Appeared anxious + overwhelmed. Alert + oriented. No psychosis evident. | |
| | P: Supportive counseling monthly per Tx Plan + refer to Medical for further medication assessment. | V. Biddell, MS/MHP |

| INMATE NAME | AIS # | INSTITUTION |
|-------------|-------|-------------|
| Cox, Derrick | 140603 | BCCF |

Disposition: Inmate Medical Record
Printed Front and Back on Blue Paper

Reference: ADOC AR: 604, 613, 614, 616, 622, 623, 627, 634, 628, 632, 633, 635, 638
ADOC Form MH-040 – November 14, 2005

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## PROGRESS NOTES

| DATE | | SIGNATURE |
|---|---|---|
| 6/29/06 | OP monthly contact | |
| | ⑤ "I'm still off medication. I'm alright". Pt. denied | |
| | voices, depression, paranoia. Not suicidal. ⑥ Pt. Rational, | |
| | coherent, behavior appropriate - may be manipulative & | |
| | downplaying sx to go to WP. Ⓐ Stable Ⓟ F/U next | |
| | month. Explored process for contacting MH if problems | |
| | occur | N. Shuford, MHP |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| INMATE NAME | AIS # | INSTITUTION |
|---|---|---|
| Cox, Derrick | 140603 | BCCF |

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 2/28/06 | | OP monthly contact. (S) "I'm still taking my medicine. I can't sleep without it." I'm reported voices "sometimes". O paranoia, depression, anxiety. Not suicidal. (O) 42 yr old BM. Rational coherent, appropriate. (A) Stable. (P) F/U next month | N. Shuford, MHP |
| 3/28/06 | | OP monthly contact / Non-compliance. (S) "I'm doing alright." I'm reported O problems. No current voices, depression, or paranoia. Not suicidal. I'm wants to go to work release. (O) 42 yr old BM. Rational coherent, appropriate. (A) Stable. (P) F/U next month; refer to Classification | N. Shuford, MHP |
| 4/28/06 | | OP monthly contact. (S) "I'm not too good. I've been hearing voices, just mumbling (could not say what voices were saying). Reported poor appetite and sees bugs. Also paranoia. Wants to go back to mental health. (O) 42 yr old BM. Rational coherent, appropriate. (A) Stable w/ possible manipulation to go back to mental health. (P) F/U next month; refer to psych | N. Shuford, MHP |
| 5-30-06 | | OP monthly contact. (S) "I wanted to go to work release, but they say I'll have to be an MH-1. I'm denied voices, paranoia. Not suicidal. O depression. (O) BM Rational, coherent, appropriate. (A) Stable. (P) F/U next month - assess for code | N. Shuford, MHP |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Cox, Derrick | 140603 | 42 | Bm | BCCF |

F-61

## INRDISCIPLINARY PROGRESS N S

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 11/29/05 | | OP monthly Contact | |
| | | (S) "I'll graduate from SAP in a couple of weeks." No denied a/v hall, paranoia, + depression of suicidal ideations reported (O) 42 y old Bm. Rational, coherent, appropriate (A) Stable (P) F/U next month | NS hufford MHP |
| 12/29/05 | | OP monthly contact | |
| | | (S) "I would like to be moved back to mental health, because I always sleep through pill call. I feel miserable when I don't take my meds. Clm reported he heard voices "every now and then. O paranoia, O depression, or suicidal ideation (O) 42 y old Bm. Rational, coherent, appropriate (A) Stable (P) F/U next month. Advised clm on importance of medication compliance | NS hufford mhp |
| 1-31-06 | | OP monthly contact | |
| | | (S) "I'm doing alright. I was wanting to go back to mental health." Clm reported that he graduated from SAP Dec. 2005. O problems w/ medication. No a/v hall, paranoia or depression reported. Denied suicidal ideations/attempts (O) 42 y old Bm. Rational, coherent, appropriate (A) Stable (P) F/U next month | NS hufford, m hp |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Cox, Derrick | 140603 | 42 | Bm | BCCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 7/29/05 cont'd | | depression, anxiety. (O) 42 yr old Bm. Rational, coherent appropriate (A) Stable @ on waiting list for SAP (P) F/U next month | N Shuford MHP |
| 8/29/05 | | monthly contact (S) "I don't have any problems." Clm denied a/v hall, paranoia, depression, S/H ideations; anxiety "not lately." Clm reported that he was still trying to take SAP again (O) 42 yr old Bm. Rational, coherent, appropriate (A) Stable @ Stable (P) No change (P) F/U next month | N Shuford MHP |
| 9/30/05 | | (P) monthly contact (S) "I feel better than I did yesterday, sometimes I don't want to be bothered." Clm denied depression, anxiety, a/v hall, paranoia, H's okay. (O) S/H ideations/attempts reported (O) 42 yr old Bm. Rational, coherent, appropriate (A) Stable @ Stable (P) No change (P) F/U next month | N Shuford, MHP |
| 10/28/05 | | (P) monthly contact (S) "I finally went to SAP. I had been waiting for a long time." Clm denied a/v hall, paranoia, depression, anxiety + suicide ideations/attempts. (O) 42 yr old Bm. Rational, coherent, appropriate (A) Stable @ Stable (P) Clm SAP (P) F/U next month | N Shuford MHP |
| 11-2-05 | | (P) Tx plan rev. - Tx signed | N Shuford MHP |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Cox, Derrick | 140603 | 42 | Bm | BCCF |

F-61

INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 5/26/05 | | Monthly contact | |
| | | (S) "I'm okay." I/m denied a/v hall-, paranoia, depression + anxiety. I/m denied ever having any suicide ideations. (O) Signed up for SA (O) A2 in old BM. Rational, coherent, reserved (A) Stable (P) denied (P) On SH list (P) F/u monthly N Shufford MHP | |
| 6/30/05 | | Monthly contact | |
| | | (S) "I'm okay other than my box being broken into. The guy is in seg now. The medication is working the same. I cant tell if they are working or not. Denied a/v hall, depression, paranoia, anxiety. (O) SH ideations reported. I/m reported that he would like to take SAP again and he should be taking the class in August. (O) A2 in old BM. Rational, coherent, appropriate (A) Stable (A) Stable (P) No change (P) F/u next month N Shufford MHP | |
| 7/29/05 | | Monthly contact | |
| | | (S) "I'm doing good. I hope I get paroled this month." I/m reported hearing voices "alot" and continues seeing visions. I/m said "not really working" medicine. Saw psych. yesterday and he was going to change his medicine. I/m also reported that his current medicine made him sleepy. Denied SH ideations/attempts, paranoia, | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Cox, Derrick | 140603 | 42 | B/m | BCCF |

F-61

# IN  DISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 4/27/05 | 2215 | S - NO COMPLIENT O - Denies any type of hallucination. NO voices. NO depressed mood noted. O - Clinically stable. P - Continue present plan of Tx. Follow-up q3 weeks. | Ernestine Tyson LPN |
| 4/28/05 | | Received Bullock outpatient on H center - assigned to N. Shuford. To see Dr. Ashwood 4-29-05. | PH |
| 5/10/05 | | Initial contact / OP Tx plan Inm okay so far. Denied ever having visual hall. Has voices, but hasn't heard any voices since last week. Has problems w/anxiety, s/d he was depressed. Denied Suic. attempts/ideations. Inm stated he completed SAP in 1995, but has signed up to take it again. Reported abstinence for 2 yrs. O: 42 yr old B/m. Rational, coherent, soft-spoken. A: Stable. Denied SI. P: U monthly. Inm on waiting list for SAP. | N Shuford MHP |
| 5-17-05 | 2000 | S: Inmate stated, "I'm okay." O: 42 year old b/m c coherent, rational speech c arrow ↑ paranoia without SIS. c/f paranoia and denial of suicidal thoughts A: Appears stable and compliant P: Will continue c current tx plan. | Blon... |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Cox, Derrick | 140603 | 42 | B/m | Kilby |

F-61

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
REFERRAL TO MENTAL HEALTH

Inmate Name: _Cox, Derrick_ AIS# _140 603_ Date of Referral: _3-29-05_

**REASON FOR REFERRAL:**

☐ **CRISIS INTERVENTION**
    ☐ Family problem:_____
    ☐ Problems with other inmates:_____
    ☐ Recent stress:_____
    ☐ Other:_____

☐ **EVALUATION OF MENTAL STATUS**
    ☐ Suicidal      ☐ Anxious      ☐ Physical complaints
    ☐ Homicidal    ☐ Depressed  *added* ☐ Sleep disturbance
    ☐ Mutilative    ☐ Withdrawn  *7day* ☑ Hallucinations/delusions
    ☐ Hostile, angry  ☐ Poor hygiene    ☐ Suspicious
    ☐ Other inappropriate behavior:_____

☐ **EVALUATION OF NEED FOR PSYCHIATRIC EVALUATION**

☐ **HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO RECEPTION/TRANSFER**

☐ **OTHER:**_____

**COMMENTS:** Inmate reports being a schizophrenia. Reports A/V hallucinations. Denies being suicidal @ this time.

Referred by: _Ms. L. Henderson  LPN_  **Phone Contact #:** _684_
    ☐ Referral for psychiatrist (referral has been screened by mental health or medical staff)

**MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION**

_SEE M. H. EVAL_  _3/30/05_

Dr. Paul Beecham
MHM Correctional Services

Follow-Up by:_____  Date: _3/30/05_

| Inmate Name _Cox, Derrick_ | AIS # _148 603_ |
|---|---|

Dr. Paul Beecham
MHM Correctional Services

*received 3/30/05*

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICE
### RECEPTION MENTAL HEALTH SCREENING

Institution: KILBY     Date/Time Inmate Received: 3-29-05

Date/Time of Screening: 3-29-05     Signature/Title of Screener: Ms. L. Henderson LPN

## MENTAL HEALTH TREATMENT PRIOR TO ENTERING THE ADOC

- ☐ Yes ☒ No  Psychotropic medication:
- ☐ Yes ☒ No  Medication turned over to ADOC upon arrival?
- ☐ Yes ☒ No  Mental health follow-up in last 90 days:
- ☐ Yes ☒ No  Suicide/self-harm attempts in last 90 days:

## MENTAL HEALTH HISTORY  Does inmate report a history of the following (if yes, provide details):

- ☒ Yes ☐ No  Outpatient treatment: Sleep - lup a su anzipheres
- ☒ Yes ☐ No  Inpatient treatment: 1989
- ☐ Yes ☐ No  Psychotropic medication: unacd tible
- ☐ Yes ☒ No  Suicidal attempts:
- ☐ Yes ☒ No  Suicidal thoughts:
- ☒ Yes ☐ No  Head injury: hit by car - 1975
- ☐ Yes ☒ No  Seizures:
- ☐ Yes ☒ No  Violent behavior:
- ☒ Yes ☐ No  Substance abuse: cocaine/crack - Sept 04
- ☒ Yes ☐ No  Substance abuse treatment:
- ☒ Yes ☐ No  Special education classes: 4th in grade ed

## INMATE SELF-REPORT OF CURRENT STATUS

- ☐ Yes ☒ No  First incarceration (reaction): 10th "I dont wanna be here"
- ☐ Yes ☒ No  Reports family support:
- ☐ Yes ☒ No  Reports serious depression/remorse:
- ☐ Yes ☒ No  Thinking about suicide:
- ☐ Yes ☒ No  Has plan for suicide:
- ☐ Yes ☒ No  Possible to implement plan: 3-29-05
- ☒ Yes ☐ No  Reports hallucinations: 3-29-05  Audio

## BEHAVIORAL OBSERVATIONS

- ☐ Poor eye contact    ☐ Poor hygiene    ☐ Unable to pay attention    ☐ Unresponsive
- ☐ Disoriented    ☐ Overly anxious    ☐ Unable to follow directions    ☐ Unable to read
- ☐ Crying    ☐ Memory deficits    ☐ Signs of self-mutilation    ☐ Afraid
- ☐ Illogical speech content    ☐ Appears to be hearing voices or seeing things    ☐ Paranoid
- ☐ Hostile    ☐ Other unusual behavior:

## DISPOSITION/ PLACEMENT RECOMMENDATION (based on reception mental health screening)

- ☐  Routine housing and mental health follow-up
- ☐  Priority mental health follow-up but not emergency
- ☐  Current psychotropic meds verified/interim supply ordered
- ☐  Emergency mental health referral
- ☐  Safe cell placement recommended
- ☐  Parole violator interim assessment referral

| Inmate Name | AIS # |
|---|---|
| Ox, Derrick | 140603 |

140603

Bullock

## PSYCHOLOGICAL UPDATE

Name: _Cou Derrick_ AIS#: _140603E_ R/S: _8m_

Date: _4/1/05_ Date of Birth: _1/7/63_ Age: _42_

Inmate _Cou_ was last evaluated by ADOC psychology staff member
_Smiley_ on ___/___/___.
A diagnosis of _____ was made and the inmate was
recommended for participation in _____
_____
_____
_____

The following observations and recommendations are made as a result of the current interview:

I. <u>Educational Needs</u>
___a. ABE    ___b. Special Education    ___c. Trade School    ___d. Junior College

II. <u>Mental Health Needs</u>

____ A. Refer to psychiatrist    ____ E. Sexual adjustment    ____ I. Self-concept enhancement

____ B. Substance abuse counseling    ____ F. Reality therapy    ____ J. Healthy use of leisure

____ C. Depression    ____ G. Anger-induced acting out    ____ K. Personal development

____ D. Stress management    ____ H. Values clarification

Date referred to psychiatrist    ___/___/___

III. RECOMMENDATIONS/REMARKS: _Dec X 7½ . Lifestyle_
_criminal._
_S/p surgery for SAB._

_Seen in PM self prescribing._

MENTAL HEALTH CODE:    (SMI)    HARM    HIST    NONE

Evaluation Completed by: _W D Brawley_    Date: _4/1/05_

N-259 A (2/2001)
*White to Central Records*
*Yellow to Institutional File*
*Pink to Data Entry and forwarding to Medical Record*

RECEIVED APR 1 5 2005

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
REFERRAL TO MENTAL HEALTH

Inmate Name: COX, Derrick AIS# #40603 Date of Referral: 5-20-04

**REASON FOR REFERRAL:**

☐ **CRISIS INTERVENTION**

    ☐ Family problem:_____

    ☐ Problems with other inmates:_____

    ☐ Recent stress:_____

    ☐ Other:_____

☐ **EVALUATION OF MENTAL STATUS**

| | | |
|---|---|---|
| ☐ Suicidal | ☐ Anxious | ☐ Physical complaints |
| ☐ Homicidal | ☐ Depressed | ☑ Sleep disturbance |
| ☐ Mutilative | ☐ Withdrawn | ☐ Hallucinations/delusions |
| ☐ Hostile, angry | ☐ Poor hygiene | ☐ Suspicious |
| ☐ Other inappropriate behavior:_____ | | |

☐ **EVALUATION OF NEED FOR PSYCHIATRIC EVALUATION**

☐ **HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO RECEPTION/TRANSFER**

☐ **OTHER:** 5/20/04 - seen and evaluated - not serious

COMMENTS: enough for MH service. Wanted address for
ouopt in Severena area - gave him four (4). DChk

Referred by: _Gresham LPN_    Phone Contact #:_____

☐ Referral for psychiatrist (referral has been screened by mental health or medical staff)

**MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION**

S "A lot on my mind about home, family members passed back to back
O Referred by Hcu staff. Family members dying and wanting to go home
are the two main causes of pts. feelings of depression. Complains of
frequent mood swings. Says he needs sleep and is a risk for pt.
to a stress.

A Appears mildly depressed. Possible mild M.R. Depression Screen may be
cancelled or exaggerated.

P Refer to Dr. Griffey

Follow-Up by: _____    Date:_____

| Inmate Name | AIS # |
|---|---|
| COX, Derrick | |

ALDOC Form 452-03

AR 452 – February 26, 2002

## PSYCHOLOGICAL UPDATE

Name: _Cindi Derick_ AIS#: _1406031)_ R/S: _Bm_

Date: _3 / 12 / 04_ Date of Birth: _11 / 7 / 63_ Age: _41_

Inmate _Carl_ was last evaluated by ADOC psychology staff member
_Smith AIS_ on _8 / 8 / 02_.
A diagnosis of _AIS_ was made and the inmate was
recommended for participation in _____

_____

The following observations and recommendations are made as a result of the current interview:

I.  **Educational Needs**
   ___a. ABE ___ b. Special Education ___ c. Trade School ___ d. Junior College

II. **Mental Health Needs**

_____ A. Refer to psychiatrist          _____ E. Sexual adjustment          _____ I. Self-concept enhancement

_____ B. Substance abuse counseling     _____ F. Reality therapy            _____ J. Healthy use of leisure

_____ C. Depression                     _____ G. Anger-induced acting out   _____ K. Personal development

_____ D. Stress management              _____ H. Values clarification

   Date referred to psychiatrist _____ / _____ / _____ _Smith 1953_

III. RECOMMENDATIONS/REMARKS: _DOC x 6+/-, lifestyle_
_offender._
_IV Continues to pass blame & explain_
_his problems away._
_"I did my best your honor Marie_
_(?) but only & return._

MENTAL HEALTH CODE:          SMI          HARM          HIST          (NONE)

Evaluation Completed by: _JB/ Smith_          Date: _3/12/04_

N-259 A (2/2001)
*White to Central Records*
*Yellow to Institutional File*
*Pink to Data Entry and forwarding to Medical Record*

RECEIVED FEB 12 2004

### ALABAMA DEPARTMENT OF CORRECTIONS
### MENTAL HEALTH SERVICES
### RECEPTION MENTAL HEALTH SCREENING

Institution: _____ LCF _____    Date/Time Inmate Received: __ 3/9/04 __
Date/Time of Screening: 3/9/04    Signature /Title of Screener: Celesta Tyreel

### MENTAL HEALTH TREATMENT PRIOR TO ENTERING THE ADOC
- □ Yes ☑ No   Psychotropic Medication: _____
- ☑ Yes □ No   Medication turned over to a DOC upon arrival? Albuterol alb-hgter
- ☑ Yes □ No   Mental Health follow – up in last 90 days: Screening @ Jeffersons City
- □ Yes ☑ No   Suicide/self harm attempts in last 90 days: _____

### MENTAL HEALTH HISTORY Does inmate report a history of the following (if yes, provide details):
- □ Yes ☑ No   Outpatient treatment: _____
- □ Yes ☑ No   Inpatient treatment: _____
- □ Yes ☑ No   Psychotropic Medication: _____
- □ Yes ☑ No   Suicidal Attempts: _____
- □ Yes ☑ No   Suicidal Thoughts: _____
- □ Yes ☑ No   Head injury: _____
- □ Yes ☑ No   Seizures: _____
- □ Yes ☑ No   Violent Behavior: _____
- ☑ Yes □ No   Substance Abuse: marijuana & Crack
- ☑ Yes □ No   Substance Abuse Treatment: Elmire Correctional 1996 X8wks, City of Hope 1998 14A
- ☑ Yes ☑ No   Special Education classes: Completed 12th grade

### INMATE SELF – REPORT OF CURRENT STATUS
- □ Yes ☑ No   First incarceration (reaction): Wanted to Come; get it over with
- ☑ Yes □ No   Reports family support: wife & mother
- □ Yes ☑ No   Reports serious depression/remorse: _____
- □ Yes ☑ No   Thinking about suicide: _____
- □ Yes ☑ No   Has plan for suicide: _____
- □ Yes ☑ No   Possible to implement plan: _____
- □ Yes ☑ No   Reports hallucinations: _____

### BEHAVIORAL OBSERVAIONS  14 Ever
- ☑ Poor eye contact      □ Poor hygiene       □ Unable to pay attention    □ Unresponsive
- □ Disorientated         □ Overly anxious     □ Unable to follow directions □ Unable to read
- □ Crying                □ Memory deficits    □ Signs of self-mutilation    □ Afraid
- □ Illogical speech content  □ Appears to be hearing voices of seeing things  □ Paranoid
- □ Hostile    □ Other unusual behavior: _____

### DISPOSITION PLACEMENT RECOMMENDATION (Based on reception mental health screening)
- ☑ Routine housing and mental health follow-up        □ Emergency mental health referral
- □ Priority mental health follow-up but not emergency  □ Safe cell recommended
- □ Current Psychotropic meds verified/interim supply ordered  □ Parole violator interim assessment referral

| Inmate Name: | AIS#: |
|---|---|
| Cal Derrick Derick | 140603 |

## ALABAMA DEPARTMENT OF CORRECTIONS
## INMATE ORIENTATION TO MENTAL HEALTH SERVICES

The Alabama Department of Corrections provides the following mental health services:

- Assessment and treatment of mental illness
- Referral to a psychiatrist, if necessary for medication
- On-going psychiatric treatment
- Group and individual counseling
- Assistance in dealing with stressful problems (adjustment to prisons, grief and loss, family problems)
- Crisis intervention
- Residential mental health treatment and hospitalization, if necessary

If you wish to speak with mental health staff about routine matters such as scheduling for group or individual counseling, send in a Health Services Request form.

In emergency situations or if you have concerns that need to be addressed immediately, contact any correctional officer so that you may receive mental health assistance as soon as possible.

Your participation in mental health services is voluntary except in emergency situations or when you have been provided due process through administrative review.

If you believe the mental health services provided to you are inadequate, you may file an inmate grievance.

Information about the mental health services provided to you is confidential except in the situations when mental health staff believe that you may be:

- Suicidal
- Homicidal
- Presenting a clear danger of injury to self or others
- Presenting a reasonable clear risk of escape or creation of institutional disorder
- Receiving Psychotropic medication
- Requiring movement to a special unit or cell for observation and treatment
- Requiring transfer to a psychiatric hospital outside of the prison
- Requiring a new program assignment for mental health reasons

Mental health staff has a legal duty to report to appropriate authorities any unreported suspected abuse or neglect of a child.

Mental health and medical staff will have access your mental health records when completing their duties. The following persons may have access to your mental health records on a need to know basis:

- Warden of the institution or designee
- Internal investigation staff and legal counsel working with the ADOC
- Departmental and accrediting audit staff
- Persons authorized by a court order or judgment

All other persons or agencies require an authorization for release of information signed by you before gaining access to your mental health records.

*This information on this form has been explained to me and I have received a copy of the information for my future reference.*

Inmate Signature    AIS # 1406030    Date Signed 3/9/04

Cox, Derick



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 11/6/06

**To:** DOC @ BCCF

**From:** HCU @ BCCF / DGppling LPN

**Inmate Name:** Cox, Derrick          **ID#:** 140603

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

Lay in X 20 days for back pain start 11/6/06

Stop 11/25/06

**Date:** 11/6/06   **MD Signature:** Diddig DGppling LPN   **Time:** 0900

60418



PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 10/25/0x

**To:** DOC

**From:** HCU

**Inmate Name:** CM, Derrick          **ID#:** 140603

**The following action is recommended for medical reasons:**

1.   House in _____

2.   Medical Isolation _____

3.   Work restrictions _____

4.   May have extra _____ until _____

5.   Other _____

**Comments:**

Bottm Bed x 10 days

ends 11/09/06

**Date:** 10/25/06   **MD Signature:** Dr Seddig /yalaseby   **Time:** 0900

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 10/25/06

**To:** DOC / BCCF

**From:** HCU / PCCF

**Inmate Name:** Cox, Derrick          **ID#:** 140663

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

Lay x 10 days   stop 11/5/06

Crutches x 30 days RTT Back injury

stop 11/25/06

**Date:** 10/25/06    **MD Signature:** Dr Seddiq    **Time:** _____

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 06/30/06

**To:** ADOC

**From:** HCU / Patterson Ln

**Inmate Name:** Cox Derek                **ID#:** 140603

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

Lay-in x 3 days (06/30/06 - 07/03/06)

**Date:** 06/30/06    **MD Signature:** Dr. T. Siddiq / Patterson Ln    **Time:** 1500

60418

# Hepatitis B Vaccine Consent Form

**FACILITY NAME:** <u>BULLOCK CORRECTIONAL FACILITY</u>

<u>Derrick Cox</u>
**Inmate Name**

<u>140603</u>
**AIS Number**

<u>X Derick Cox</u>
**Inmate Signature**

<u>6/21/06</u>
**Date**

Dose Given <u>0.5 cc Hep B Vac</u>

Site Given <u>left deltoid</u>

Administered by <u>Orlando Neal, LPN</u>

Lot Number and Expiration Date <u>0849R   EXP: DATE 4-08-07</u>

11/16/2006

# Hepatitis B Vaccine Consent Form

## FACILITY NAME: BULLOCK CORRECTIONAL FACILITY

x Derick Cox
**Inmate Name**

x 140603
**AIS Number**

x Derick Cox
**Inmate Signature**

12-21-05
**Date**

**Dose Given**  0.5 cc Hep B Vac

**Site Given** right deltoid

**Administered by** Yolanda Mosely LPN

**Lot Number and Expiration Date** AHBVB004BA EXP: DATE 1-20-06

11/16/2006

# Bullock Correctional Facility
## Union Springs, AL

## Psychological – Mental Health Services

## Groups Completed

**Inmate Name:** Derrick Cox

**Ais#:** 140603

| Name | Date Completed | Provider |
|---|---|---|
| Anger Management | | |
| Conflict Resolution/Goal Setting | | |
| Depression | | |
| Dual Diagnosis | | |
| Medication Education | | |
| Mental Illness/Drug Treatment | | |
| Parenting | | |
| Primary Social Skills | | |
| Reality Orientation | | |
| Schizophrenia | | |
| Self Concept | | |
| Sleep | May 26, 2006 | M. Nettles, MHP |
| Stress Management | | |
| | | |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 03/08/06

**To:** ADOC

**From:** HCU / Dotashu 7

**Inmate Name:** Cox, Derrick          **ID#:** 148603

**The following action is recommended for medical reasons:**

1. House in
2. Medical Isolation
3. Work restrictions
4. May have extra _____ until
5. Other

**Comments:**

Albuterol Inhaler - Use as Directed - KOP x180 days (03/08/06 - 09/08/06)

**Date:** 03/09/06   **MD Signature:** Dr. T. Siddig Dotashu 7   **Time:** 1320

60418



**PRISON HEALTH SERVICES INCORPORATED**

### DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _Cox    Derrick_ _____    _140603_____
  (Print Name)                                              (Doc#)

acknowledge receipt of the following medical equipment or appliance:

(    )    Splint

( ✓ )    Eyeglasses

(    )    Dentures

(    )    Prothesis      describe _____

(    )    Wheelchair

(    )    Cane

(    )    Crutches

(    )    Other         describe _____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

_Derick Cox 140603_____    _12-30-05_____
 (Inmate)                                               (Date)

_Joyce Patterson_____    _12-30-05_____
 (Witness)                                             (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| _Cox    Derrick_ | _140603_ | | | _Bullock_ |

PHS-MD-70005          (White – Medical File, Yellow – Security Property Officer)



# INSTITUTIONAL EYE CARE

P.O. Box 390
Lewisburg, PA 17837

(570) 523-3493
FAX (570) 524-2817

| PATIENT | | | DATE | |
|---|---|---|---|---|
| COX, DERRICK | | | 12/16/2005 | |
| **NUMBER** | | | **INSTITUTION** | |
| 140603 | | BULL | BULLOCK CORRECTIONS | |

| | SPHERE | CYLINDER | AXIS | PRISM | BASE |
|---|---|---|---|---|---|
| OD | -1.25 | -0.25 | 130 | 0 | |
| OS | -1.00 | -1.00 | 65 | 0 | |
| | ADD | HEIGHT | DIST PD | NEAR PD | |
| OD | 1.50 | 23 | 64 | 61 | |
| OS | 0.00 | 0 | 0 | 0 | |

| LENS COLOR/COATINGS | | Clear | |
|---|---|---|---|

| FRAME | STYLE | FRAME COLOR | |
|---|---|---|---|
| NICK | | GREY | |
| EYE SIZ | DROP BALL | FINAL INSPECTION | |
| 54 | | | |

| | |
|---|---|
| LENSES: | $9.86 |
| FRAME: | $3.49 |
| OVERSIZE: | $0.00 |
| TINT/PGX: | |
| POLYCARB: | $0.00 |
| DIOPTERS: | $0.00 |
| PRISM: | $0.00 |
| CASE: | |
| OTHER: | |
| | |
| S/H: | $1.35 |
| TOTAL DUE ($): | $14.70 |

VISION SAFETY NOTICE:
- Your lenses meet or exceed American National Standard Z80.1 and FDA requirement 21CFR Sec 801.410 for impact resistance but are not unbreakable or shatterproof. Of all the materials that lenses can be made from polycarbonate is the most impact resistant.

- If struck with sufficient force, the lenses can break into sharp pieces that can cause serious injury to the eye, or blindness. Even if the lenses do not break, the force of impact may cause the lenses or spectacle frame to contact the eye or surrounding area causing injury.

- The continued impact resistance of your lenses depends on how well you protect them from physical shocks and abuse. For your own protection, scratched or pitted lenses should be replaced immediately.

- If your occupational or recreational activities expose you to the risk of flying objects or physical impacts, your eye safety requires special safety spectacles with safety lenses, side shields, goggles and/or a full face shield.

# INSTITUTIONAL EYE CARE

P.O. Box 390
Lewisburg, PA  17837

(570) 523-3493
FAX (570) 524-2817

| PATIENT | | | DATE | |
|---------|--|--|------|--|
| COX, DERRICK | | | 12/16/2005 | |

| NUMBER | | | INSTITUTION | |
|--------|--|--|-------------|--|
| 140603 | | BULL | BULLOCK CORRECTIONS | |

|      | SPHERE | CYLINDER | AXIS | PRISM | BASE |
|------|--------|----------|------|-------|------|
| OD   | -1.25  | -0.25    | 130  | 0     |      |
| OS   | -1.00  | -1.00    | 65   | 0     |      |
|      | ADD    | HEIGHT   | DIST PD | NEAR PD | |
| OD   | 1.50   | 23       | 64   | 61    |      |
| OS   | 0.00   | 0        | 0    | 0     |      |

**LENS COLOR/COATINGS**      Clear

| FRAME | STYLE | FRAME COLOR | |
|-------|-------|-------------|--|
| NICK  |       | GREY        | |
| EYE SIZ | DROP BALL | FINAL INSPECTION | |
| 54    |       |             | |

| | |
|-------|------|
| LENSES: | $9.86 |
| FRAME: | $3.49 |
| OVERSIZE: | $0.00 |
| TINT/PGX: | |
| POLYCARB: | $0.00 |
| DIOPTERS: | $0.00 |
| PRISM: | $0.00 |
| CASE: | |
| OTHER: | |
| | |
| S/H: | $1.35 |
| TOTAL DUE ($): | $14.70 |

VISION SAFETY NOTICE:
- Your lenses meet or exceed American National Standard Z80.1 and FDA requirement 21CFR Sec 801.410 for impact resistance but are not unbreakable or shatterproof.  Of all the materials that lenses can be made from polycarbonate is the most impact resistant.

- If struck with sufficient force, the lenses can break into sharp pieces that can cause serious injury to the eye, or blindness.  Even if the lenses do not break, the force of impact may cause the lenses or spectacle frame to contact the eye or surrounding area causing injury.

- The continued impact resistance of your lenses depends on how well you protect them from physical shocks and abuse.  For your own protection, scratched or pitted lenses should be replaced immediately.

-If your occupational or recreational activities expose you to the risk of flying objects or physical impacts, your eye safety requires special safety spectacles with safety lenses, side shields, goggles and/or a full face shield.

# Hepatitis B Vaccine Consent Form

**FACILITY NAME** _Bullock Co Correctional_

_Derick Cox_
**Inmate Name**

_140603_
**AIS Number**

X _Derick Cox_
**Inmate Signature**

_11/22/05_
**Date**

**Dose Given** _0.5 cc Hep B Vac_

**Site Given** _(R) Deltoid_

**Administered by** _Cheri Haldenfulder LPN_

**Lot Number and Expiration Date**

AHBVB004BA    EXP: DATE 1-20-06

11/16/2005

# BULLOCK CORRECTIONAL FACILITY
## PROCEDURE FOR ACCESS TO HEALTH CARE

Treatment for medical complaints is processed through nurses screening seven days a week. Inmates must complete a sick-call screening form and turn this form into medical services for processing. Designated locked collection boxes are placed in the main hall way near the Infirmary entrance for your convenience. All health services request are subjected to a three-dollar co-payment being deducted from your PMOD account, depending on your round. Pick up for this round in your unit is 8:00p.m. Doctor's clinic is held Monday, Tuesday, Wednesday, Thursday and Friday excluding holidays, or unexpected emergency.

Inmates on sick-call must report for screening or sign a refusal of treatment form declining care. Screening for population begins at 5:00am. Screening for segregation begins at 5:00am.

Pill calls for this institution are as follows:

| Population | Segregation |
|------------|-------------|
| 4:00AM | 5:30AM |
| 10:30AM | 9:30AM |
| 5:00PM | 4:30PM |

Medical request on weekend and holidays are reviewed. Any request for medical attention that can not wait until doctor's next clinic will be processed at that time. All other general request will be held until regular Monday through Friday sick call. Nursing services is provided 24 hours a day with physician on call. Medical emergencies, such as those involving intense pain, potential life-threatening situation, or when delaying treatment might cause permanent damage are dealt with at any time. Advise the nearest correctional officer of an emergency so prompt access to health care unit is provided. Comfort medications are available in the Canteen.

Population dental sick call is held Monday, Tuesday, Wednesday, Thursday and Friday 8:00am – 9:00am. Dental complaints must be registered on a sick call form. Needed follow-up, depending on type care, is scheduled at this time. Dental screening at 8:00 am on Monday-Friday. Dental appointments and emergencies on Monday –Friday at 8:00am

Segregation inmates must register their dental complaints on the sick call form as you don for medical complaints. The dental department then makes contact with those requested services and follow-up is scheduled at this time. Dental emergency service is provided 24 hours a day with a dentist on call. Those not meeting scheduled appointments must sign a refusal of treatment form.

Your medical care is important. This is a joint effort between you and health care staff. Prescribed medicines are to be pick-up at pill call, appointments should be kept and educational in-services attended.

We ask that complaints against health care try and be resolved face to face first. If concerns cannot be resolved verbally, a written PHS Informal Grievance Form may be filed. This can be obtained in the shift commander's office. You must complete this form listing specifically the reason for dissatisfaction, steps you have taken and the action requested to resolve. Drop this form in the Sick Call Request box and you will be responded to in writing within five days. If you are still dissatisfied, you may file a "Formal Grievance Form." This can be obtained in the shift commander's office or at pill call. No Formal Grievance will be addressed prior to you filing a "PHS Informal Grievance Form."

REVISED
(NOTE NCCHC standards: P-13, 32, 36, 38, 42 apply)

Signed : Derek Cox
DATE : 11/21/05



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 9-20-05

**To:** A-Doc

**From:** Hcv-K-mclaw

**Inmate Name:** Cox Derick          **ID#:** 140603

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra_____until_____

5.  Other _____

**Comments:**

1. Key lock X 1yr-per Captain Perry consult. — Ex 9-20-06

_____

_____

_____

**Date:** 9-20-05   **MD Signature:** Dr Siddig /Atkinson HSA   **Time:** 0900

60418

NAME Cox, Derick    AIS# 140603    R/S BM

Return to Health care Unit For skin Test Reading on the date marked below:
YOU MUST RETURN!!!!

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| D A T E | | | Read 7-27-05 LFA | | | |
| T I M E | | | | | | |

RESULT    0        SIGNATURE



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, *Cox      Derrick*                                    *140603*
   (Print Name)                                          (Doc#)

acknowledge receipt of the following medical equipment or appliance:

(  )   Splint

( ✓ )  Eyeglasses

(  )   Dentures

(  )   Prothesis        describe _____

(  )   Wheelchair

(  )   Cane

(  )   Crutches

(  )   Other           describe _____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

x  *Derrick Cox 140603*              *6-16-05*
   (Inmate)                          (Date)

   *Jayce Falluton*                  *6-16-05*
   (Witness)                         (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| *Cox      Derrick* | *140603* | | | *Bull* |

PHS-MD-70005

**(White – Medical File, Yellow – Security Property Officer)**



# INSTITUTIONA␣ EYE CARE

P.O. Box 390
Lewisburg, PA 17837

(570) 523-3493
FAX (570) 524-2817

| PATIENT | | DATE | |
|---|---|---|---|
| COX, DERICK | | 5/26/2005 | |
| **NUMBER** | | **INSTITUTION** | |
| 140603 | BULL | BULLOCK CORRECTIONS | |

| | SPHERE | CYLINDER | AXIS | PRISM | BASE |
|---|---|---|---|---|---|
| OD | -1.50 | -0.25 | 110 | 0 | |
| OS | -1.50 | -1.00 | 65 | 0 | |
| | ADD | HEIGHT | DIST PD | NEAR PD | |
| OD | 1.50 | 23 | 64 | 61 | |
| OS | 0.00 | 0 | 0 | 0 | |

| LENS COLOR/COATINGS | | Clear | |
|---|---|---|---|

| FRAME | STYLE | FRAME COLOR | |
|---|---|---|---|
| NICK | | GREY | |
| **EYE SIZ** | **DROP BALL** | **FINAL INSPECTION** | |
| 54 | | | |

| | |
|---|---|
| LENSES: | $9.86 |
| FRAME: | $3.49 |
| OVERSIZE: | $0.00 |
| TINT/PGX: | |
| POLYCARB: | $0.00 |
| DIOPTERS: | $0.00 |
| PRISM: | $0.00 |
| CASE: | |
| OTHER: | |
| | |
| | |
| S/H: | $1.35 |
| **TOTAL DUE ($):** | $14.70 |

VISION SAFETY NOTICE:
- Your lenses meet or exceed American National Standard Z80.1 and FDA requirement 21CFR Sec 801,410 for impact resistance but are not unbreakable or shatterproof. Of all the materials that lenses can be made from polycarbonate is the most impact resistant.

- If struck with sufficient force, the lenses can break into sharp pieces that can cause serious injury to the eye, or blindness. Even if the lenses do not break, the force of impact may cause the lenses or spectacle frame to contact the eye or surrounding area causing injury.

- The continued impact resistance of your lenses depends on how well you protect them from physical shocks and abuse. For your own protection, scratched or pitted lenses should be replaced immediately.

-If your occupational or recreational activities expose you to the risk of flying objects or physical impacts, your eye safety requires special safety spectacles with safety lenses, side shields, goggles and/or a full face shield.

ALABAMA DEPARTMENT OF CORRECTIONS

RECEIVING SCREENING FORM

Inmate's Name: _Cox, Derick_ B/140603   Date: _4-26-05_ Time: _____

DOB: _1-7-63_ Officer _____   Institution: _BCCF_

Booking Officer's Visual Opinion

|  |  | YES | NO |
|---|---|:---:|:---:|
| 1. | Is the inmate conscious? | ✓ |  |
| 2. | Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? |  | ✓ |
| 3. | Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? |  | ✓ |
| 4. | Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infection which might spread through the institution? |  | ✓ |
| 5. | Is the skin in poor condition of show signs of vermin or rashes? |  | ✓ |
| 6. | Does the inmate appear to be under the influence of alcohol or drugs? |  | ✓ |
| 7. | Are there any visible signs of alcohol or drug withdrawl? (extreme perspiration, shakes, nausea, pinpoint pupils, etc.) |  | ✓ |
| 8. | Is the inmate making any verbal treats to staff or other inmates? |  | ✓ |
| 9. | Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | ✓ |  |
| 10. | Does the inmate have any obvious physical handicaps? |  | ✓ |

If the answer is YES to any questions from 2-10 above, specify WHY in section below.

|  |  | YES | NO |
|---|---|:---:|:---:|
| 11. | Are you presently taking medication for diabetes, heart disease, seizure, arthritis, (asthma) ulcers, high blood pressure or psychiatric disorder? | ✓ |  |
| 12. | Are you on any special diet prescribed by a physician? (If YES, what type?) |  | ✓ |
| 13. | Do you have a history of venereal disease or abnormal discharge? |  | ✓ |
| 14. | Have you recently been hospitalized or recently seen a medical or psychiatric doctor any illness? |  | ✓ |
| 15. | Have you ever attempted suicide? |  | ✓ |
|  | (If YES, When? _____ How? _____ |  |  |
| 16. | Do you want to do any harm to yourself now? |  | ✓ |

|  | YES | NO | NO RESPONSE |
|---|---|---|---|
| 17. Do you want to talk to a mental health counselor? | ✓ | | |
| 18. Are you allergic to any medication? | | ✓ | |
| 19. Have you recently fainted or had a head injury? | | ✓ | |
| 20. Do you have epilepsy? | | ✓ | |
| 21. Do you have a history of tuberculosis? | | ✓ | |
| 22. Do you have diabetes? | | ✓ | |
| 23. Do you have hepatitis? | | ✓ | |
| 24. Do you have a painful dental problem? | ✓ | | |
| 25. Do you have any medical problems we should know about? | | ✓ | |
| 26. Do you have a past alcohol or drug history? | ✓ | | |

What type? __Alcohol__                     How much used? __EVeRday alot__

For how long? __EVeryday__                 Last time used? __1 yr__

Comments: (Unusual behavior, etc.)

__N/A__

For the Officer:

27. Was the new inmate briefed on sick/dental call procedures?                      ✓

28. This inmate was:   (a. Released for normal processing)

          b. Referred to appropriate health care unit

          c. Immediately sent to health care unit

_S. Will_
Officer's Signature

NOTE: This form is completed on inter and intra system transfers at receiving and will be filed in the inmates' medical jacket to comply with ACA Standards 2-4289, 2-4290 and AMA Standard 140.

_Derick Cox_
Inmate's Signature



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 3/31/05

**To:** MOOC

**From:** Physicals

**Inmate Name:** Cox, Derrick          **ID#:** 140603

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

May have Albuteral MDI 17gm ~~#~~ puffs gid

~~prn~~ Use 2 puffs four times daily as needed

x 30 days ( stop 4/30/05 ).

_____

**Date:** 3/31/05   **MD Signature:** Adams cnr/LAo        **Time:** 1600

60418

# RECEIVING SCREENING FORM

INMATE'S NAME: _Cox, Derick_    DATE: _3/29/05_ TIME: _10:15 AM_

DOB: _1/7/63_    OFFICER: _Darnell Moore_    INSTITUTION: _KILBY_

## RECEIVING OFFICER'S VISUAL OPINION

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | X | — |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | — | X |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | — | X |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | — | X |
| Is the skin in poor condition or show signs of vermin or rashes? | — | X |
| Does the inmate appear to be under the influence of alcohol, or drugs? | — | X |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | — | X |
| Is the inmate making any verbal threats to staff or other inmates? | — | X |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | — | X |
| Does the inmate have any obvious physical handicaps? | — | X |

## FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures?

This inmate was    _X_ a. Released for normal processing

_____ b. Referred to health care unit

_____ c. Immediately sent to the health care unit.

_Darnell Moore_
Officer's Signature

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.

BPx3 days (Notify if ↑)

**Treatment Continued:**

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 5/4 | 5/5 | 5/6 | 5/7 | | | |
| error | no show | R 130/80 L 139/80 | 127/81 | | | |
| | SR | BC | SM | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| | | | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| | | | | | | |

**Comments:**

| Patient Name/Number | Allergies: | Housing Unit: |
|---------------------|-----------|---------------|
| Cox, Derrick | NKDA | 140603 |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| ADMISSION DATE 05/02/04 | TIME 11:45 AM | ORIGINATING FACILITY Bibb ☐ SIR ☐ PDL ☐ ESCAPEE ☐ inmate | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

ALLERGIES NKA          SAT 96%

CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 97.5  ORAL/RECTAL  RESP. 20  PULSE 74  B/P 118, 80  RECHECK IF SYSTOLIC <100> 50 ___/___

NATURE OF INJURY OR ILLNESS

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE z/z | LACERATION / ___ SUTURES |
|---|---|---|---|---|

Ⓢ "Room is spinning." "I feel dizzy!" c/o Rt side numbness x 10 mins 3 days ago.

Ⓞ A&O x3. Resp even & unlabored. Ht-reg. No acute distress noted.

PHYSICAL EXAMINATION

Ⓐ Altered Health Status

Ⓟ RTC in AM

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| N/A | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 05/02/04 | TIME 1200 PM | RELEASE/TRANSFERRED TO ☑DOC ☐AMBULANCE ☐ | CONDITION ON DISCHARGE ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|

NURSE'S SIGNATURE Shelton  DATE 5/2/04   PHYSICIAN'S SIGNATURE Jones  DATE 5/3/04   CONSULTATION

| INMATE NAME (LAST, FIRST, MIDDLE) Cox, Derrick | DOC# 140603 | DOB 1/7/63 | R/S B/m | FAC. Bibb |
|---|---|---|---|---|



**PRISON
HEALTH
SERVICES
INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _5/3/04_

**To:** _O. O. C_

**From:** _Medical_

**Inmate Name:** _Cox, Derrick_          **ID#:** _140603_

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _BB profile (dizzy) x 90 days_

**Comments:**

_____

_____

_____

_____

**Date:** _____ **MD Signature:** _JAlln_ _____ **Time:** _____

60418

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| | |
|---|---|
| ADMISSION DATE  3/22/04 | TIME 1845 AM/PM  ORIGINATING FACILITY _Ccf_  ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY  ☐ OUTPATIENT |

ALLERGIES _NKDA_

CONDITION ON ADMISSION
☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP _98.2_  ORAL  RECTAL  RESP. _20_  PULSE _108_  B/P _130/72_  RECHECK IF SYSTOLIC ____/____ <100> 50

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

S- On dizzy, feel like I got a
fever, N/A

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

S- C/o N/A for frontal lobes, radiating
to neck & head x 1 day, eyes nastly
c/o Ear pain x 1 day, c/o dizziness

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| p- cTm 8u Bid x 5 days  Sudafed co, Bid x 5 days  Tylenol 2 tabs Bid x 5 days  v.o. Dr Robbins / E Tyndee | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT
See Above

| DISCHARGE DATE  3/22/04 | TIME 190 AM/PM | RELEASE / TRANSFERRED TO  ☑ DOC ☐ AMBULENCE ☐ | CONDITION ON DISCHARGE  ☑ SATISFACTORY ☐ POOR  ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE  Colinda Tyndee k | DATE | PHYSICIAN'S SIGNATURE  ℗ 3/23/04 | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE)  Cox, Derick | DOC#  140603 | DOB  8/7/63 | R/S  B/m | FAC.  KCF |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _3-10-04_

**To:** _Staff_

**From:** _March, RN_

**Inmate Name:** _Cox, Derrick_          **ID#:** _140603_

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

KOP- Albuterol Inhaler ii puffs
q4-6 hours X 150 days (8-10-04).

**Date:** 3-10-04   **MD Signature:** _Ronda Robbins / March_   **Time:** 1020
LPN

60418

# RECEIVING SCREENING FORM

INMATE'S NAME: _Cox, Derick_    DATE: _3/9/05_ TIME: _10 04 AM_

DOB: _1-7-63_    OFFICER _Freddie Mc Campbell_ INSTITUTION: _KILBY_

## RECEIVING OFFICER'S VISUAL OPINION

|                                                                                                                                | YES | NO |
|--------------------------------------------------------------------------------------------------------------------------------|-----|----|
| Is the inmate conscious?                                                                                                       | ✓   |    |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care?                      |     |    |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care?                               |     |    |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution?                        |     |    |
| Is the skin in poor condition or show signs of vermin or rashes?                                                               |     |    |
| Does the inmate appear to be under the influence of alcohol, or drugs?                                                         |     |    |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.)              |     |    |
| Is the inmate making any verbal threats to staff or other inmates?                                                            |     |    |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? |     |    |
| Does the inmate have any obvious physical handicaps?                                                                           |     |    |

### FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures?

This inmate was    _✓_    a. Released for normal processing

_____    b. Referred to health care unit

_____    c. Immediately sent to the health care unit.

_Freddie Mc Campbell_

_____
Officer's Signature

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Last    Date / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Fourth    Date / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / | Flexeril 10 Bid x (60) |
| ALLERGIES:  11/13/06 | |
| Use Third    Date / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Cox, Derrick | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. /     11/6/06 | Advil 800 Po Bid x (10) |
| ALLERGIES: | 1 day x 20 day r/t |
| | (Ball) |
| Use Second    Date / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Cox  Derrick | DIAGNOSIS |
|---|---|
| 140603 | Butch x 300 |
| D.O.B. / / | (Ball) |
| ALLERGIES: | |
| Use First    Date 0/25/06 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|-------|----------------------|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Last    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|-------|----------------------|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Fourth    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|-------|----------------------|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Third    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Cox Derrich | DIAGNOSIS (If Chg'd) |
|-------|----------------------|
| A15#   140602 | Tay Ex 10 days |
| D.O.B.    / | Bitue Bid X 10 days |
| ALLERGIES:   10/7/86 | |
| Use Second    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Cox Derrich | DIAGNOSIS |
|-------|----------------------|
| | Adulf PO Bid X 10 D |
| D.O.B.    /    / | Trenf a Bid X 10 |
| ALLERGIES:   140603 | X B, L. Sme |
| Use First    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

60110 (4/03)



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| | |
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Last    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Cox, Derrick #140603 | DIAGNOSIS (If Chg'd) |
|---|---|
| | Δ Med time Prozac 40mg to 5pm |
| D.O.B. 1/07/63 | w/a Dr Beechem / Bfennh |
| ALLERGIES: PCN     noted Benefit 9/18/2 10:30 pm | |
| Use Fourth    Date 9/18/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: COX, DERRICK 140603 | DIAGNOSIS (If Chg'd) |
|---|---|
| | Prozac 40 q d |
| D.O.B.    /    / | Benadryl 50 BS po    x40 days |
| ALLERGIES: | |
| Use Third    Date 8/3/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: COX, DRRICK 140603 | DIAGNOSIS (If Chg'd) |
|---|---|
| | Prozac 20q d x 60 days |
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Second    Date 7/14/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Cox Derrick 140603 | DIAGNOSIS    ① Advil 800 po bid x(w) |
|---|---|
| | ② (ay g x 3 days |
| D.O.B. 07/07/63 | |
| ALLERGIES: PCN | |
| Use First    Date 06/30/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED    6/30/06 |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Last    Date    /    / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Cox Derrick 140603 | DIAGNOSIS (If Chg'd) D/c Zantac 150mg PO BID PO Dr. T. Siddiq / Arbor Sams |
|---|---|
| D.O.B. 01/09/63 | |
| ALLERGIES: PCN | |
| Use Fourth    Date 06/31/06 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Cox Derrick 140603 | DIAGNOSIS (If Chg'd) Zantac 150mg PO BID x 3 mos (90 days) PO Dr. T. Siddiq / Arbor Sams |
|---|---|
| D.O.B. / 17/63 | |
| ALLERGIES: PCN | |
| Use Third    Date 06/18/06 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Cox Derrick 140603 | DIAGNOSIS (If Chg'd) 5/31/06 PO Dr. Siddiq / Jaundrel S |
|---|---|
| D.O.B. / 17/63 | |
| ALLERGIES: | |
| Use Second    Date 5/31/06 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Cox Derrick | DIAGNOSIS ① Atarax 25 PO qd x10 ② Inderal 200μg SD x30 |
|---|---|
| D.O.B.    /    /    140603 | |
| ALLERGIES: | |
| Use First    Date    /    / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |



M Correctional Services, Inc.

## PHYSICIANS' ORDERS

---

NAME:

D.O.B.:     /     /

ALLERGIES:

Use Last        Date:     /     /

DIAGNOSIS (If Chg'd)

❏ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME:

D.O.B.:     /     /

ALLERGIES:

Use Fourth      Date:     /     /

DIAGNOSIS (If Chg'd)

☑ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: COX, Derrick

D.O.B.: 1/7/63

ALLERGIES: PCN

140603

Use Third       Date: 5/4/06

DIAGNOSIS (If Chg'd)

Mc Tricil 4/50

❏ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cox Derrick
140603

D.O.B.: 1/7/63

ALLERGIES: PCN

Use Second      Date: 03/21/06

DIAGNOSIS (If Chg'd)

Zantac 150m PO BID x 90days
PO Dr. T. Siddiq

☑ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cox, Derrick
#140603

D.O.B.: 1/7/63

ALLERGIES: PCN

Use First       Date: 3/14/06

DIAGNOSIS

TMACH 4/50  TT  IS  X 90d

MHM Correctional Services
Dr. Bill Sanders

❏ GENERIC SUBSTITUTION IS NOT PERMITTED

---

**WHITE** – MEDICAL RECORDS COPY    **CANARY** – PHARMACY COPY

24019  BRIGGS, Des Moines, IA 50306  (800) 247-2343  PRINTED IN U.S.A.



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

NAME: Cox, Derick
140603

D.O.B. 1 17 63

ALLERGIES:

Use Last    Date 3 / 106

DIAGNOSIS (If Chg'd)
Albuteral Inhaler top
X 180 days
P.O. Dr. Siddiq /Mol 5m

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cox, Derick
140603

D.O.B. 1 7 63

ALLERGIES:
PCN    3/1/2006

Use Fourth    Date / /

DIAGNOSIS (If Chg'd)
150 mgs Clindamycin, i capsule
tid x 7 days
2 tablets of percogesic t.i.d
x 5 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cox, Derick

D.O.B. 1 17 63

ALLERGIES: PCN

Use Third    Date 2 7 06

DIAGNOSIS (If Chg'd)
Trianil 4/50mg PHS discontinue
D/C Trianil 4/50mg Opt 5 due to noncompliance
P.O. Dr. Sandoval (Whatley CRNP)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cox, Derrick
140603

D.O.B. 1 7 63

ALLERGIES: PCN

Use Second    Date 12 27 05

DIAGNOSIS (If Chg'd)
Zantac 150mg PO BID x 90days
PO Dr. J. Siddiq / Peterson 7 - 12/27/05 - 1138

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cox. Derrick
140603

D.O.B. / /

ALLERGIES: PCN

Use First    Date 12 19 05

DIAGNOSIS
Trianil 4/50 T HS x 90

Robert G. Whatley, CRNP

☐ GENERIC SUBSTITUTION IS NOT PERMITTED



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Cox, Derrick 140603 | DIAGNOSIS (If Chg'd) Tinar l 4/50 ≅ HS x 90 A |
| D.O.B. 1, 7, 63<br>ALLERGIES: PCN | Robert G. Whatley, CRNP |
| Use Last    Date 10/19/ | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Cox Derrick 140603 | DIAGNOSIS (If Chg'd) Mild Asthma<br>noted by 7-30-05 |
| D.O.B. 1 102 196<br>ALLERGIES: PCN    9/29/05 | Zantec 150 mg P.O. Bid x 100 d.<br>TO Dr Siddig  K Elderfieeer |
| Use Fourth    Date 9/26/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Cox Derrick 140603 | DIAGNOSIS (If Chg'd) Mild Asthma |
| D.O.B. 1/7/63<br>ALLERGIES: PCN   9/26/05 | Renew or DC   ERROR<br>Zantec 150mg PO Bid x 100 CCD<br>TO Dr Siddig / K Elderfieeer |
| Use Third    Date 9/26/2005 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Cox Derrick 140603<br>D.O.B. 1/<br>ALLERGIES: PCN    9/20/05 | DIAGNOSIS (If Chg'd) Keylock x iw,<br>after speaking to Cap Perry |
| Use Second    Date  /  / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Cox, Derrick<br>D.O.B.  /  / 140603<br>ALLERGIES: | DIAGNOSIS  D Eye appointme<br>Maalox  PO Bid x o8 |
| Use First    Date  /  / | ☐ GENERIC SUBSTITUTI    T PERMITTED |

MEDICAL RECORDS COPY

9/20/05

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Cox, Derrick

DIAGNOSIS (If Chg'd)
IllC Bums
Tm Air 4-50 gls X 500

D.O.B. 1 17 1 63
ALLERGIES:

MHM Correctional Services
Dr. Bill Sanders

Use Last    Date 8 1 10 5
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cox, Derick
140603

DIAGNOSIS (If Chg'd)
800 mgs Ibuprofen, i tablet bid
X   3   days.        Rw

D.O.B. 1 17 1 1963
ALLERGIES:
PCN
Use Fourth    Date 7/12/2005
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cox
140603 E

DIAGNOSIS (If Chg'd)
2 tablets of percogesic bid
X   4   days
Rw

D.O.B. 1 17 1 63
ALLERGIES:
PCN
Use Third    Date 7/5/2005
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cox, Derick
140603 E

DIAGNOSIS (If Chg'd)
800 mgs Ibuprofen, i tablet bid
3 days.        Rw

D.O.B. 1 17 1 63
ALLERGIES:
PCN
Use Second    Date 6/28/2005
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME:
Cox Derick
# 140603

DIAGNOSIS Scabies
Apply permethrin 0.5% from head
to toe & leave on X 10-12 hrs then
shower.
Repeat in 14 days
T.O. Dr. Siddig / Dale Gleason Rn

D.O.B.
ALLERGIES:
06/22/05

Use First    Date 06 22 05
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

MEDICAL RECORDS COPY



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Last    Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| | |
|---|---|
| NAME: Cox, Derrick  2<br>140603 | DIAGNOSIS (If Chg'd) 4/50 ↑ bid<br>Trazit 4/50 ↑ bid<br>Benedyl 50g (prn) ) x90 p |
| D.O.B. 1, 7, 63 | |
| ALLERGIES: PCN | Robert G. Whatley, CRNP |
| Use Fourth    Date 7, 11, 05 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| | |
|---|---|
| NAME: Cox, Derrick<br>140603 | DIAGNOSIS (If Chg'd)<br>500 mgs Keflex, ↑ cap bid X<br>5 days.<br>800 mgs Ibuprofen, ↑ tablet<br>tid X 3 days. |
| D.O.B. 1 7 63 | |
| ALLERGIES:<br>PCN | |
| Use Third    Date 6/16/05 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| | |
|---|---|
| NAME: Cox, Derrick<br>140603 | DIAGNOSIS (If Chg'd)<br>D ↑ Trazit to 4/50 bid ↓ 10<br>W ↑ Benedyl to 50, po bid ) x30 I |
| D.O.B. 1 7 63 | |
| ALLERGIES: PCN | William Chitwood, MD |
| Use Second    Date 6 9 05 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| | |
|---|---|
| NAME: Cox, Derrick<br>140603 | DIAGNOSIS<br>Zantac 150mg ↑ po bid x 100 days<br>t.o. Dr. Siddiq / a. Grooms RN |
| D.O.B. 1 7 63 | |
| ALLERGIES: PCN | |
| Use First    Date 6 3 05 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Cox, Derick 140603 | DIAGNOSIS (If Chg'd) |
| | noted Alison 6/3/0 1/0 |
| D.O.B. / / | HGB A1C |
| ALLERGIES: PCN 5/3/05 | P.O., Dr Sunday / mee Dr |
| Use Last   Date 5/2/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: Cox, Derick 140603 | DIAGNOSIS (If Chg'd) |
| | ① D/C Catorlan |
| | ② Tricval 4/50 P.O. 2h x God |
| D.O.B. / 17-163 | ③ Benadryl 50, P.O. 2h. x God |
| ALLERGIES: PCN  Al Thomas RN 4-29-05 | Bill Chotpool MD |
| Use Fourth   Date 4/29/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: Cox, Derick 140603 | DIAGNOSIS (If Chg'd) |
| | ⑥ Albuterol MDI 17gm π puffs QID PRN x 30d (KOP) |
| | ⑦ CCC - Pulm. |
| D.O.B. / 17/163 | 4/01/05 830 |
| ALLERGIES: PCN | |
| Use Third   Date 3/31/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED  [signature] CRNP |

| | |
|---|---|
| NAME: Cox, Derick 140603 | DIAGNOSIS (If Chg'd) |
| | ① Zantac 150mg p.o. BID x 30d |
| | ② Peak Flow |
| D.O.B. / 17 163 | ③ CXR R/O ABN. |
| ALLERGIES: PCN | ④ Doxycycline 100mg p.o. BID x 7d |
| | ⑤ Entex PSE ī p.o. BID x 7d |
| Use Second   Date 3/31/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED  [signature] CRNP |

| | |
|---|---|
| NAME: Cox, Derick 140603 | DIAGNOSIS |
| | EKG |
| | CMP, CHO |
| D.O.B. / 17163   March | T/o M Webb CRNP / [signature] RN |
| ALLERGIES: PCN  3-30-05 10 Am | |
| Use First   Date 3/30/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED  [signature] CRNP |

60110 (4/03)

**MEDICAL RECORDS COPY**

**MHM Correctional Services, Inc.**



## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.:   /   / | |
| ALLERGIES: | |
| Use Last    Date:   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.:   /   / | |
| ALLERGIES: | |
| Use Fourth    Date:   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.:   /   / | |
| ALLERGIES: | |
| Use Third    Date:   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.:   /   / | |
| ALLERGIES: | |
| Use Second    Date:   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Cox, Donick 14 0603 | DIAGNOSIS Chr. Pm Seltz |
|---|---|
| D.O.B.: 1 / 7 / 63 | Geodon 80y @ HS x 3 DMS, new |
| ALLERGIES: PcN | ↑ to 80y BID x 90 DMS |
| Use First    Date: 3/30/05 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

*noted MMD 3/30/05*

**WHITE** – MEDICAL RECORDS COPY    **CANARY** – PHARMACY COPY

24019  BRIGGS, Des Moines, IA 50306  (800) 247-2343  PRINTED IN U.S.A.



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| | |
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Last     Date   /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| | |
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Fourth   Date   /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

NAME: Cox, Derrick
140603

D.O.B. / 17163
ALLERGIES: NKA

noted
5/17/04
Kelly ett

Use Third   Date 5/17/04

DIAGNOSIS (If Chg'd)
Recheck lipids in 4 months (chem 14)
V.O. Dr. Whitley / L Shipman

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cox, Derrick
140603

noted
5/3/04
@ Williams LPN

D.O.B. 1 17163
ALLERGIES: NKDA

Use Second   Date 5/3/04

DIAGNOSIS (If Chg'd)
↑ Aspirin 1 day (325mg) X 180 days    RTC in 2 wks
↓ BP ✓ X 3 days (notify if ↑)
✓ CBC / TFT / Panel I / U/A / CXR (PA only)
✓ Benadryl 25mg 1 bid X 7 days    ↑ rev U/A in 2 wks
✓ BB profile X 180 days    Bactrim DS 1 bid X 10 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Cox, Derrick
# 140603

D.O.B. 1 17163
ALLERGIES: NKDA

Use First   Date 3/10/04

DIAGNOSIS
Tylenol 325mg ii po BID X 100 days
Albuterol Inhaler ii puffs prn
Q4-6h X 150 days.
V/o Dr. Robbins / M Canady, NP

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

MEDICAL RECORDS COPY

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

Cox Derrick
140603

## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|

5/20/0[?]

S/ Pt _____ c/o _____ have _____

O) _____
no _____
_____
_____
_____ Frontal ___      1/8/8[?]

A _____ Migr
(cont'd q _____ )

11/6/06    S/ Fell c Shower & Hurt Back

O) Fell to the Back
no _____
. no Bruises Marks _____.
x Ray _____

Heal low Back
(will q 10 day c _____ c _____ )

60111 (5/85)                    Complete Both Sides Before Using Another Sheet



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.: / / |
|-----------|----------------|-------------|

10/11/16 — S Fell _(illegible)_ low Back _(illegible)_

O _(illegible)_

_(illegible)_

_(illegible)_

Come Back _(illegible)_

A Fell / Hurt his Back

P Will g_ Advil / _(illegible)_ _(signature)_

Do C Spine

**Complete Both Sides Before Using Another Sheet**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

**PROGRESS NOTES**

Cox, Jurrich
140003

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|

5/18/6
8r    S) Atrip to SIC

O) Inj, Cokes

Bn) will find Nijon (×30 dgs × Hassor
                                        Jones

11/3/6
8r    S) Back Pain

O) Says he fell i the Shower
        and Hurting i the Lower
Back.
Lower Back Hurts.
no padelia to the Legs
DTR - cue
10/26/06 — When he fell —

He is walking without limp
Using crutch — but just
Holding ct

A) Low Back P

P) will control Adul (Flexeril) up
Fu i × Legs. Certi Bottom Bed
                                        Duff
                                        4/18

Cox, Derrick
140603

PHS
PRISON HEALTH SERVICES INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| 9/20/06 8pm | [illegible] Kenylock |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] and [illegible] |
| | Maalox prn for [illegible] [signature] |



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Derick COX_     Date of Request: _11-12-06_

ID # _140603_     Date of Birth: _1-7-63_ Location: _21-50_

Nature of problem or request: _Follow UP About my Back_
_AN Legs Need to see Doctor_

_Derick Cox_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___

Time: _____ AM  PM

Allergies: _____

```
┌─────────────────────────────────┐
│          RECEIVED               │
│ Date:                           │
│ Time:                           │
│ Receiving Nurse Intials _____  │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**   **(V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( )    EMERGENCY ( )

    If Emergency was PHS supervisor notified:   Yes ( )    No ( )

    Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Derick Cox_          Date of Request: _11-5-06_
ID # _140603_                     Date of Birth: _1-7-63_ Location: _21--50_
Nature of problem or request: _I'm still having problem with my Back_
_I need to see the Doctor for "A follow up"_
_Also my filling in my teeth come out And the Dentist_
_Left peace's of teeth in my gum after pulling them "follow_
                                _Derick, Cox_
                                *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective:**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
            Was MD/PA on call notified:    Yes ( )    No ( )

_____
                    *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY: Bccf | | SICK CALL ☐ EMERGENCY |
|---|---|---|---|---|
| 10/24/06 | 535 ☐ AM ☐ PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | | ☒ OUTPATIENT |

| ALLERGIES NKA | CONDITION ON ADMISSION |
|---|---|
| | ☐ GOOD ☒ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

| VITAL SIGNS: TEMP 98² ☐ ORAL ☐ RECTAL | RESP. 20 | PULSE 76 | B/P 110/74 | RECHECK IF SYSTOLIC <100> 50   N/A |
|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|---|

S- "I fell in the Shower and landed on my back."

O- Blk male Exported to ACU Via W.C. Accompy inmate. - Alert + Oriented X3 Resp Reg + unlabored Color adeq. Skin Warm + dry to touch- No Bruses or Abrasion.

A: Alteration in Comfort

**PHYSICAL EXAMINATION**

P: Dr Siddeq notified of pt condition - New Ordered of Flexeril 10mg PO Bid x 10 days Percocnics tab t PO Tid X 10 days.

Apply warm Compress to lower back area Prn.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| DIAGNOSIS |
|---|

| INSTRUCTIONS TO PATIENT |
|---|

| DISCHARGE DATE 10/24/06 | TIME 640 ☐ AM ☐ PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 10/24/06 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Cox Derrick | DOC# 140603 | DOB 1/7/63 | R/S B/M | FAC. Bccf |
|---|---|---|---|---|



Nursing Evaluation Tool:                    **General Sick Call**

Facility: BBB

Patient Name: _Cox_ Last                          _Derrik_ First

Inmate Number: _140603_                          Date of Birth: _1_ _17_ _163_ MM DD YYYY

Date of Report: _1_ _12_ _06_ MM DD YYYY          Time Seen: _2325_ AM / PM Circle One

**Subjective:** Chief Complaint(s): _I have ulcers & My Stomach hurts._

Onset: _X 2 hrs_

Brief History: _Mental illness hx of ulcers_
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _98°_ P: _76_ RR: _20_ B/P: _128 / 80_ wt _174_

Examination Findings: _Abd soft s̄ distention bowel sound active x4 quadrants_
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Assessment:** (Referral Status) Preliminary Determination(s): _Alteration In comfort r/t Stomach pain_

☐ Referral **NOT REQUIRED**

☒ Referral **REQUIRED** due to the following: (Check all that apply)
   ☐ Recurrent Complaint (More than 2 visits for the same complaint)
   ☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
   ☒ Instructions to return if condition worsens.
   ☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
   (Describe)

OTC Medications given ☐ NO ☒ YES (If Yes List): _Maalox 30cc po_

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _Dr Siddy_          Date for referral: _1_ _13_ _06_ MM DD YYYY

Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time: _____

x _Martha Jackson_          Name: _Martha Jackson_
   Nurses Signature                    Printed

**PHS**

## Nursing Evaluation Tool:          Eye Pain Complaint

Facility: BBB

Patient Name: _Cox Derrick_
Last                                                First                          MI

Inmate Number: _140603_          Date of Birth: _1 / 17 / 63_
MM   DD   YYYY

Date of Report: _9 / 20 / 05_          Time Seen: _900_    AM / PM  Circle One
MM   DD   YYYY

**Subjective:**    Chief Complaint: (Check All That Apply)

☐ Foreign body:          ☐ Right side ☐ Left side    Foreign body type: _NA_          or ☐ Unknown
☒ Change in vision:      ☐ Right side ☐ Left side ☐ Blurred ☐ Decreased
☐ Eyelid Complaint:     ☐ Right side ☐ Left side (Describe Below)
☐ Trauma:                   ☐ Right side ☐ Left side (Describe Below)   Trauma sustained in altercation with custody staff, or
☐ Conjunctivitis:          ☐ Right side ☐ Left side                other inmate? ☒ NO  ☐ YES (Requires notification of correctional staff)
☐ Seeing spots / flashes / floaters:  ☐ Right side  ☐ Left side
☐ Request for glasses:   ☒ No other visual complaint   Prior History of glasses? ☐ NO  ☐ YES  ☐ Last time seen by optometrist: _____

Associated Symptoms / Additional Eye History _____ NA

☐ Pain: ☒ NO ☐ YES  Pain Scale: (1-10) _NA_    Pain Description: _____    Dull, Aching, Burning, Stinging, etc.
Tetanus Toxoid Within 10 years: ☒ YES ☐ NO   Recent eye surgery ☒ NO ☐ YES _____
Conjunctivitis symptoms: ☐ Hay fever / Allergies ☐ Itchy ☐ Redness ☐ Watery ☐ Redness ☐ Discharge: _____
History of Glaucoma?: ☒ NO ☐ Yes (taking glaucoma medications? ☐ YES ☐ NO   Cataracts ☐ NO ☐ YES
History of Retinal Detachment?: ☒ NO ☐ Yes (_____
History of trauma: ☒ NO ☐ YES   Type: ☐ Blunt ☐ Penetrating ☐ Chemical ☐ Other: _____

Onset: _____
History: _____
(Continue on back if necessary)
☐ Check Here if additional notes on back

**Objective:**   Vital Signs: (As Indicated) T: _97^8_  P: _78_  RR: _20_  B/P: _110_ / _76_
(If patient wears corrective lenses acuity should be checked with and without wearing corrective device)

Visual acuity: R _____  L _____

Periorbital Exam: ☒ Normal ☐ Swelling ☐ Evidence of Infection ☐ Bruising ☐ Other: _____

Eye Exam:        Normal Findings        Abnormal Findings
Pupil:              ☒ PERRL              ☐ Pupil unequal/abnormal: _____
Conjunctiva:   ☒ Conjunctiva pink    ☐ Conjunctiva Pale ☐ Red   ☐ Discharge _____
Sclera:           ☐ Sclera white        ☐ Yellow        ☐ Red
Foreign body:  ☐ No Foreign body    ☐ Foreign body
Eyelid:           ☒ Normal              ☐ Red/Discolored ☐ Injury/Lesion ☐ Scaly ☐ Inflamed at margin ☐ Hematoma
                                              ☐ Drainage: _____          ☐ Sty

☐ Additional Examination: _____
Continue on back if necessary
☐ Check Here if continued on back

**Assessment: (Referral Status)**          Preliminary Determination(s): _Alteration in Integumentary_

☐ Referral **NOT Required**  Expedited referral to a clinician except for: isolated itching    _System 2° ↓ vision_
with normal visual activity or glasses request only.

☒ Referral **Required**
Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:**  Check All That Apply: ☐ Irrigate with sterile H$_2$O or Normal Saline, check for foreign body or abrasion, antibiotic ointment and patch x 24 hrs
☐ Instructions on care/treatment of conjunctivitis.
☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits) ☒ Instructions to return if condition worsens.
☐ Other: _Eye Exam_
(Describe)

OTC Medications given ☒ NO  ☐ YES (If Yes List): _____          Date for referral: _9 / 20 / 05_
Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _Eye Dr_                              MM   DD   YYYY
                                                                                          Time _____
Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____

X _Holderfield_          Name: _Cheri Holderfield_          _/ /_
   Nurses Signature                              Printed

**PHS**

## Nursing Evaluation Tool:                          Abdominal Pain

*Allergic to PCN*

Facility: BBB

Patient Name: COX          Derrick
                  Last              First          MI

Inmate Number: 140603          Date of Birth: 1 / 7 / 63
                                              MM   DD   YYYY

Date of Report: 09 / 20 / 05          Time Seen: 1645    AM / PM Circle One
                MM   DD   YYYY

**Subjective:** Chief Complaint: Abd pain- "My stomach          Jack tuk him - no relief

Onset: Yesterday - approx 11 AM - Saw Dr. T. Siddiq this AM - Mantox ÷ PO TID ordered-

History: Previous Hx Ulcer(s) approx 3 years - Was on Zantac 150mg ÷ PO BID-
(Continue on back if necessary)
says "Zantac makes my stomach burn"
                                                    ☐ Check Here if additional notes on back

Pain Description: ☐ Sharp ☐ Dull ☐ Crampy ☒ Burning          Location:    ☒ RUQ    ☐ LUQ
☐ Intermittent    ☐ Constant    ☐ Radiation to: _____                ☐ RLQ    ☐ LLQ
☐ Other: _____                                                        ☐ Epigastric ☐ Diffuse

Last BM: 1pm today    ☒ Normal ☐ Constipation ☐ Diarrhea x ___ stools Color change: ☒ No ☐ Yes: ___
Associated symptoms: Nausea ☐ No ☒ Yes Vomiting ☒ No ☐ Yes (x ___ )    Painful urination ☒ No ☐ Yes
                     Back pain ☒ No ☐ Yes    Other: _____

**Objective:** Vital Signs: (If Indicated) T: 98 8/oral P: 120    RR: 22    Onset = 95    B/P: 128 / 72

General appearance: ☐ No acute distress ☐ Acute distress    ☐ Unable to stand erect ☐ Knees drawn up
Skin: ☒ Warm ☐ Cool ☒ Dry ☐ Moist/clammy    Skin Color: ☒ Normal ☐ Pallor ☐ Flushed ☐ Jaundice
Mucous Membranes:    ☐ Moist          ☐ Dry

### ABDOMINAL EXAM

Bowel sounds: ☐ Present ☒ Decreased ☐ Absent
Abdomen: ☐ Soft ☐ Guarding ☒ Distended          ☐ Non-Tender ☒ Tender Across both LUQ & RUQ
                                                                          Location

Pain induced/increased with: Walking ☐ No ☒ Yes
Pain induced/increased with: Gentle abdominal palpation ☐ No ☒ Yes

☒ Additional Examination: Abd assessed while lying down - experienced pain on lying down, now
(Continue on back if necessary)
acute when inmate set up - Abd distended & firm -
                                                    ☐ Check Here if continued on back

**Assessment:** (Referral Status)          Preliminary Determination(s): Alteration in comfort related
    ☐ Referral Not Required                            to abd pain & burning

☒ Referral Required due to the following: (Check all that apply)
    ☐ Abnormal Vital Signs          ☐ Distended/rigid abdomen          ☐ Persistent Nausea and/or vomiting
    ☐ Bloody or "Tarry" stools      ☐ Pallor, moist clammy skin        ☒ Recurrent Complaint (More than 2 visits for the same complaint)
    ☐ Other: _____
          You should contact a physician or nursing supervisor if you have any questions about the status of the patient.

**Plan:**          ☒ Instructions to return if condition worsens or does not improve
Check All That Apply:    ☐ Education on bowel elimination    ☒ Education on Lifestyle Modifications to
          ☒ Education: The patient demonstrates an understanding of the nature of their medical condition and signs and symptoms for which
          they should seek additional medical attention. (Persistent vomiting, significant weakness, signs of dehydration, worsening abdominal
          pain, fever.) as well as appropriate follow-up. ☒ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
          ☒ OTC Meds given: ☒ Pepto-Bismol 10-15 cc PO X1 dose (or) ☐ Maalox 30 cc PO X1 dose
          ☐ Other OTC Medications given ___ ☐ NO ☐ YES (If Yes List): ___

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): Sick Call - Dr. T. Siddiq    Date for referral: 9 / 21 / 05
                                                                                          MM  DD  YYYY

Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): ___    Time ___

x ___Nurses Signature___          Name: ___Porter Senn lpn___
                                            Printed



Nursing Evaluation Tool:                    <u>General Sick Call</u>

Facility: BBB
Patient Name: __Cox_____ , __Derrick_____
                        Last                              First
Inmate Number: __140603_____      Date of Birth: _1_/_17_/_63_ MI
                                                                    MM   DD   YYYY
Date of Report: _9_/_20_/_05_         Time Seen: __0500__ AM / PM Circle One
                  MM   DD   YYYY

<u>Subjective:</u> Chief Complaint(s): __Stomach burns, eye problem__

Onset: __1 year ago "Wants keylock"__

Brief History: _____
(Continue on back if necessary)
_____
_____
_____

☐ Check Here if additional notes on back

<u>Objective:</u> Vital Signs: (As Indicated) T: _98.4_ P: _72_ RR: _18_ B/P: _118_/_72_ Wt 182

Examination Findings: _____
(Continue on back if necessary)
_____
_____
_____
_____

☐ Check Here if additional notes on back

<u>Assessment:</u> (Referral Status) Preliminary Determination(s): __Alteration in GI & Integumentary__
☐ Referral <u>NOT REQUIRED</u>                     __Functioning 2° acid & poor vision__

☑ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
        ☐ Other: _____
    _____
    _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

<u>Plan:</u>  Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
            (Describe)
OTC Medications given ☐ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): __Dr Sirley__        Date for referral: _9_/_20_/_05_
                                                                                        MM   DD   YYYY
Referral Type: ☑ Routine  ☐ Urgent  ☐ Emergent (if emergent, who was contacted?): _____   Time: ___

x __Vickie Smith__ _____        Name: __Vickie Smith__
        Nurses Signature                            Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Derick  Cox_  Date of Request: _9/19/05_
ID # _14D603-E_  Date of Birth: _1-7-63_  Location: _10--23_
Nature of problem or request: _Im having Problems With my eyes_
_Seeing also My Stomach being giveing me problem Like_
_Burning inside every DAY, I Need to See a Doctor_

_Derick Cox_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

**(P)lan:**

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment  Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )  EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

_____
_SIGNATURE AND TITLE_

WHITE:  INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95

WISCONSIN HEALTH SERVICES

## SICK CALL REQUEST

Print Name: _Derick Co_     Date of Request: _7/10/05_

ID # _140603_     Date of Birth: _1/26/5_   Location: _1-13_

Nature of problem or request: _I Need to see Dr Chicku and_
_Im out of Medication_

_Derick Cox_
                     *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective**

**(O)bjective**

**(A)ssessment**

**(P)lan**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN

CIRCLE ONE

Check One:   ROUTINE ( )     EMERGENCY ( )

     If Emergency was PHS supervisor notified:   Yes ( )    No ( )

     Was MD/PA on call notified:   Yes ( )    No ( )

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Cox Dereick_  Date of Request: _4·29-05_

ID # _140603_  Date of Birth: _1-7-63_ Location: _1-13_

Nature of problem or request: _I need new Glasses_

_____

_____

_____

_Dereck Cox_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _4 /29/ 05_

Time: _540_ AM PM

Allergies: _NKDA_

```
┌─────────────────────────────────┐
│          RECEIVED               │
│  Date: 4-29-05                  │
│  Time: 540                      │
│  Receiving Nurse Intials  PH    │
└─────────────────────────────────┘
```

**(S)ubjective:** _I need to see the Eye DR, For new Glasses broke me and lost them._

**(O)bjective**

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment    Return to Clinic PRN

CIRCLE ONE

Check One:   ROUTINE ( )    EMERGENCY ( )

If Emergency was PHS supervisor notified:    Yes ( )    No ( )

Was MD/PA on call notified:    Yes ( )    No ( )

_L. Anderson Jr_
*SIGNATURE AND TITLE*

WHITE:     INMATES MEDICAL FILE

YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Derick Cox_     Date of Request: _April 26, 05_
ID # _140603-E_    Date of Birth: _1-7-63_ Location: _____ _1-13_
Nature of problem or request: _I needs my eye Checked Again For Another Pair_
_Glass the one I have on Are ~~Broken~~ Broken! Lens falling out the_
_frame thank you have a nice day_
_____
                                                     _Derick Cox_
                                                     *Signature*

### DO NOT WRITE BELOW THIS LINE
_____

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**   **(V/S):** **T:** _____    **P:** _____    **R:** _____    **BP:** _____    **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                                      CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
      If Emergency was PHS supervisor notified:    Yes ( )    No ( )
                Was MD/PA on call notified:    Yes ( )    No ( )

_____
                                      *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

RECEIVED: Inmate/Health Record

Institution: _Bullock_

Date: 4/26/0 Time: 2010 AM/PM

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

RECEIVING MEDICAL STATUS
- [x] Population
- [ ] Infirmary
- [ ] Isolation

RELEASED: Inmate/Health Record

Institution: _KCF_

Date: 4/23/05 Time: _____ AM/PM

RELEASE FROM:
- [ ] Infirmary
- [x] Population
- [ ] Other
- [ ] Segregation
- [ ] Mental Health

RELEASE TO:
- [x] DOC
- [ ] Infirmary
- [ ] Mental Health

Institution/Work Release Center/Free-World Hospital

ALLERGIES: PCN

PHYSICAL EXAMINATION

Date of last exam: 3/29/0 5

Chest X-Ray Date: _____ Result: OWM

PPD Reading 4/1/0 5

Classification: _____

Limitations: _____

| LAB RESULTS - - LAST REPORT | Date | Normal | Abnormal |
|---|---|---|---|
| CBC | | | |
| Urinalysis | 3/30/05 | | |
| | | | |

| | YES | NO |
|---|---|---|
| Wears Glasses/Contacts | [ ] | [ ] |
| Dental Prosthesis | [ ] | [ ] |
| Hearing Aide | [ ] | [ ] |
| Other Prosthesis | [ ] | [ ] |

Receiving Nurse

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

Asthma

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

Zantac 150mg PO Bid
Albuterol MDI 17gm ii puffs QID

| | | |
|---|---|---|
| MEDICATIONS | [ ] Sent w / inmate | [ ] Not sent w / inmate |
| X-RAY FILM | [ ] Sent w / inmate | [ ] Not sent w / inmate |
| HEALTH RECORD | [ ] Sent w / inmate | [ ] Not sent w / inmate |

Released to: _____

Date: _____ Time: _____ AM/PM

| | | |
|---|---|---|
| MEDICATIONS | [ ] Received | [ ] Not Received |
| X-RAY FILM | [ ] Received | [ ] Not Received |
| HEALTH RECORD | [x] Received | [ ] Not Received |
| CHART REVIEWED | [ ] YES | [ ] NO |

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: _____ LAST CLINIC: _____

Received by: _____
Signature of Receiving Nurse

Date: 4-26-05 Time: 2010 AM/PM

FOLLOW-UP CARE NEEDED
- [x] Medical
- [ ] Dental
- [ ] Mental Health

Date | Time | With Whom - - Location (Sending Nurse) | Date/Appt. Made w/Whom (Rec. Nurse)

NURSING ASSESSMENT (SENDING NURSE) (Noted from health record documentation)

| HISTORY | Yes | No |
|---|---|---|
| Drug Use | | ✓ |
| Mental Illness | | ✓ |
| Suicide Attempt | | ✓ |
| Chronic Care | ✓ | |

| STATUS | | |
|---|---|---|
| Special Diet | | ✓ |
| Appearance | ✓ | |

OTHER PERTINENT NURSING ASSESSMENT

NURSING ASSESSMENT (RECEIVING NURSE) (Noted from inmate assessment)

| SKIN | Yes | No |
|---|---|---|
| Open Sores | | ✓ |
| Lice | | ✓ |
| Edema | | ✓ |
| Warm & Dry | ✓ | |
| Cool & Moist | | ✓ |

| CONDITION | | |
|---|---|---|
| Alert | ✓ | |
| Oriented | ✓ | |
| Uncooperative | | ✓ |
| Depressed | | ✓ |

INTAKE

Sick Call Procedures Explained  Yes
Height  5'8
Weight  170
Blood Pressure  120/80
Temperature  98
Pulse Resp. _____
Other _____

Signature of Nurse Completing Assessment (Sending Nurse)  Date 4/23/05

Signature of Intake Screening Nurse (Receiving Nurse)  Date 4/26-0

INMATE NAME (LAST, FIRST, MIDDLE)  Cox, Derrick

DOC#  | DOB  | Race/Sex  B M | FAC.



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Cox, Derrick  140603 | D.O.B.: 1 1 7 1 63 |
|---|---|---|
| 4/26/05 1⁸/₀₀ | Rec'd @ Bullock c̄ only Vol I & II. Had 2 mars and meds ¢ Ziprasidone 80mg X 26, Zantac 150mg X 24 — J. Howard mec | |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Derick Cox_    Date of Request: _April 8,05_

ID # _140603_    Date of Birth: _1-7-63_  Location: _M-46_

Nature of problem or request: _Burning Sensation in my Stomach_
_an Pain in my Stomach._

_____

_Derick Cox_
_Signature_

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____

Time: _____ AM  PM

Allergies: _____

┌─────────────────────────────┐
│         RECEIVED            │
│ Date:                       │
│ Time:                       │
│ Receiving Nurse Intials _____ │
└─────────────────────────────┘

**(S)ubjective:**

4-11-05
Signed
WW

**(O)bjective    (V/S):  T:_____    P:_____    R:_____  BP:_____    WT:_____**

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE ( )    EMERGENCY ( )

If Emergency was PHS supervisor notified:    Yes ( )    No ( )

Was MD/PA on call notified:    Yes ( )    No ( )

_____

*SIGNATURE AND TITLE*



**PRISON
HEALTH
SERVICES
INCORPORATED**

## RELEASE OF RESPONSIBILITY

Inmate's Name: COX , Derrick    140603

Date of Birth: 1-7-63    Social Security No.: _____

Date: 4-11-05    Time: 6⁰⁰    (A.M.) / P.M.

This is to certify that I, ___Derrick    Cox___ , currently in
(Print Inmate's Name)

custody at the ___Kilby___ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: ___SickCall    because I got___
(Specify in Detail)

___my    medicine___

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

x _Derick Cox_    _Lorraine Graves, LPN_
(Signature of Inmate)**    (Signature of Medical Person)

_____    _____
(Witness)    (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY KCF | ☐ SICK CALL  ☐ EMERGENCY |
|---|---|---|---|
| 4 / 8 / 05 | 074 ☑AM ☐PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ OUTPATIENT |

| ALLERGIES  PCN | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 97.9 | ORAL RECTAL | RESP. 20 | PULSE 100 | B/P 120/80 | RECHECK IF SYSTOLIC <100> 50    / |
|---|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

S— "My stomach is hurting real bad."

O — aaox 3. Ambulatory.
Last BM - last night. Abd.
non distended. c/o nausea
+ BS. Takes Zantac BID
+ teodox. Denies voices
@

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

A— Altered comfort level
+ HT c/o tenderness sensation
to stomach

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P—Sign up for Sick call | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**   Sit up p meals (30 min)

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 4 / 8 / 05 | 0805 ☑AM ☐PM | ☐ DOC  ☐ AMBULANCE  ☐ | ☐ SATISFACTORY ☐ FAIR |

| NURSE'S SIGNATURE | DATE 4/8 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB |
|---|---|---|
| COX, DERICK | 140603 | 1 7 63 B. |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: COX, Derrick #140603          D.O.B.: 01/07/63 |
|---|---|
| 5/3/04<br>3¹⁵pm | T97⁸ P65 R18 B/p ¹⁰²/₇₄ Wt 158    Ht 5'5"<br>% dizzy spells q day.        O2 SAT 97%<br>        41 yo bm c/o dizzy spells daily for 4 who, & is |
| FHx<br>grandmother CVA<br>⊕ HTN<br>Ⓞ prostate CA | constant all dizzy, "migraine since teenager, as well as numbness<br>on Rt side of body from head to toes (Rt sided only), ↓ energy,<br>poor appetite, ↓sleep (4-5hr/night), Mco, c/o left ankle swelling as well. |
| Smoker: ¹/₃ ppd x teenager)<br>quit smoking in<br>(Jan 04) | no cough/ black sputum / no chest pain / SOB / no N/V/D  no melena<br>                    no sinus SxS / no cold SxS<br>O: bm in NAD<br>    Lungs CTA              Neuro: A, Ox3      BP ⟨118/80⟩<br>    CV: nnn |
| U/A<br>⊕ hematuria | Abd: BBS/non tender<br>A: dizziness z H/A & paresthesias /? bronchitis<br>Plan: Place on sopinin day / ✓ Labs CBC/Panel I/TFT/U/A<br>    CXR & observe/monitor, ✓ BP X 3 days to see if<br>    BP is ↑. Also, wants BB profile        [signature] |
| 6/8/04<br>1400 | No show for M.D. appt — [signature] Jackson RN |
| | |
| | |
| | |
| | |
| | |
| | |

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: Derick Cox                          Date of Request: 5/19/04

ID # 140603                    Date of Birth: 1-7-63    Location: A-2-41-B

Nature of problem or request: Broken eye glasses need to be replaced
Also I am still haveing Head Pains Numbness in wec Body and Dizzyness
And I want To see A Mental Health Doctor I feel Down about All the
Time Cant sleep right And lost of Appittight

Derick Cox
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 5/19/04

Time: 11:56  AM PM

Allergies: NKA PCN

RECEIVED
Date:
Time:  MAY 19 2004
Receiving Nurse Intials _____

**(S)ubjective:** "I've H/A's + numbness X 1mo; In my ® hand + ℗ feet."

**(O)bjective (V/S):** T: 97.6    P: 88    R: 20    BP: 108/70    WT: 158

**(A)ssessment:** Innate c/o numbness + H/A, Numbness In ℗ hands + ℗ feet
+ Request to mental Health Doctor
Alt. In Comfort

**(P)lan:** Appt. made c̄ MD.
Appt made c̄ Mental Health Also

Refer to: (MD/PA  Mental Health) Dental  Daily Treatment    Return to Clinic·PRN
CIRCLE ONE

Check One: ROUTINE (✓)  EMERGENCY ( )

If Emergency was PHS supervisor notified:  Yes ( )  No (✓)
Was MD/PA on call notified:  Yes ( )  No (✓)

Dereham LPN
*SIGNATURE AND TITLE*

**PHS**
PRISON HEALTH SERVICES INCORPORATED

DEPARTMENT OF CORRECTIONS
## TRANSFER & RECEIVING SCREENING FORM

| RECEIVED: Inmate/Health Record | RELEASED: Inmate/Health Record | ALLERGIES: |
|---|---|---|
| Institution: _Bibb_ | Institution: _KCF_ | _NKA_ |
| Date: _4/22/04_ Time: _8³⁰_ AM/PM | Date: _4/20/04_ Time: _1830_ AM/PM | PHYSICAL EXAMINATION |

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

RELEASE FROM:
- [ ] Infirmary
- [ ] Segregation
- [ ] Population
- [ ] Mental Health
- [ ] Other _____

RECEIVING MEDICAL STATUS
- [✓] Population
- [ ] Infirmary
- [ ] Isolation

RELEASE TO:
- [✓] DOC
- [ ] Infirmary
- [ ] Mental Health

Institution/Work Release Center/Free-World Hospital

PHYSICAL EXAMINATION
Date of last exam: _3-9-04_
Chest X-Ray Date: _____ Result: _____
PPD Reading _3-12-04_  _0mm_
Classification: _____
Limitations: _____

| LAB RESULTS - - LAST REPORT | Date | Normal | Abnormal | | YES | NO |
|---|---|---|---|---|---|---|
| CBC | | [ ] | [ ] | Wears Glasses/Contacts | [✓] | [ ] |
| Urinalysis | _3-10-04_ | [✓] | [ ] | Dental Prosthesis | [ ] | [✓] |
| | | | | Hearing Aide | [ ] | [✓] |
| | | | | Other Prosthesis | [ ] | [✓] |

_C Childrey LPN_
Recieving Nurse

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS
_Bronchitis_

CURRENT MEDICATION - - DOSAGE AND FREQUENCY
_Albuterol inhaler II puffs PRN_
_Tylenol 325mg II p.o. bid_

| | | |
|---|---|---|
| MEDICATIONS | [ ] Sent w/ inmate | [ ] Not sent w/ inmate |
| X-RAY FILM | [ ] Sent w/ inmate | [ ] Not sent w/ inmate |
| HEALTH RECORD | [✓] Sent w/ inmate | [ ] Not sent w/ inmate |
| Released to: | | |

Date: _____ Time: _____ AM/PM

| | | |
|---|---|---|
| MEDICATIONS | [ ] Received | [ ] Not Received |
| X-RAY FILM | [ ] Received | [ ] Not Received |
| HEALTH RECORD | [ ] Received | [ ] Not Received |

SCHEDULE FOR CHRONIC CARE CLINIC

CHART REVIEWED [ ] YES [✓] NO
Received by: _C Childrey_
Signature of Receiving Nurse
Date: _4/22/04_ Time: _8³⁰_ AM/PM

DATE: _____ LAST CLINIC: _____

FOLLOW-UP CARE NEEDED      Date      Time      With Whom - - Location (Sending Nurse)      Date/Appt. Made w/Whom (Rec. Nurse)
- [ ] Medical
- [ ] Dental
- [ ] Mental Health

| NURSING ASSESSMENT (SENDING NURSE) (Noted from health record documentation) | | Yes | No |
|---|---|---|---|
| HISTORY | Drug Use | | ✓ |
| | Mental Illness | | ✓ |
| | Suicide Attempt | | ✓ |
| | Chronic Care | ✓ | |
| STATUS | Special Diet | | ✓ |
| | Appearance | | ✓ |

OTHER PERTINENT NURSING ASSESSMENT

| NURSING ASSESSMENT (RECEIVING NURSE) (Noted from initial assessment) | | Yes | No |
|---|---|---|---|
| SKIN | Open Sores | | ✓ |
| | Lice | | ✓ |
| | Edema | | ✓ |
| | Warm & Dry | ✓ | |
| | Cool & Moist | | ✓ |
| CONDITION | Alert | ✓ | |
| | Oriented | ✓ | |
| | Uncooperative | | ✓ |
| | Depressed | | ✓ |

| INTAKE | |
|---|---|
| Sick Call Procedures Explained | ✓ |
| Height | 5' 5" |
| Weight | 160 |
| Blood Pressure | 148/6? |
| Temperature | 98.2 |
| Pulse Resp. | 72 |
| Other | |

_A Willis LPN_
Signature of Nurse Completing Assessment (Sending Nurse)

_4/20/04_
Date

_C Childrey LPN_
Signature of Intake Screening Nurse (Receiving Nurse)

Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| _Cox, Derick_ | _140603D_ | _1/7/63_ | _B/M_ | _KCF_ |

Facility Name: BCCF

Month/Year of Charting: Oct 2006

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Flexoril 10mg PO
Bid X 10 days

0400
1100
1700

PR  Start Date: 10/24/06   Prescriber: Sddig
    Stop Date: 11/4/06      RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Percogues tab ii
PO Tid X 10 days

0400
1100
1700

PR  Start Date: 10/24/06   Prescriber: Sddig
    Stop Date: 11/04/06     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:   Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:   Prescriber:
Stop Date:    RX #:

Diagnosis

Allergies NKA

Housing Unit:
Patient ID Number: 140603
Patient Name: DX DoRRick

Date of Birth:

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| P. Robbins | PR | Martha Jackson | M |

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

| Facility Name: Bullock Correctional Facility | | | | | | | | | | | | | | | | | | Month/Year of Charting: 10/06 | | | | | | | | | | | |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Lovastatin ( for Mevacor ) 40MG Tab 15.00**

Take one-half (1/2) tablet(s) by mouth daily

Start Date: 07-27-2006  Prescriber: Siddiq, Tahir
Stop Date: 12-22-2006  RX #: 251768497

**Fluoxetine HCl ( for Prozac ) 20MG Cap 60.00**

Take 2 capsule(s) by mouth daily

Start Date: 08-31-2006  Prescriber: Andrews MHM, John
Stop Date: 11-28-2006  RX #: 251890925

**Diphenhydramine HCl ( for Benadryl ) 50MG Cap  30.00**

Take 1 capsule(s) by mouth at bedtime

Start Date: 08-31-2006  Prescriber: Andrews MHM, John
Stop Date: 11-28-2006  RX #: 251890927

Adult 800 g po tid
X 10 days

Start Date: 10/25/06  Prescriber: Siddiq
Stop Date: 11/5/06  RX #:

Flexeril 10 mg po
bid x 10 days

Start Date: 10/25/06  Prescriber: Seddiq
Stop Date: 11/5/06  RX #:

Start Date:  Prescriber:
Stop Date:  RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code: |
|---|---|---|---|---|---|
| | Smith LPN | K | Martha Jackson LPN | MJ | 1. Discontinued Order |
| Allergies | P. Majin LPN | PK | Gosling LPN | JK | 2. Refused |
| NKA* | C. James LPN | CJ | A. Price, RN | AP | 3. Patient out of facility |
| PCN | | | | | 4. Charted in Error |
| Housing Unit: Population | | | | | 5. Lock Down |
| Patient ID Number: 140603 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| **Cox, Derrick** | | | | | 8. Medication Held |
| | Date of Birth: 01-07-1963 | | | | 9. No Show |
| | | | | | 10. Other |

| Facility Name: Bullock Correctional Facility | | Month/Year of Charting: 08/06 |

**Mevacor 40MG Tab    15.00**

Take one-half (1/2) tablet(s) by mouth daily

Hour: 1700 — *(handwritten administration entries across days)*

| Start Date: 06-24-2006 | Prescriber: Siddiq, Tahir |
| Stop Date: 12-20-2006 | RX #: 251659262 |

**zantac 150MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

Hour: 1100 / 1700 — *(handwritten administration entries across days)*

| Start Date: 06-24-2006 | Prescriber: Siddiq, Tahir |
| Stop Date: 12-20-2006 | RX #: 251659265 |

**Prolixin Decanoate Injection S 25MG/ML Solution    1**

Inject 2cc (50mg) intramuscular every 2weeks

Hour: 0800 — *(handwritten entries)* — Not Stop

| Start Date: 06-24-2006 | Prescriber: Andrews MHM, John |
| Stop Date: 09-21-2006 | RX #: 251661068 |

**Risperdal 2MG Tab    30.00**

Take 1 tablet(s) by mouth at bedtime

Hour: 1700 — *(handwritten administration entries across days)*

| Start Date: 06-24-2006 | Prescriber: Andrews MHM, John |
| Stop Date: 09-21-2006 | RX #: 251659938 |

**Cogentin 2MG Tab    30.00**

Take 1 tablet(s) by mouth at bedtime

Hour: 1700 — *(handwritten administration entries across days)*

| Start Date: 06-24-2006 | Prescriber: Andrews MHM, John |
| Stop Date: 09-21-2006 | RX #: 251659939 |

**Percogesic + -+ tabs PO BID x 7 days. PRN**

Hour: 1100 / 1700 — *(handwritten entries)*

| Start Date: 8/04/06 | Prescriber: Webb |
| Stop Date: 8/10/06 | RX #: |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
| Allergies: NKA | R. Thomas Lpn | Rt | C. Mays Lsn | CM | 1. Discontinued Order<br>2. Refused<br>3. Patient out of facility<br>4. Charted in Error<br>5. Lock Down<br>6. Self Administered<br>7. Medication out of Stoc<br>8. Medication Held<br>9. No Show<br>10. Other |
| Housing Unit: Population | | | | | |
| Patient ID Number: 239001 | M Clendon LPN | | | | |
| Patient Name: | | | | | |
| **Cox, Derrick** | | | Date of Birth: 05-10-1969 | | |

| Facility Name: | | | | | | | | | | | Month/Year of Charting: | | | | | | | | | | | | | | | | | | | |

**Motrin 600mg**
**PO BID x 7days**

Hour: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 3

P 1100
R 1700
D

Start Date: 8/4/06    Prescriber: Webb
Stop Date: 8/10/06    RX #:

---

**Add Protein 18mg po**
**HS x 90 days**

Hour: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 3

1700

Start Date: 8/10/06    Prescriber: Wheatley, CRNP
Stop Date: 11/10/06    RX #:

---

**Miconazole 3%**
**Bid x 30 days**

**8/21/06**

Hour: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 3

1100
1700

Start Date: 8/21/06    Prescriber: Welch
Stop Date: 9/21/06    RX #:

---

**Maalox 30cc p.o.**
**Q.I.D. x 3 days**
**PRN**

Hour: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

1100    PRN
1700
0400

Start Date: 8/30/06    Prescriber:
Stop Date: 9/1/06    RX #:

---

Hour: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

Start Date:    Prescriber:
Stop Date:    RX #:

---

Hour: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

Start Date:    Prescriber:
Stop Date:    RX #:

---

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | C, Mays, LPN | CM | | | 1. Discontinued Order |
| Allergies  NKDA | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: 239001 | McClendon LPN | MM | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| Cox, Derrick  (Name Alert) | | Date of Birth: | | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

Facility Name: __Bullock Correctional Facility__    Month/Year of Charting: __09/06__

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**zantac 150MG Tab      60.00**

Take 1 tablet(s) by mouth twice daily

*(handwritten: D/C)*

Start Date: 06-20-2006      Prescriber: Siddiq, Tahir
Stop Date: 09-17-2006                    RX #:  251640455

**Mevacor 40MG Tab      15.00**

Take one-half (1/2) tablet(s) by mouth daily

Start Date: 07-27-2006      Prescriber: Siddiq, Tahir
Stop Date: 12-22-2006                    RX #:  251768497

**Albuterol 90MCG/ACT Aerosol Soln 1**

Use as directed keep on person

Start Date: 03-10-2006      Prescriber: Siddio, Tahir
Stop Date: 09-05-2006                    RX #:  251270933

*(handwritten: Prozac 40y PO adg x90dgs)*

Start Date: 8-30-06      Prescriber: Andrews
Stop Date: 11-30-06                    RX #:

*(handwritten: Benadryl 50y PO QHS x90dgs)*

Start Date: 8-30-06      Prescriber: Andrews
Stop Date: 11-30-06                    RX #:

*(handwritten: Prozac 40mg poqhs x 90 days)*

Start Date: 9/15/06      Prescriber: Andrews
Stop Date: 11/30/06                    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| | | | | | 2. Refused |
| Allergies | | | | | 3. Patient out of facility |
| NKA  PCN | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: | Population | | | | 6. Self Administered |
| **140603** | | | | | 7. Medication out of Stoc |
| Patient ID Number: | | | | | 8. Medication Held |
| Patient Name: | | | | | 9. No Show |
| **Cox, Derrick** | | | Date of Birth: | 01-07-1963 | 10. Other |

| Facility Name: Bullock Correctional Facility | | Month/Year of Charting: 09/06 | |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**zantac 150MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

D/C

Start Date: 06-20-2006    Prescriber: Siddiq, Tahir
Stop Date: 09-17-2006    RX #: 251640455

---

**Albuterol 90MCG/ACT Aerosol Soln 1**

Use as directed keep on person

Start Date: 03-10-2006    Prescriber: Siddiq, Tahir
Stop Date: 09-05-2006    RX #: 251270933

---

**Prozac 20mg QD X 60 days**

1100

Start Date: 7/13/06    Prescriber: Andrews
Stop Date: 10/13/06    RX #:

---

**Prozac 40mg ÷ q day x 90 days**

1100

Start Date: 8/30/06    Prescriber: Andrews
Stop Date: 11/30/06    RX #:

---

**Benadryl 50mg ÷ HS PO X 90 days**

1700

Start Date: 8/30/06    Prescriber: Andrews
Stop Date: 11/30/06    RX #:

---

Start Date:    Prescriber:
Stop Date:    RX #:

---

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | Xppling LPN | m | | | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| PCN | | | | | 3. Patient out of facility |
| Housing Unit: Population | | | | | 4. Charted in Error |
| Patient ID Number: 140603 | | | | | 5. Lock Down |
| Patient Name: | | | | | 6. Self Administered |
| | | | | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

**Cox, Derrick**    Name, Alert    Date of Birth: 01-07-1963

| Facility Name: Bullock Correctional Facility | | Month/Year of Charting: 07/06 | |
|---|---|---|---|

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 3 |
|---|---|---|
| zantac 150MG Tab    60.00<br><br>Take 1 tablet(s) by mouth twice daily<br><br>D/C | | |
| | Start Date: 06-20-2006 | Prescriber: Siddiq, Tahir |
| | Stop Date: 09-17-2006 | RX #: 251640455 |

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 3 |
|---|---|---|
| Albuterol 90MCG/ACT Aerosol Soln<br>1<br><br>Use as directed keep on person | K O P | |
| | Start Date: 03-10-2006 | Prescriber: Siddio, Tahir |
| | Stop Date: 09-05-2006 | RX #: 251270933 |

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|
| PROZAC 20mg<br>qd X 60 days | 1100 | → 9un Travn 9 9 7 Tx VSn Tx |
| | Start Date: 7/13/06 | Prescriber: Andrews |
| | Stop Date: 10/13/06 | RX #: |

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|
| | Start Date: | Prescriber: |
| | Stop Date: | RX #: |

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|
| | Start Date: | Prescriber: |
| | Stop Date: | RX #: |

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|
| | Start Date: | Prescriber: |
| | Stop Date: | RX #: |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | V Smith LPN | VS | Martha Jack LPN | MJ | 1. Discontinued Order |
| Allergies | | | J Golding LPN | JA | 2. Refused |
| NKA   PCN | | | | | 3. Patient out of facility |
| Housing Unit: Population | | | | | 4. Charted in Error |
| Patient ID Number: 140603 | | | Patrish LPN | PS | 5. Lock Down |
| Patient Name: | | | | | 6. Self Administered |
| Cox, Derrick | | | | | 7. Medication out of Stock |
| | | | Date of Birth: 01-07-1963 | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

Facility Name: Bullock Correctional Facility   Month/Year of Charting: 06/06

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**zantac 150MG Tab     60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 03-23-2006   Prescriber: Siddiq, Tahir
Stop Date: 06-20-2006   RX #: 251323788

**Nizoral 200MG Tab     30.00**

Take 1 tablet(s) by mouth daily

Start Date: 05-19-2006   Prescriber: Siddiq, Tahir
Stop Date: 06-17-2006   RX #: 251534024

**Albuterol 90MCG/ACT Aerosol Soln 1**

Use as directed keep on person

Start Date: 03-10-2006   Prescriber: Siddio, Tahir
Stop Date: 09-05-2006   RX #: 251270933

*Zantac 150mg po BID x 90 days*

1100
1200

Start Date: 06/18/06   Prescriber: Dr. T. Siddiq
Stop Date: 09/18/06   RX #:

*Advil 800mg po TID x 10 days*

0400
1100
1700

Start Date: 06/30/06   Prescriber: Dr. T. Siddiq
Stop Date: 07/10/06   RX #:

Start Date:   Prescriber:
Stop Date:   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | V Smith LPN | VS | Martha Jacka LPN | MJ | 1. Discontinued Order |
| Allergies | Appling LPN | TA | D Ward | DW | 2. Refused |
| PCN | | | | | 3. Patient out of facility |
| Housing Unit: Population | | | | | 4. Charted in Error |
| Patient ID Number: 140603 | | | | | 5. Lock Down |
| Patient Name: | | | | | 6. Self Administered |
| | | | | | 7. Medication out of Sto |
| | | | | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

**Cox, Derrick** (NAME ALERT)   Date of Birth: 01-07-1963

Facility Name: BCCF

Month/Year of Charting: 6/06

Prolixin Dec. 50mg IM
q2wks × 90 days

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|---|
| 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

PgP  Start Date: 4/28/06    Prescriber: Andrews
Stop Date: 9/28/06    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|-----------|-------------------|---------|-------------------|---------|---------------------|
| | Blennen | PgP | | | 1. Discontinued Order |
| Allergies  NKDA | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: | | | | | 6. Self Administered |
| Patient ID Number: 239001 | | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| Cox, Derrick   (Name Alert) | Date of Birth: | | | | 9. No Show |
| | | | | | 10. Other |

| Facility Name: Bullock Correctional Facility | | | | | | | | | | | | Month/Year of Charting: 05/06 | | | | | | | | | | | | | | | | | |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Triavil 4-50MG Tab    60.00**

Take 2 tablet(s) by mouth at bedtime

Hour: 1700

| | |
|---|---|
| PS | Start Date: 03-15-2006 — Prescriber: Sanders MHM, W. |
| | Stop Date: 06-12-2006 — RX #: 251292715 |

**zantac 150MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

Hour: 1100 / 1700

| | |
|---|---|
| PS | Start Date: 03-23-2006 — Prescriber: Siddiq, Tahir |
| | Stop Date: 06-20-2006 — RX #: 251323788 |

**Albuterol 90MCG/ACT Aerosol Soln 1**

Use as directed keep on person

| | |
|---|---|
| PS | Start Date: 03-10-2006 — Prescriber: Siddio, Tahir |
| | Stop Date: 09-05-2006 — RX #: 251270933 |

Atarax 25y PO Tid x100ds

Hour: 0700 / 1100 / 1700

| | |
|---|---|
| | Start Date: 5-18-06 — Prescriber: SidCf |
| | Stop Date: 5-28-06 — RX #: |

Nizoral 200y PO OD x30ds

Hour: 1700

| | |
|---|---|
| | Start Date: 5-18-06 — Prescriber: SidCf |
| | Stop Date: 6-18-06 — RX #: |

| | |
|---|---|
| | Start Date: — Prescriber: |
| | Stop Date: — RX #: |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| Allergies: PCN | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | LPN | | Maritha Jakin La M | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: Population | | | | | 6. Self Administered |
| Patient ID Number: 140603 | | | | | 7. Medication out of Sto |
| Patient Name: | | | | | 8. Medication Held |
| **Cox, Derrick** | | | Date of Birth: **01-07-1963** | | 9. No Show |
| | | | | | 10. Other |

| Facility Name: Bullock Correctional Facility | Month/Year of Charting: 04/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Triavil 4-50MG Tab    60.00**

Take 2 tablet(s) by mouth at bedtime

Start Date: 03-15-2006  Prescriber: Sanders MHM, W.
Stop Date: 06-12-2006  RX #: 251292715

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**zantac 150MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 03-23-2006  Prescriber: Siddiq, Tahir
Stop Date: 06-20-2006  RX #: 251323788

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Albuterol 90MCG/ACT Aerosol Soln 1**

Use as directed keep on person

Start Date: 03-10-2006  Prescriber: Siddio, Tahir
Stop Date: 09-05-2006  RX #: 251270933

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:  Prescriber:
Stop Date:  RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:  Prescriber:
Stop Date:  RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:  Prescriber:
Stop Date:  RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies: PCN | | DC | | | 1. Discontinued Order |
| | Appling LVN | TA | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: Population | | | | | 5. Lock Down |
| Patient ID Number: 140603 | | | | R | 6. Self Administered |
| Patient Name: | Patton Sr, Br | PS | Martha Jackson LVN/MJ | | 7. Medication out of Stock |
| **Cox, Derrick** | | | Date of Birth: 01-07-1963 | | 8. Medication Hold |
| | | | | | 9. No Show |
| | | | | | 10. Other |

Facility Name: Bullock Correctional Facility

Month/Year of Charting: 03/06

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**zantac 150MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 12-29-2005    Prescriber: Siddiq, Tahir
Stop Date: 03-28-2006    RX #: 251019289

---

Triavil 4/50g PO
ii tabs QHS
x 90 days

Start Date: 12-30-05    Prescriber: Whatley
Stop Date: 3-19-06    RX #:

---

Clindamycin 150mg po TID
x 7 days

Start Date: 03/01/06    Prescriber: Dr. D.W. Thomas
Stop Date: 03/07/06    RX #:

---

Advil 800mg PO TID x
7 days

Start Date: 03/01/06    Prescriber: Dc. D.W. Thomas
Stop Date: 03/07/06    RX #:

---

Albuterol Inhaler - Use
as Directed - 200 x 180 days

Start Date: 03/08/06    Prescriber: Dr. T. Siddiq
Stop Date: 09/08/06    RX #:

---

Triavil 4/50mg ii
po qhs x 90 days

Start Date: 3/14/06    Prescriber: Sanders
Stop Date: 6/14/06    RX #:

---

Diagnosis:

Allergies: PCN

Housing Unit: RTU (MHM)
Patient ID Number: 140603
Patient Name:
**Cox, Derrick**

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| | vr | Martha Jackson LPN | M.J |
| | | RN Ant | Do |
| | ym | | |
| | | N. Tolbert, RN | N |
| | | | PS |

Documentation Code
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of S
8. Medication Held
9. No Show
10. Other

Date of Birth: 01-07-1963

Facility Name: _BCCF_    Month/Year of Charting: _03/06_

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Zantac 150mj PO BID X
90 days

1100
1200

Start Date: _03/21/06_    Prescriber: _Dr. J. Siddig_
Stop Date: _06/21/06_    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

Diagnosis

Allergies _PCN_

Housing Unit:
Patient ID Number: _14-0603_
Patient Name:

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Cod |
|---|---|---|---|---|
| | | M. Tolbert, RN N7 | | 1. Discontinued Order |
| | | | | 2. Refused |
| | | | | 3. Patient out of facility |
| | | | | 4. Charted in Error |
| | | | | 5. Lock Down |
| | | | | 6. Self Administered |
| | | | | 7. Medication out of St |
| | | | | 8. Medication Held |
| | | | | 9. No Show |
| | | | | 10. Other |

Date of Birth: _1/7/63_

| Facility Name: Bullock Correctional Facility | | | | | | | | | | | | Month/Year of Charting: 02/06 | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**zantac 150MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

| Start Date: 12-29-2005 | Prescriber: Siddiq, Tahir |
|---|---|
| Stop Date: 03-28-2006 | RX #: 251019289 |

**Triavil 4-50MG Tab    60.00**

Take 2 tablet(s) by mouth at bedtime

| Start Date: 12-20-2005 | Prescriber: Whatley MHM, Robert |
|---|---|
| Stop Date: 03-19-2006 | RX #: 250995555 |

| Start Date: | Prescriber: |
|---|---|
| Stop Date: | RX #: |

| Start Date: | Prescriber: |
|---|---|
| Stop Date: | RX #: |

| Start Date: | Prescriber: |
|---|---|
| Stop Date: | RX #: |

| Start Date: | Prescriber: |
|---|---|
| Stop Date: | RX #: |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | Smethmon | VS | R. Dann Ch | OO | 1. Discontinued Order |
| Allergies | | | C. Jaunita | AL | 2. Refused |
| NKA | | | | | 3. Patient out of facility |
| Housing Unit: RTU (MHM) | | | Martha Jackson LW | m | 4. Charted in Error |
| Patient ID Number: 140603 | | | Lora Sun Fr | JS | 5. Lock Down |
| Patient Name: | | | | | 6. Self Administered |

Allergies: NKA

Housing Unit: RTU (MHM)

Patient ID Number: 140603

**Cox, Derrick**                    Date of Birth: 01-07-1963

Documentation Codes:
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

| Facility Name: | Bullock Correctional Facility | | | | | | | | | | Month/Year of Charting: | | 01/06 | | | | | | | | | | | | | | | | | |

**zantac 150MG Tab    20.00**

Take 1 tablet(s) by mouth twice daily

*See new*

Start Date: 09-28-2005    Prescriber: Siddio, Tahir
Stop Date: 01-05-2006    RX #: 250675365

**Triavil 4-50MG Tab    60.00**

Take 2 tablet(s) by mouth at bedtime

*See new*

Start Date: 10-20-2005    Prescriber: Whatley MHM, Robert
Stop Date: 01-17-2006    RX #: 250797593

*Triavil 4/50mg PO*
*ⅱ tabs x90 dys*
*ⅱ tabs*

Start Date: 12/19/05    Prescriber: Whatley
Stop Date: 3/19/06    RX #:

*Zantac 150mg PO bid*
*x90 dys*

Start Date: 12/27/05    Prescriber: Siddq
Stop Date: 6/27/06    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| | | | | | 2. Refused |
| Allergies | | | | | 3. Patient out of facility |
| NKA | | | | | 4. Charted in Error |
| Housing Unit: RTU (MHM) | | | | | 5. Lock Down |
| Patient ID Number: 140603 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| Cox, Derrick | | Date of Birth: | 01-07-1963 | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

| Facility Name: Bullock Correctional Facility | | | | | | | | | | | | | | | Month/Year of Charting: | | 12/05 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| zantac 150MG Tab     60.00 <br><br> Take 1 tablet(s) by mouth twice daily | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | See | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | Below | | | | | |

| Start Date: 09-28-2005 | Prescriber: Siddio, Tahir |
|---|---|
| Stop Date: 01-05-2006 | RX #: 250675365 |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Triavil 4-50MG Tab     60.00 <br><br> Take 2 tablet(s) by mouth at bedtime | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

_Reorder 12-15-05_

| Start Date: 10-20-2005 | Prescriber: Whatley MHM, Robert |
|---|---|
| Stop Date: 01-17-2006 | RX #: 250797593 |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Triavil 4-50mg PO QHS X 90 days ÷ 1) tabs | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Start Date: 12-15-05 | Prescriber: Whatley |
|---|---|
| Stop Date: 03-15-06 | RX #: |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zantac 150mg PO BID x 90 days | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Start Date: 12/27/05 | Prescriber: Dr. T. Siddie |
|---|---|
| Stop Date: 06/27/06 | RX #: |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Start Date: | Prescriber: |
|---|---|
| Stop Date: | RX #: |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Start Date: | Prescriber: |
|---|---|
| Stop Date: | RX #: |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | Vickie Smithson | VS | Mertha Jackson | MJ | 1. Discontinued Order <br> 2. Refused <br> 3. Patient out of facility <br> 4. Charted in Error <br> 5. Lock Down <br> 6. Self Administered <br> 7. Medication out of Stock <br> 8. Medication Held <br> 9. No Show <br> 10. Other |
| Allergies <br> NKA | Angela _____ | AC | Dorothy Dorn | DD | |
| Housing Unit:     RTU (MHM) | Glenda Mosely | | ____ Albert, RN | Nt | |
| Patient ID Number: 140603 | | | | | |
| Patient Name: | | | | | |
| **Cox, Derrick** | | | | Date of Birth: | **01-07-1963** |

| Facility Name: | Bullock Correctional Facility | | | | | | | | | | | Month/Year of Charting: | | 11/05 | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**zantac 150MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Start Date: | 09-28-2005 | Prescriber: | Siddio, Tahir |
|---|---|---|---|
| Stop Date: | 01-05-2006 | RX #: | 250675365 |

**Triavil 4-50MG Tab    60.00**

Take 2 tablet(s) by mouth at bedtime

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Start Date: | 10-20-2005 | Prescriber: | Whatley MHM, Robert |
|---|---|---|---|
| Stop Date: | 01-17-2006 | RX #: | 250797593 |

| Start Date: | | Prescriber: | |
|---|---|---|---|
| Stop Date: | | RX #: | |

| Start Date: | | Prescriber: | |
|---|---|---|---|
| Stop Date: | | RX #: | |

| Start Date: | | Prescriber: | |
|---|---|---|---|
| Stop Date: | | RX #: | |

| Start Date: | | Prescriber: | |
|---|---|---|---|
| Stop Date: | | RX #: | |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | Vickie Smith con | VS | S Roberts | SR | 1. Discontinued Order |
| | | | | | 2. Refused |
| Allergies | K. mehr | RV | N Tolbert, RN-NT | | 3. Patient out of facility |
| NKA | M Mosely | ym | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: RTU (MHM) | | | | | 6. Self Administered |
| Patient ID Number: 140603 | | | Pat Smith | PS | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| **Cox, Derrick** | | | Date of Birth: | 01-07-1963 | 9. No Show |
| | | | | | 10. Other |

Facility Name: Bullock Correctional Facility

Month/Year of Charting: 10/05

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Perphenazine-Amitriptyline 4-50MG Tab 30.00 Take 1 tablet(s) by mouth at bedtime | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 08-02-2005    Prescriber: Sanders MHM, William
Stop Date: 10-30-2005    RX #: 250325521

Reordered
×
T/O
10-15-05

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zantac 15mg ṫ po BID x 100 days | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 9/26/05    Prescriber: Siddiq
Stop Date: 1/02/06    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trinvil 4-50mg ii tabs x 50 days (QHS) | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 10-15-05    Prescriber: Winkley
Stop Date: 01-15-06    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| NKDA | | | | | 4. Charted in Error |
| Housing Unit: RTU (MHM) | | | | | 5. Lock Down |
| Patient ID Number: 140603 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

Cox, Derrick

Date of Birth: 01-07-1963

Facility Name: **Bullock Correctional Facility**

Month/Year of Charting: 09/05

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Triavil 4-50MG Tab**    30.00

Take 1 tablet(s) by mouth at bedtime

1100 / 1700

Start Date: 08-02-2005   Prescriber: Sanders MHM, William
Stop Date: 10-30-2005    RX #: 250325521

**Ranitidine HCl 150MG Tab**    60.00

TAKE 1 TABLET(S) BY MOUTH TWICE DAILY

1100 / 1700

*See Below 9/26*

Start Date: 06-07-2005   Prescriber: Siddio, Tahir
Stop Date: 09-14-2005    RX #: 7515400

Malox i PO Tid X 10 days.

4w / 1w / 12w

Start Date: 9-20-05   Prescriber: Sid
Stop Date: 9-30-05    RX #:

9/26/05 Zantac 150mg TPO Bid x 100 d.

1100 / 1700

Start Date: 9/26/05   Prescriber: Dr Siddig
Stop Date: 01/02/2006   RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:   Prescriber:
Stop Date:    RX #:

Start Date:   Prescriber:
Stop Date:    RX #:

Diagnosis

Allergies **N K D A**

Housing Unit: **RTU (MHM)**
Patient ID Number: **140603**
Patient Name:

**Cox, Derrick**

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| Eugene Smith | ES | | | 1. Discontinued Order |
| Florence MD | | | | 2. Refused |
| | | | | 3. Patient out of facility |
| | | E 1450N LPN | | 4. Charted in Error |
| | | | | 5. Lock Down |
| | | | | 6. Self Administered |
| | | | | 7. Medication out of Stock |
| | | | | 8. Medication Held |
| | | | | 9. No Show |
| | | | | 10. Other |

Date of Birth: **01-07-1963**

| Facility Name: | Bullock Correctional Facility | | | | | | | | | | | | Month/Year of Charting: | 08/05 | | | | | | | | | | | | | | |

| Ranitidine HCl 150MG Tab      60.00 | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TAKE 1 TABLET(S) BY MOUTH  TWICE DAILY | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Start Date: | 06-07-2005 | Prescriber: | Siddio, Tahir |
| | Stop Date: | 09-14-2005 | RX #: | 7515400 |

| Triavil 4-50MG Tab      60.00 | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Take 1 tablet(s) by mouth twice daily | 1100 | | | | | | | | | | D/C  8-01-05 | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Start Date: | 07-12-2005 | Prescriber: | Whatley MHM, .... |
| | Stop Date: | 10-09-2005 | RX #: | 250183090 |

| Diphenhydramine HCl 50MG Cap 60.00 | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Take 1 capsule(s) by mouth twice daily | 1100 | | | | | | | | | | D/C  8-01-05 | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Start Date: | 07-12-2005 | Prescriber: | Whatley MHM, .... |
| | Stop Date: | 10-09-2005 | RX #: | 250183095 |

| Triavil 4-50mg po Bid x 90 days | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Start Date: | 8-01-05 | Prescriber: | Sanders |
| | Stop Date: | 11-01-05 | RX #: | |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | Start Date: | | Prescriber: | |
| | Stop Date: | | RX #: | |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | Start Date: | | Prescriber: | |
| | Stop Date: | | RX #: | |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies  NKDA | | | E  LWN LWN | ET | 1. Discontinued Order  2. Refused  3. Patient out of facility  4. Charted in Error  5. Lock Down  6. Self Administered  7. Medication out of Stock  8. Medication Held  9. No Show  10. Other |
| Housing Unit: Population | | | A. Nuicey | | |
| Patient ID Number:  140603 | Csmith | CS | | | |
| Patient Name: | | | | | |
| **Cox, Derrick** | | | | Date of Birth: | **01-07-1963** |

# MEDICATION ADMINISTRATION RECORD

07/01/2005

STDT01

D-10

(BUL-465) BULLOCK CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PERPHEN-AMITRIP (TRIAVIL 4-50) 4/50MG TAB TAKE 1 TABLET(S) BY MOUTH AT BEDTIME | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX: 7333842 CHITWOOD, MHM PSY, BILL, PY START - 04/30/2005   STOP - 07/28/2005 | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DIPHENHYDRAMINE (BENADRYL) 50MG CAP TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX: 7333857 CHITWOOD, MHM PSY, BILL, PY START - 04/30/2005   STOP - 07/28/2005 | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RANITIDINE (ZANTAC) 150MG TAB TAKE 1 TABLET(S) BY MOUTH TWICE DAILY | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX: 7515400 SIDDIQ, M.D., TAHIR, MD START - 06/07/2005   STOP - 09/14/2005 | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Percogesic 2 tabs Tid x 4 days 7/3/05 to 7/8/05 | PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Triavil 4-50mg po Bid x 90 days    Whitten Start 7/11/05   Stop 10-11-05 | 1100 / 1200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Benadryl 50mg po Bid 90 days    Whitten Start 7/11/05   Stop 10-11-05 | 1100 / 1200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ibuprofen 1 tab po tid x 3 days 7/12/05   7/15/05 | 0900 1100 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 07/01/2005 | THROUGH | 07/31/2005 | | |
|---|---|---|---|---|---|
| Physician | SIDDIQ, M.D., TAHIR | | Telephone No. | | Medical Record N |
| Alt. Physician | | | Alt. Telephone | | |
| Allergies | NO KNOWN DRUG ALLERGY | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: L. Roofner | | Title: LPN | Date: 6- |
|---|---|---|---|---|---|

| PATIENT | | PATIENT CODE | ROOM NO. | BED | FACI |
|---|---|---|---|---|---|
| COX, DERRICK | | 140403 | 1 | | |

# MEDICATION ADMINISTRATION RECORD
06/01/2005

I of II    (BUL-465) BULLOCK CORRECTIONAL FAC

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |

PERPHEN-AMITRIP (TRIAVIL 4-50) 4/50MG TAB
TAKE 1 TABLET(S) BY MOUTH AT BEDTIME

RX: 7333842 CHITWOOD, MHM PSY, BILL, MD
START - 04/30/2005    STOP - 07/28/2005

1700 ...    *Order d/d*  *see below*

DIPHENHYDRAMINE (BENADRYL) 50MG CAP
TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME

RX: 7333857 CHITWOOD, MHM PSY, BILL, MD
START - 04/30/2005    STOP - 07/28/2005

1700 ...    *Order d/d*  *see below*

RANITIDINE (ZANTAC) 150MG TAB
TAKE 1 TABLET(S) BY MOUTH TWICE DAILY

RX: 7371422 SIDDIO, M.D., TAHIR, MD
START - 05/08/2005    STOP - 06/06/2005

1100 ...    STOP
1700 ...

D/Triavil error

↑ Triavil 4/50 Bid
PO X 90 days    Chitwood
6/9/05    8/9/05
1700    →    See below

Benadryl 50 mg PO
Bid X 30 days
6/9/05    7/9/05
1100
1700

↑ triavil 4/50 bid
X 30 days
cl

Triavil 4/50 mg
Bid PO X 30 days
6/9/05    7/9/05
1100
1700

Advil 800 PO tid
X 3 days
6/28/05 to 7/1/05
PRN
0400
1100
1700

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR    06/01/2005    THROUGH    06/30/2005

| Physician | SIDDIO, M.D., TAHIR | Telephone No. | | Medical Record N |
| Alt. Physician | | Alt. Telephone | | |
| Allergies | NO KNOWN DRUG ALLERGY | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: C. Lodyen | Title: LPN | Date: 5-3 |
| PATIENT COX, DERRICK | | PATIENT CODE 140603 | ROOM NO. 1 | BED FACI |

# MEDICATION ADMINISTRATION RECORD

II of II

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zantac 150 mg ÷ PO BID x PRN days (Allergy) 6/3/05 to 9/03/05 | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Keflex 500 mg ÷ PO TID x 5 days 6-16-05   6-21-05 | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ibuprofen 800 mg ÷ PO TID x 3 days 6-16-05   6-19-05 | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | | |
|---|---|---|
| CHARTING FOR 6/3/05 THROUGH 6/30/05 | | |
| Physician Siddiq | Telephone No. | Medical Record |
| Alt. Physician | Alt. Telephone | |
| 'ergies PCN | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked By: V. Slater | | Title: LPN | Date: 6/ |
|---|---|---|---|---|---|
| PATIENT   Cox, Derick | | | PATIENT CODE 140603 | ROOM NO. | BED / FAC 3 |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Apply permethrin 0.5% cream to body leave on 10-12hr then shower. Repeat in 14days.   6/22/05 | 0800 | | | | | | | | | | | | | | | | | | | | | |

CHARTING FOR 6/01/05  THROUGH 6/30/05

Physician: Dr. Sanders
Alt. Physician: Dr. Siddiq

Telephone No.
Alt. Telephone

Medical Record N: 14060

Allergies

Rehabilitative Potential

Diagnosis

Medicaid Number     Medicare Number

Complete Entries Checked
By: Vickie Smith   Title: LPN   Date: 6/6

PATIENT: Cox, Daniel

PATIENT CODE: 140603   ROOM NO.   BED

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Apply permethrin 0.5% cream to body leave on 10-12 hr then Shower. Repeat in 14 days. 6/22/05 | 0800 | | | | | | | | | | | | | | | | | | | | DC | | | | | | | | |

MEDICATIONS     HOUR

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 6/16/05  THROUGH 6/30/05

Physician Dr. Sanders

Att. Physician Dr. Siddiq

Telephone No.

Alt. Telephone

Medical Record No. 14060

Allergies

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Orders Entries Checked By: Richie Smith   Title: LPN   Date 6/12

PATIENT Cox, Denick

PATIENT CODE 140603   ROOM NO.   BED   FACILITY

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zantac 150mg<br>ī po BID | 1100<br>1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Geod on 80mg<br>ī po BID x 90days<br>3/30/05 - 7/3/05 | 1100<br>1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Triavil 4/50mg<br>ī po QHS x90days<br>4/29/05 → 7/29/05 Chitwood | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Benadryl 50mg<br>ī po QHS x90days<br>4/29/05 → 7/29/05 Chitwood | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 5-1-05 | THROUGH | 5-31-05 | | |
|---|---|---|---|---|---|
| Physician | Adams | | | Telephone No. | Medical Record |
| Alt. Physician | | | | Alt. Telephone | |
| Allergies | PCN | | | Rehabilitative Potential | |
| Diagnosis | | | | | |

| Medicaid Number | Medicare Number | Complete Entries Checked:<br>By: Florence | Title: LPN | Date: 4/3 |
|---|---|---|---|---|
| PATIENT<br>Cox, Derrick | | PATIENT CODE<br>140603 | ROOM NO. | BED  FAC<br>B1 |

UpR
OS

MEDICATION AD[...]

DT01
DICATIONS

albuterol
ii puffs 8"
30z
1/31/05 - 5/01/
50m

Continue Old
Medication until
Monday 5-1-05
A, 2 Remath

100mg po

0700
1800
0900
1800
0960
1800

Start 5-1-0

Start 5-7

Medical Record N
140603



# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zantac -150mg PO BID X-30 day stop date -5-1-05 | 1100 1700 | S t/op | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Geodon -80mg PO BID X-90 day 3-30-05 Chitwood | 1100 1700 | D/cd 5-1-05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Triavil - 4/50mg PO q HS X-90 days 4-29-05 Chitwood  7-29-05 | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Benadryl -50mg PO q HS X-90 days 4-29-05 Chitwood  7-29-05 | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

CHARTING FOR 4-29 THROUGH 5-31-05

| Physician | | Telephone No. | | Medical Record N |
|---|---|---|---|---|
| Alt. Physician | | Alt. Telephone | | |
| ?lergies   PCN | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: *a. Thomas* Title: *LPN* Date: 4. |
|---|---|---|
| PATIENT   Cox  Derick | | PATIENT CODE  14D6D3   ROOM NO.   BED  FACI |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Geodon 80mg po qhs
X 3 days, then        2000

Geodon 80mg po BID
X 90d
3/30/05        5/3/05

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR  3/30/05  THROUGH  3/31/05

| Physician | Beechum (psych) | Telephone No. | | Medical Record N |
|---|---|---|---|---|
| Alt. Physician | | Alt. Telephone | | |

Allergies  PCN

Rehabilitative Potential

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: | | Title: LPN | Date: 3/3 |
|---|---|---|---|---|---|

PATIENT  Cox Donnie L

PATIENT CODE  1UUfofS

ROOM NO.    BED    FACIL

# MEDICATION ADMINISTRATION RECORD

STDT01

$II$ of $III$

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Geoden 80mg po qhs
X 3 days then

2000 a XX

Geoden 80mg po BID
X 90d

3/30/05          7/3/05   0900
2000
2000 → d          Newton 2/24/05

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | | |
|---|---|---|
| CHARTING FOR | 4/1/05 | THROUGH 4/30/05 |
| Physician | Beechum (psych) | Telephone No. |
| Alt. Physician | | Alt. Telephone |
| llergies | PCN | Rehabilitative Potential |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked. By: | Title: LPN | Date: 3/3 |
|---|---|---|---|---|

PATIENT  Cox, Doricle

PATIENT CODE  140608    ROOM NO.    BED  FACI  1

# MEDICATION ADMINISTRATION RECORD
03/01/2005

(JCJ-400) JEFFERSON COUNTY JAIL

| MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

RANITIDINE (ZANTAC) 150MG TAB
TAKE 1 TABLET(S) BY MOUTH  TWICE DAILY

RX:  6646073 HULLETT, SANDRAL ,
START - 12/11/2004    STOP - 06/08/2005

0700
2000

Flexeril 10mg Bid
x 7 days

7/25/mclean / Harper

Motrin 600mg Bid
prn x 30

7/24 mclean / Harper

0700
2000
Stop

0700
2000

---

| MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

03/01/2005    THROUGH    03/31/2005

Physician  HULLETT, SANDRAL

NO KNOWN DRUG ALLERGY

Telephone No
24. Telephone

Rehabilitative
Potential

Medical Record No

Complete Entries Checked

By                    D. Harper    Title

COX, DERRICK    140603 E

43942    1.AF6

# MEDICATION ADMINISTRATION RECORD



STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Aspirin 325mg PO QD
x180 days
0300

5/3 4D 11/3 Whitley

Benadryl 25mg PO BID
x7days
0300
1500

5/3 4D 5/10 Whitley

Bactrim DS PO BID
x10 days
0300
1500

5/3 4D 5/13 Whitley

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

STARTING FOR    5/1    THROUGH    5/31

Physician   Whitley

Allergies   NKDA

| | Telephone No. | | Medical Record No. |
| | Alt. Telephone | | |
| | Rehabilitative Potential | | |

Complete Entries Checked
By: CChildress    Title: LPN    Date: 5/31

PATIENT CODE   1HNGAZ

...x, Derrick

# MEDICATION ADMINISTRATION RECORD

04/01/2004

(KIL-445) KILBY CORRECTIONAL FAC

Bibb

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

BUTEROL (PROVENTIL-VENTOLIN) 17GM INH
INHALE 2 PUFF(S)    AS NEEDED EVERY 4 TO 6
HOURS SHAKE WELL WAIT 1 MIN. BETWEEN PUFFS
RX: 5336376 ROBBINS, M.D. (MED D, MICHAEL,
START - 03/11/2004    STOP - 08/07/2004

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | | |
|---|---|---|
| CHARTING FOR | 04/01/2004    THROUGH    04/30/2004 | |
| Physician | ROBBINS, M.D. (MED D, MICHAEL | Telephone No. |
| Alt. Physician | | Alt. Telephone |
| ergies | NO KNOWN DRUG ALLERGY | Rehabilitative Potential |

Diagnosis

| Medicaid Number | Medicare Number | Complete entries Checked By: | Kate Baily | Title: | 3/28 |
|---|---|---|---|---|---|

| PATIENT | | PATIENT CODE | ROOM NO. | BED | FA |
|---|---|---|---|---|---|
| COX, DERRICK | | 140603 | 1 | | |

# MEDICATION ADMINISTRATIC

**Cox, Derick**
**# 140603-D**

STDT01

**MEDICATIONS**

Tylenol 325 mg
ii po BID X10d prn
3-10-04 → 3-20-04
Albuterol Inhaler
ii puffs prn q 4-6
X 150 days
3-10-04 → 8-10-

28 2

27 28

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR **3-10-04** THROUGH **3-31-04**

Physician **Robbins**

Alt. Physician

Telephone No.

Alt. Telephone

Medical Record N **14060**

Allergies **NKDA**

Rehabilitative Potential

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked. By: _Hardy_ | Title: _LPN_ | Date: 3-1 |
|---|---|---|---|---|

PATIENT Cox, Derick

PATIENT CODE | ROOM NO. | BED | FACIL

## EYE EXAMINATION SHEET

Facility: **BULLOCK CORRECTIONAL FACILITY**    Date of Request: 3 MAR 08

Subjective: 'NEED GLASSES'    12/05

Past History: NO DIABETES OR HTN    c/o ↓ VA c̄ GLASSES

### CONSULTATION REPORT

**Snelling:**    W/Glasses    W/O Glasses

OD    20/200    20/25    **OPHTH & EXT:**
**Dilated Eye Exam**
(YES)    NO
(circle one)

OS    20/100    20/25 WITH GLASSES

OU    20/70

Mydriatic solution  1 to 2 gts per eye.

_____
Optometrist Signature

_____
Nurse Signature

**New RX:**    OD

OS    NO Δ

GOOD VP.
c̄ BF

**Glaucoma:**    YES    NO
(circle one)

IOP: _____
Details: _____

ADVISED
- GOOD VA
NO Δ NECESSARY

**Cataracts:**    YES    NO
(circle one)

Details: _____

Frame:
Size:
Color:
Seg Ht:

_____ 3/15/06
Optometrist Signature/Date

| Last Name | First | Middle | DOB | R/S | AIS Number |
|---|---|---|---|---|---|
| **COX** | **DERICK** | | **1-17-63** | **B/M** | **140603** |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS
## EYE CHART

| OLD RX Worn from | | | to | | |
| Sph. | Cyl. | Axis | Prism | Base | Add |
| | | | | | |
| | | | | | |

**Date** 11/3/05    **Time** 2:41
**Visual Requiremnts**

**Other Visual Requirements**

**Previous Eye History**  HX of wearing glasses a yr ago

**Chief Visual Complaints**  Can't see near or far

Dialated @ 90°/A

**Detailed History**  LOST 5/06 Contacts

**General Health**  Good health

**External Examination**  Rx -105 -026 × 130
100  -100  065    +150 old

OD                              OS
OD                              OS

**Internal Examination**  59/ 20/145    64/61
SLt 2?

**Visual Field Screening**
OD 20/100    OS 20/100    ou 20/100

**Tonometry**

**Instrument /**    OD        OS
**V.A. (Habitual)  Dist.**  OD    OS    OU
**Near**  OD    OS    OU

**Dominance / Test**   /

| DATE | CHARGE | PAID | BAL DUE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Pupillary Reflexes**  | Size | Light |
**Tests for Squint**  | Consensual | Near |
| Inspection | |
| Cover | |
| Corneal Reflex | |

**PD / PP Conv**
**PP Acc**
**Versions**
**Rotations / Fixations**

10/9/6

**INMATE NAME (LAST, FIRST, MIDDLE)**  Cox, Derrick

| DOC# | DOB | R/S | FAC. |
| 140603 | | b/m | bcuf |

## PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Cox, Derick | **Inmate Number:** | 140603CO |
| **Service Authorized:** | Office Visits: Outpatient Optometry Referral | **Effective Dates:** | 05/16/2005 to 11/16/2005 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Bullock Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 15056869 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

### The consulting physician should complete this section.
### The completed form will be sealed in the attached envelope and
### returned with an officer to the correctional facility.

---

#### Clinical Summary or Attached Report

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| | | |
|---|---|---|
| Signature of Consulting Physician: | Date | Time |
| Reviewed and Signed By Medical Director: | Date | Time |

*Dr. Bradford*
*5-20-05*

05/25/2005

Please send this form with the Authorization Letter to the service provider at the time of the Appointment

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: mm/dd/yy |
|---|---|---|
| Bullock  832 | Poe  Derick | 05,16,05 |

| Site Phone # | Alias: (Last, First) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| (334) 738-5625 | | 01,07,63 |

| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| (334) 738-8763 | 140603 | |

| | SS Number | Potential Release Date: (mm/dd/yy) |
|---|---|---|
| Will there be a charge? ☑ Yes ☐ No   Sex ☑ Male ☐ Female | | 06,17,09 |

Responsible party: ☑ PHS   ☐ Auto Ins.   ☐ Health Ins. (Excludes Medicare/Medicaid Managed Care alternative plans )   ☐ Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

Requesting Provider: ☑ Physician  ☐ NP, PA  ☐ Dental

**History of Illness/Injury/symptoms with Date of Onset:**

Inmate'c,
Por Vissin

Facility Medical Director's Signature and Date:

[signature] 2/72/05

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DX)  in house visit
☑ Routine   ☐ Urgent

**Results of a complaint directed physical examination:**

↓ vision

Estimated Date of Service (mm/dd/yy)  05,20,05

(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:  ☐ Radiation therapy
Number of Visits/Treatments: _____  ☐ Chemotherapy
☐ Other:

Specialist referred to:  Dr. Bradford

Type of Consultation, Treatment, Procedure or Surgery:

Eye exam.

**Previous treatment and response (including medications):**

glasss

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

***For security and safety, please do not inform patient of possible follow-up appointments***

**UM DETERMINATION:**   ☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested:  (See Attached)

☐ Resubmitted with requested information.   Date resubmitted: ___/___/___

Regional Medical Director Signature, printed name and date required: _____ ___/___/___ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|
| | | |

UM Referral review form 2-05-2004

Form must be Complete and Legible. You must Type or Print
—Please send this form with the Authorization Letter to the service provider at the time of PHS Appointment—

**DEMOGRAPHICS**

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| Bullock 832 | Cox Derick | 05,16,05 |
| Site Phone #: | Alias: (Last, First) | Date of Birth: (mm/dd/yy) |
| 334,738-5625 | | 01,07,63 |
| Site Fax #: | Inmate #: | PHS Custody Date: (mm/dd/yy) |
| 334,738-8763 | 140603 | |
| Will there be a charge? | Sex | SS Number | Potential Release Date: (mm/dd/yy) |
| ☑ Yes ☐ No | ☐ Male ☐ Female | | 06,17,09 |
| Responsible party: ☑ PHS  ☐ Auto Ins. | ☐ Health Ins (Excludes Medicare/Medicaid Managed Care Mandate plans)  ☐ Other, be specific (Excludes Medicare and Medicaid) | |

RECEIVED MAY 18 2005

**CLINICAL DATA**

| Requesting Provider: ☑ Physician  ☐ RN, PA  ☐ Dental | History of Illness, Injury or symptom with Date of Onset: |
|---|---|
| Facility Medical Director Signature and Date: | Inmate c |
| [signature] 2/?/05 | Por Vision |
| ☐ Service meets criteria for "approval via protocol" | |

Place a check mark (✔) in the Service Type requested (one only) and complete all applicable fields.

| ☐ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA) | Results of a completed directed physical examination: |
| ☐ Outpatient Surgery (SG)  ☐ Dialysis (DS)  in house visit | |
| ☑ Routine  ☐ Urgent | ↓ vision |

Estimated Date of Service: (mm/dd/yy) 05,20,05

(This starts the approval window for the "open authorization period")

| Multiple Visits/Treatments:  ☐ Radiation therapy  ☐ Chemotherapy | Previous treatment and response (including medications): |
| Number of Visits/Treatments: ___  ☐ Other | |
| Specialist referred to: Dr. Bradford | glasses |

Type of Consultation, Treatment, Procedure or Surgery:

Eye exam ✔20

You must include copies of pertinent reports such as lab results, X-ray interpretations and specialty consult reports with this form.
☐ Pertinent documents have been attached and faxed.

***For security and safety, please do not inform patient of possible follow-up appointment***

**UM DETERMINATION:**

| ☐ Alternative Treatment Plan (explain here): | ☐ Offsite Service Recommended and Authorized |
| ☐ More Information Requested (See Attached) | Date reauthorized: __/__/__ |
| ☐ Reauthorized with requested information. | |

Regional Medical Director Signature, printed name, and date required:

Will Moster, MD     [signature] 5,20,05

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | UM Auth #: |
| DT | OV | 150508609 |

UM Referral review form 2-05-2004



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
# EYE CHART

| | | | OLD RX Worn from | | to | | | |
|---|---|---|---|---|---|---|---|---|
| **Date** 5/13/05 **Time** 11⁰⁰ | | | Sph. | Cyl. | Axis | Prism | Base | Add |
| **Visual Requiremnts** | | | | | | | | |
| | | | | | | | | |
| **Other Visual Requirements** | | | | | | | | |
| **Previous Eye History** | | | | | | | | |
| **Chief Visual Complaints** | Can't See | | | | | | | |
| **Detailed History** | | | | | | | | |
| **General Health** | No Medical Problem. | | | | | | | |
| **External Examination** | Rx −150 − 025 × 110 −150 − 100 × 065 / +150 old 6⁴⁄61 | | | | | | | |
| **Internal Examination** | 54/20/145 seg" 23 | | | | | | | |

OD                                    OS

OD  30%c/D/WNL  OS

| **Visual Field Screening** | OD 20/100          OS 20/100 | | | DATE | CHARGE | PAID | BAL DUE |
|---|---|---|---|---|---|---|---|
| **Tonometry** | | | | | | | |
| **Instrument /** | OD                OS | | | | | | |
| **V.A. (Habitual)   Dist.** | OD       OS            OU | | | | | | |
| **Near** | OD       OS            OU | | | | | | |
| **Dominance / Test** | / | | | | | | |
| **Pupillary Reflexes** | Size            Light | | | | | | |
| | Consensual        Near | | | | | | |
| **Tests for Squint** | Inspection | | | | | | |
| | Cover | | | | | | |
| | Corneal Reflex | MB | | | | | |
| **PD / PP Conv** | | 5/20/05 | | | | | |
| **PP Acc** | | | | | | | |
| **Versions** | | | | | | | |
| **Rotations / Fixations** | | | | | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) Cox  Derick | DOC# 140603 | DOB (42) 1-7-63 | R/S B/m | FAC. Bull |
|---|---|---|---|---|

PHS-MD 7002B



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

**DEPARTMENT OF CORRECTIONS**

# RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, ___Cox, Derrick_____    __140603___
    (Print Name)                                       (Doc#)

acknowledge receipt of the following medical equipment or appliance:

(   )   Splint
( X )   Eyeglasses
(   )   Dentures
(   )   Prothesis      describe _____
(   )   Wheelchair
(   )   Cane
(   )   Crutches
(   )   Other         describe _____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

X _Derrick Cox_____    X _____
   (Inmate)                                   (Date)

_Cheryl Freeman_____    __4-8-04_____
   (Witness)                                    (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Cox, Derrick | 140603 | 1-7-63 | B/m | Kilby |

PHS-MD-70005          (White – Medical File, Yellow – Security Property Officer)

# INSTITUTION L EYE CARE

P.O. Box 330
Lewisburg, PA  17837

(570) 523-3493
FAX (570) 524-2817

W-45T

| PATIENT | | | DATE | |
|---|---|---|---|---|
| COX, DERRICK | | | 4/1/2004 | |
| NUMBER | | | INSTITUTION | |
| 140603 | | KILBY | KILBY CORRECTIONAL FAC | |
| | SPHERE | CYLINDER | AXIS | PRISM | BASE |

| | SPHERE | CYLINDER | AXIS | PRISM | BASE |
|---|---|---|---|---|---|
| OD | -1.25 | 0.00 | 0 | 0 | |
| OS | -1.50 | -0.50 | 50 | 0 | |
| | ADD | HEIGHT | DIST PD | NEAR PD | |
| OD | 0.00 | 0 | 67 | 0 | |
| OS | 0.00 | 0 | 0 | 0 | |

| LENS COLOR/COATINGS | | Clear | |
|---|---|---|---|

| FRAME | STYLE | FRAME COLOR |
|---|---|---|
| NICK | | GREY |

| EYE SIZ | DROP BALL | FINAL INSPECTION |
|---|---|---|
| 52 | | |

| | |
|---|---|
| LENSES: | $4.95 |
| FRAME: | $3.49 |
| OVERSIZE: | $0.00 |
| TINT/PGX: | |
| POLYCARB: | $0.00 |
| DIOPTERS: | $0.00 |
| PRISM: | $0.00 |
| CASE: | |
| OTHER: | |
| | |
| | |
| S/H: | $1.35 |
| TOTAL DUE ($): | $9.79 |

VISION SAFETY NOTICE:
- Your lenses meet or exceed American National Standard Z80.1 and FDA requirement 21CFR Sec 801.410 for impact resistance but are not unbreakable or shatterproof.  Of all the materials that lenses can be made from polycarbonate is the most impact resistant.

- If struck with sufficient force, the lenses can break into sharp pieces that can cause serious injury to the eye, or blindness.  Even if the lenses do not break, the force of impact may cause the lenses or spectacle frame to contact the eye or surrounding area causing injury.

- The continued impact resistance of your lenses depends on how well you protect them from physical shocks and abuse.  For your own protection, scratched or pitted lenses should be replaced immediately.

-If your occupational or recreational activities expose you to the risk of flying objects or physical impacts, your eye safety requires special safety spectacles with safety lenses, side shields, goggles and/or a full face shield.

EYE EXAMINATION SHEET

| TO: (Service Physician) Dr. Bradford | FROM: (Requesting Ward, Med. Fac. Phys.) Kilby (#840) | Date of Request: 3-26-2004 |
|---|---|---|

Reason For Request: (Complaints and Finding)

Past History

Old Rx

Signature

Type of Consult    ☐ Emergency    ☐ Routine

CONSULTATION REPORT

Subjective:    OD    20/200    20/200
OS

OPHTH: 30% c/d/wnl

New Rx:    OD
OS    Seg. Ht.

Ext:
Date Dispensed & Initials:

Seg. Type:    -1.25
-1.50 -0.50 x 050 / F7w
.67

IDP & Time:

Frame:
Size:
Color:    52 | 18 | 145

OPTOMETRIST'S SIGNATURE    3-26-2004

| Patients Last Name Cox, Derrick | First | Middle | Age 41 | R/S B/M | I D No. 140603 |
|---|---|---|---|---|---|

F-65 Rev. (1-95)



Order Status: Final

# Laboratory Corporation of America

| ACCESSION # | ACCOUNT # |
|---|---|
| 255-205-6035-0 | 01389085 |

| PATIENT NAME | | | |
|---|---|---|---|
| COX,DERRICK | | | |
| PATIENT ID # | D.O.B. | AGE | GENDER |
| 140603 | 1/07/1963 | 43 / 8 | M |

| PATIENT PHONE # | CHART # |
|---|---|
| 000-000-0000 | |

| Bullock Correctional Facility |
| Prison Health Services |
| 104 Bullock Dr. |
| Union Springs,          AL  36089-5107 |

| REFERRING PHYSICIAN |
|---|
| SANDERS W |

| LAB ORDER # | DRAWN | |
|---|---|---|
| CD- 41167604855 | 9/12/2006 | 10:49 |
| RECEIVED | REPORTED | |
| 9/12/2006 | 9/13/2006 | 7:47 |

FASTING: N

**TESTS ORDERED: CMP14+LP+5AC**

| Result Name | Normal | Abnormal | Reference Range | | Lab |
|---|---|---|---|---|---|
| CMP14+LP+5AC | | | | | MB |
| Chemistries | | | | | MB |
| Glucose, Serum | | 56 L | 65 - 99 | mg/dL | MB |
| Uric Acid, Serum | 6.6 | | 2.4 - 8.2 | mg/dL | MB |
| BUN | 5 | | 5 - 26 | mg/dL | MB |
| Creatinine, Serum | 0.9 | | 0.5 - 1.5 | mg/dL | MB |
| BUN/Creatinine Ratio | | 6 L | 8 - 27 | | |
| Sodium, Serum | 141 | | 135 - 148 | mmol/L | MB |
| Potassium, Serum | 3.7 | | 3.5 - 5.5 | mmol/L | MB |
| Chloride, Serum | 99 | | 96 - 109 | mmol/L | MB |
| Carbon Dioxide, Total | | 19 L | 20 - 32 | mmol/L | MB |
| Calcium, Serum | 9.8 | | 8.5 - 10.6 | mg/dL | MB |
| Phosphorus, Serum | 2.5 | | 2.5 - 4.5 | mg/dL | MB |
| Protein, Total, Serum | 7.5 | | 6.0 - 8.5 | g/dL | MB |
| Albumin, Serum | 4.7 | | 3.5 - 5.5 | g/dL | MB |
| Globulin, Total | 2.8 | | 1.5 - 4.5 | g/dL | |
| A/G Ratio | 1.7 | | 1.1 - 2.5 | | |
| Bilirubin, Total | 0.4 | | 0.1 - 1.2 | mg/dL | MB |
| Alkaline Phosphatase, S | 69 | | 25 - 150 | IU/L | MB |
| LDH | 248 | | 100 - 250 | IU/L | MB |
| AST (SGOT) | 20 | | 0 - 40 | IU/L | MB |
| ALT (SGPT) | 12 | | 0 - 55 | IU/L | MB |
| GGT | 29 | | 0 - 65 | IU/L | MB |
| Iron, Serum | 85 | | 40 - 155 | ug/dL | MB |
| | | | | | MB |
| Lipids | | | | | MB |
| Cholesterol, Total | 172 | | 100 - 199 | mg/dL | MB |
| Triglycerides | | 156 H | 0 - 149 | mg/dL | MB |
| HDL Cholesterol | | 39 L | 40 - 59 | mg/dL | MB |
| VLDL Cholesterol Cal | 31 | | 5 - 40 | mg/dL | |
| LDL Cholesterol Calc | | 102 H | 0 - 99 | mg/dL | |
| Comment | | | | | MB |
| If initial LDL-cholesterol result is >100 mg/dL, assess for | | | | | |
| risk factors. | | | | | |
| T. Chol/HDL Ratio | 4.4 | | 0.0 - 5.0 | ratio units | |



Order Status: Final

# Laboratory Corporation of America

| ACCESSION # | | ACCOUNT # | |
|---|---|---|---|
| 255-205-6035-0 | | 01389085 | |
| PATIENT NAME | | | |
| **COX,DERRICK** | | | |
| PATIENT ID # | D.O.B. | AGE | GENDER |
| **140603** | **1/07/1963** | **43 / 8** | **M** |
| PATIENT PHONE # | | CHART # | |
| **000-000-0000** | | | |
| REFERRING PHYSICIAN | | | |
| **SANDERS W** | | | |
| LAB ORDER # | | DRAWN | |
| **CD- 41167604855** | | **9/12/2006** | **10:49** |
| RECEIVED | | REPORTED | |
| **9/12/2006** | | **9/13/2006** | **7:47** |

**Bullock Correctional Facility**

**Prison Health Services**

**104 Bullock Dr.**

**Union Springs,**          **AL   36089-5107**

**FASTING: N**

TESTS ORDERED: CMP14+LP+5AC

| Result Name | Normal | Abnormal | Reference Range | Lab |
|---|---|---|---|---|
| Estimated CHD Risk | 0.8 | | 0.0 - 1.0     times avg. | |

```
                                 T. Chol/HDL Ratio
                                        Men   Women
                            1/2 Avg.Risk  3.4    3.3
                                Avg.Risk  5.0    4.4
                            2X Avg.Risk   9.6    7.1
                            3X Avg.Risk  23.4   11.0
```

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

LAB: MB LabCorp Birmingham                    DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,   AL 35233-0000

END OF REPORT                    - 2 -

DEPARTMENT OF CORRECTIONS

Name: _Cpl Demuch_

State ID No: _146603_

RADIOLOGY SERVICES REQUEST AND REPORT

DOB _1-7-63_

INSTITUTION: _BCCF_

Race: _B_    Sex: _M_

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Dr Siddig | 10/25/06 | 11:30 | | | |

HISTORY/DIAGNOSIS:

### X-RAY REQUEST

| ABDOMEN/KUB | FINGERS | | NAVICULAR VIEW | SOFT TISSUE STUDIES |
|---|---|---|---|---|
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | | ORBITS | STERNUM |
| ANKLE | HAND | | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | X | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | | SKULL | |

### REPORT

Cox

LUMBAR SPINE: The vertebrae are well aligned and show no evidence of any fracture or any destructive bone disease.
IMPRESSION: NORMAL STUDY.

D & T: 10-26-06 Thomas J. Payne, III, M.D./rr Board Certified Radiologist (Signature on file)

X-RAY TECHNOLOGIST'S NAME (PRINT)    X-RAY TECHNOLOGIST'S SIGNATURE    DATE, TIME EXAM PERFORMED _10-25-06_

RADIOLOGIST'S NAME (PRINT)    RADIOLOGIST'S SIGNATURE    DATE SIGNED



# Laboratory Corporation of America

Order Status: Final

| ACCESSION # | | ACCOUNT # |
|---|---|---|
| 152-205-5674-0 | | 01389085 |

| PATIENT NAME | | | |
|---|---|---|---|
| **COX,DERRICK** | | | |
| PATIENT ID # | D.O.B. | AGE | GENDER |
| 140603 | 1/07/1963 | 43 / 4 | M |

| PATIENT PHONE # | CHART # |
|---|---|
| 000-000-0000 | |

**Bullock Correctional Facility**

**Prison Health Services**

**104 Bullock Dr.**

Union Springs,          AL   36089-5107

| REFERRING PHYSICIAN | |
|---|---|
| SIDDIQ  T | |
| LAB ORDER # | DRAWN |
| CD-41167604313 | 6/01/2006      11:30 |
| RECEIVED | REPORTED |
| 6/01/2006 | 6/02/2006      7:57 |

**FASTING: Y**

TESTS ORDERED: CMP14+LP+5AC

| Result Name | Normal | Abnormal | Reference Range | | Lab |
|---|---|---|---|---|---|
| CMP14+LP+5AC | | | | | MB |
| Chemistries | | | | | MB |
| Glucose, Serum | | 114 H | 65 - 99 | mg/dL | MB |
| Uric Acid, Serum | 6.5 | | 2.4 - 8.2 | mg/dL | MB |
| BUN | 8 | | 5 - 26 | mg/dL | MB |
| Creatinine, Serum | 1.0 | | 0.5 - 1.5 | mg/dL | MB |
| BUN/Creatinine Ratio | 8 | | 8 - 27 | | |
| Sodium, Serum | 139 | | 135 - 148 | mmol/L | MB |
| Potassium, Serum | 4.0 | | 3.5 - 5.5 | mmol/L | MB |
| Chloride, Serum | 103 | | 96 - 109 | mmol/L | MB |
| Carbon Dioxide, Total | 21 | | 20 - 32 | mmol/L | MB |
| Calcium, Serum | 9.5 | | 8.5 - 10.6 | mg/dL | MB |
| Phosphorus, Serum | 2.5 | | 2.5 - 4.5 | mg/dL | MB |
| Protein, Total, Serum | 7.3 | | 6.0 - 8.5 | g/dL | MB |
| Albumin, Serum | 3.9 | | 3.5 - 5.5 | g/dL | MB |
| Globulin, Total | 3.4 | | 1.5 - 4.5 | g/dL | |
| A/G Ratio | 1.1 | | 1.1 - 2.5 | | |
| Bilirubin, Total | 0.3 | | 0.1 - 1.2 | mg/dL | MB |
| Alkaline Phosphatase, Serum | 78 | | 25 - 150 | IU/L | MB |
| LDH | 140 | | 100 - 250 | IU/L | MB |
| AST (SGOT) | 20 | | 0 - 40 | IU/L | MB |
| ALT (SGPT) | 19 | | 0 - 55 | IU/L | MB |
| GGT | 23 | | 0 - 65 | IU/L | MB |
| Iron, Serum | 105 | | 40 - 155 | ug/dL | MB |
| | | | | | MB |
| | | | | | MB |
| Lipids | | | | | MB |
| Cholesterol, Total | 198 | | 100 - 199 | mg/dL | MB |
| Triglycerides | | 185 H | 0 - 149 | mg/dL | MB |
| HDL Cholesterol | | 32 L | 40 - 59 | mg/dL | MB |
| VLDL Cholesterol Cal | 37 | | 5 - 40 | mg/dL | |
| LDL Cholesterol Calc | | 129 H | 0 - 99 | mg/dL | |
| Comment | | | | | MB |
| If initial LDL-cholesterol result is >100 mg/dL, assess for | | | | | |
| risk factors. | | | | | |
| T. Chol/HDL Ratio | | 6.2 H | 0.0 - 5.0 | ratio units | |

CONTINUED...                                                          -1-



**LabCorp** LabCorp Birmingham
Laboratory Corporation of America    1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN 158-205-5263-0 | TYPE R | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: | 1 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

FASTING: N
DOB: 1/07/1963

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| COX,DERRICK | M | 42 / 5 |
| PT. ADD.: | | |

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 6/07/2005 | 14:19 | 6/07/2005 | 6/08/2005 | 7:53 | 1417 |

| CLINICAL INFORMATION |
|---|
| CD- 41167602232 |

| PHYSICIAN ID. SIDDIQ  T | PATIENT ID. 140603 |
|---|---|
| ACCOUNT:  Bullock Correctional Facility |
| Prison Health Services |
| 104 Bullock Dr. |
| Union Springs      AL   36089-5107 |
| ACCOUNT NUMBER:   01389085 |

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

Hemoglobin A1c
   A1c                5.6   %              4.5 - 5.7   MB
   Current guidelines recommend a treatment goal of <7% for diabetic
   patients.  A1c may be overestimated in diabetic patients exhibiting
   poor control and who are also heterozygous or homozygous for HgbS or
   HgbC.  Total glycohemoglobin is a better indicator of diabetic control
   in patients with these hemoglobin variants.

| LAB: MB LabCorp Birmingham                                    DIRECTOR: John Elgin N MD |
|---|
| 1801 First Avenue South, Birmingham,  AL 35233-0000 |

619

| Pat Name:  COX,DERRICK | Pat ID:  140603 | Spec #:  158-205-5263-0 | Seq #:  1417 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

HEALTHCARE CORRECTIONS
RADIOLOGY SERVICES REQUEST AND REPORT

SD-44

Name: _Vix, Renee_
& ID No: 140603
DOB: 1-7-63
Race: B          Sex: M

INSTITUTION: KCF

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA(NP) | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Adams | 4/01/05 | PM | ✓ | | |

HISTORY/DIAGNOSIS:

R/o abn

### X-RAY REQUEST

| | | | | |
|---|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| ✓ CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-R ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

### REPORT

Cox

Chest:  The heart is not enlarged.  The lungs are clear.
IMPRESSION:  THERE IS NO EVIDENCE OF ACTIVE CARDIOPULMONARY DISEASE.

D & T: 04-05-05  Thomas J. Payne, III, M.D./rr Board Certified Radiologist (Signature on file)

_CM RT_
X-RAY TECHNOLOGIST'S NAME (PRINT)     X-RAY TECHNOLOGIST'S SIGNATURE     DATE, TIME  EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)     RADIOLOGIST'S SIGNATURE     DATE SIGNED

FI-3010 (REV. 1295)   WHITE-CHART COPY; CANARY-PHYSICIAN'S COPY; PINK-FILE COPY



**LabCorp** Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN 090-205-5159-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: | 1 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

PHY-12
3/30

FASTING: N
DOB: 1/07/1963

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| COX,DERICK | M | 42 / 2 |

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 3/31/2005 | 9:55 | 3/31/2005 | 4/01/2005 | 7:15 | 4748 |

**CLINICAL INFORMATION**
CD- 41139315453

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| ROBBINS M | 140603 |

ACCOUNT:  Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt. Meigs          AL   36507-0000
ACCOUNT NUMBER:   01306900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

CMP14+LP+5AC
Chemistries                    *? NON- FASTING*                              MB

| > | Glucose, Serum | 110 H | mg/dL | 65 - 99 | MB |
|---|---|---|---|---|---|
| | Uric Acid, Serum | 6.7 | mg/dL | 2.4 - 8.2 | MB |
| | BUN | 11 | mg/dL | 5 - 26 | MB |
| | Creatinine, Serum | 0.9 | mg/dL | 0.5 - 1.5 | MB |
| | BUN/Creatinine Ratio | 12 | | 8 - 27 | |
| | Sodium, Serum | 141 | mmol/L | 135 - 148 | MB |
| | Potassium, Serum | 3.6 | mmol/L | 3.5 - 5.5 | MB |
| | Chloride, Serum | 101 | mmol/L | 96 - 109 | MB |
| | Carbon Dioxide, Total | 24 | mmol/L | 20 - 32 | MB |
| | Calcium, Serum | 10.3 | mg/dL | 8.5 - 10.6 | MB |
| > | Phosphorus, Serum | 2.2 L | mg/dL | 2.5 - 4.5 | MB |
| | Protein, Total, Serum | 8.4 | g/dL | 6.0 - 8.5 | MB |
| | Albumin, Serum | 4.4 | g/dL | 3.5 - 5.5 | MB |
| | Globulin, Total | 4.0 | g/dL | 1.5 - 4.5 | |
| | A/G Ratio | 1.1 | | 1.1 - 2.5 | |
| | Bilirubin, Total | 0.4 | mg/dL | 0.1 - 1.2 | MB |
| | Alkaline Phosphatase, Serum | 106 | IU/L | 25 - 150 | MB |
| | LDH | 214 | IU/L | 100 - 250 | MB |
| | AST (SGOT) | 40 | IU/L | 0 - 40 | MB |
| > | ALT (SGPT) | 67 H | IU/L | 0 - 40 | MB |
| | GGT | 40 | IU/L | 0 - 65 | MB |
| | Iron, Serum | 107 | ug/dL | 40 - 155 | MB |
| | | | | | MB |
| | Lipids | | | | MB |
| > | Cholesterol, Total | 223 H | mg/dL | 100 - 199 | MB |
| > | Triglycerides | 370 H | mg/dL | 0 - 149 | MB |
| > | HDL Cholesterol | 33 L | mg/dL | 40 - 59 | MB |
| > | VLDL Cholesterol Cal | 74 H | mg/dL | 5 - 40 | MB |
| > | LDL Cholesterol Calc | 116 H | mg/dL | 0 - 99 | MB |

Comment                                                                     MB
If initial LDL-cholesterol result is >100 mg/dL, assess for
risk factors and refer to the ATP-III table below.

Risk Category  LDL Goal  LDL Level (mg/dL)    LDL Level (mg/dL)
               mg/dL     at which to initiate  at which to
                         Therapeutic Lifestyle  consider Drug
                         Changes (TLC)          Therapy

| Pat Name:  COX,DERICK | Pat ID:  140603 | Spec #:  090-205-5159-0 | Seq #:  4748 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page





**LabCorp** Laboratory Corporation of America    LabCorp Birmingnam
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN 090-205-5159-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 2 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

PHY-12    FASTING: N
    3/30    DOB: 1/07/1963

| PATIENT NAME COX,DERICK | SEX M | AGE(YR./MOS.) 42 / 2 |
|---|---|---|

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME |
|---|---|---|---|---|
| 3/31/2005 | 9:55 | 3/31/2005 | 4/01/2005 | 7:15  4748 |

| CLINICAL INFORMATION |
|---|
| CD- 41139315453 |

| PHYSICIAN ID. ROBBINS M | PATIENT ID. 140603 |
|---|---|

ACCOUNT:  Kilby Correctional Facility
    Prison Health Services
    12201 Wares Ferry Road
    Mt. Meigs    AL  36507-0000
ACCOUNT NUMBER:    01306900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| CHD          <100 | >100 | >or=130 | |
| 2+  Risk Factors <130 | >or=130 | >or=130 | |
| 0-1 Risk Factors <160 | >or=160 | >or=190 | |
| > T. Chol/HDL Ratio | 6.8H   ratio units | 0.0 - 5.0 | |
| > Estimated CHD Risk | 1.4H   times avg. | 0.0 - 1.0 | |

```
                              T. Chol/HDL Ratio
                               Men   Women
                1/2 Avg.Risk   3.4    3.3
                    Avg.Risk   5.0    4.4
                 2X Avg.Risk   9.6    7.1
                 3X Avg.Risk  23.4   11.0
```

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

| LAB: MB LabCorp Birmingham                    DIRECTOR: John Elgin N MD |
|---|
| 1801 First Avenue South, Birmingham,  AL 35233-0000 |

| Pat Name:  COX,DERICK | Pat ID: 140603 | Spec #: 090-205-5159-0 | Seq #: 4748 |
|---|---|---|---|



SINUS RHYTHM
INCOMPLETE RIGHT BUNDLE BRANCH BLOCK
OTHERWISE NORMAL ECG

UNCONFIRMED REPORT



SD-46

# DEPARTMENT OF CORRECTIONS

## TREATMENT REQUEST AND RECORD

| Date of Request | Requested By | | Patient Status | Rx. Ordered |
|---|---|---|---|---|
| 3-30-05 | PE | | ☐ IP  ☐ OP | |

| Clinical Diagnosis | Date of Onset |
|---|---|
| EKG | |
| | Date of Surgery |

### AREA OF TREATMENT (CIRCLE)

PROGRESS NOTES:

### RECORD OF TREATMENT

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Patient's Last Name | First | Middle | Age | R/S | ID N |
|---|---|---|---|---|---|
| Cox, Derick | | | 42 | B/M | |

KILBY CORRECTIONAL FAC   TY
PO BOX 11
MT. MEIGS, AL  36057

PATIENT NAME

*Cox, Derick*

PRISON ID

*140603*

DATE SUBMITTED

*3-30-05*

# NPY  12

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|-----------|--------|-----------------|----------|
| HIV ANTIBODY | *NR* | NEGATIVE (NEG) | |
| RPR | *NR* | NON-REACTIVE (NR) | |
| URINALYSIS | *NEG* | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | *1+* | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

"A"       These results are unreliable due to the age of the specimen.
"H"       These results are unreliable due to the hemolyzed condition of the specimen.
"A+H"   These results are unreliable due to the age and hemolyzed condition of the
          specimen.

CLIA ID NO.   01D0706289

WAYNE D. MERC
LABORATORY



**LabCorp**
Laboratory Corporation of America

LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|----------|------|-------------|---------------|--|
| 089-684-3043-0 | S | YX | COMPLETE | Page #: 1 |

| ADDITIONAL INFORMATION |
|---|
| NPY-12          FASTING: N |
| DOB: 1/07/1963 |

| CLINICAL INFORMATION |
|---|
| CD- 41139315352 |

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| ROBBINS M | 140603 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| COX,DERICK | M | 42 / 2 |

PT. ADD.:

ACCOUNT: Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt. Meigs          AL   36507-0000
ACCOUNT NUMBER:   01306900

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 3/30/2005 | 6:00 | 3/30/2005 | 3/30/2005 | 15:17 | 4641 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CBC With Differential/Platelet | | | | |
| White Blood Cell (WBC) Count | 9.2 | x10E3/uL | 4.0 - 10.5 | YX |
| Red Blood Cell (RBC) Count | 5.10 | x10E6/uL | 4.10 - 5.60 | YX |
| Hemoglobin | 16.1 | g/dL | 12.5 - 17.0 | YX |
| Hematocrit | 45.4 | % | 36.0 - 50.0 | YX |
| MCV | 89 | fL | 80 - 98 | YX |
| MCH | 31.6 | pg | 27.0 - 34.0 | YX |
| MCHC | 35.5 | g/dL | 32.0 - 36.0 | YX |
| RDW | 13.3 | % | 11.7 - 15.0 | YX |
| Platelets | 383 | x10E3/uL | 140 - 415 | YX |
| Neutrophils | 52 | % | 40 - 74 | YX |
| Lymphs | 37 | % | 14 - 46 | YX |
| Monocytes | 7 | % | 4 - 13 | YX |
| Eos | 2 | % | 0 - 7 | YX |
| Basos | 2 | % | 0 - 3 | YX |
| Neutrophils (Absolute) | 4.8 | x10E3/uL | 1.8 - 7.8 | YX |
| Lymphs (Absolute) | 3.4 | x10E3/uL | 0.7 - 4.5 | YX |
| Monocytes(Absolute) | 0.6 | x10E3/uL | 0.1 - 1.0 | YX |
| Eos (Absolute) | 0.2 | x10E3/uL | 0.0 - 0.4 | YX |
| Baso (Absolute) | 0.2 | x10E3/uL | 0.0 - 0.2 | YX |

LAB: YX LabCorp Montgomery Hull          DIRECTOR: Alton Sturtevant B PhD
543 Hull Street, Montgomery,  AL 36104-0000

| Pat Name: COX,DERICK | Pat ID: 140603 | Spec #: 089-684-3043-0 | Seq #: 4641 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

# Radiology Services Report

**NAME:** COX, DERRICK
**FACILITY:** BIBB
**D.O.B.:** 01/07/63
**ID NUMBER:** 140603

PA VIEW CHEST  05/11/04

FINDINGS: The heart, lungs, and osseous structures are normal.  There is no evidence of active TB.  No pleural fluid or pneumonia.

IMPRESSION: No acute process in the chest.

William B. Abbott, MD

LabCorp

| Specimen # | Type | Primary Lab | Status | | | |
|---|---|---|---|---|---|---|
| 28-005-0120-0 | S | MB | FINAL | PG 1 | 03 1 | 05/08/04 06:07 ET |
| IME 0030 | | | | | | |

Additional Information

DOB:
01/07/63
CD- 51617866781    FASTING N

Clinical Information

| Physician ID | Patient ID |
|---|---|
| WHITLEY | 140603 |

Patient Name: COX, DERRICK    Sex: M    Age (Yr/Mos): 041/04

Account    01705900
BIBB CORRECTIONAL FACILITY    05
PRISON HEALTH SERVICES    05
565 BIBB LANE
BRENT         , AL  35034-0000
205-926-5252    ALB

Patient Address:

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 05/07/04 | 05/07/04 | 05/08/04 | 1151 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| MP14+LP*SAC | | | | | MB |
| hemistries | | | | | MB |
| Glucose, Serum | 85 | | mg/dL | 65 - 99 | MB |
| Uric Acid, Serum | 5.6 | | mg/dL | 2.4 - 8.2 | MB |
| BUN | 10 | | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 1.0 | | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 10 | | | 8 - 27 | |
| Sodium, Serum | 140 | | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 4.3 | | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 101 | | mmol/L | 96 - 109 | MB |
| Carbon Dioxide, Total | 23 | | mmol/L | 20 - 32 | MB |
| Calcium, Serum | 9.8 | | mg/dL | 8.5 - 10.6 | MB |
| Phosphorus, Serum | 3.3 | | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 8.1 | | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.3 | | g/dL | 3.5 - 5.5 | |
| Globulin, Total | 3.8 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.1 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.4 | | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, Serum | 120 | | IU/L | 25 - 150 | MB |
| LDH | 133 | | IU/L | 100 - 250 | MB |
| AST (SGOT) | 21 | | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 14 | | IU/L | 0 - 40 | MB |
| GGT | 15 | | IU/L | 0 - 65 | MB |
| Iron, Serum | 82 | | ug/dL | 40 - 155 | MB |
| | | | | | MB |
| Lipids | | | | | MB |
| Cholesterol, Total | 189 | | mg/dL | 100 - 199 | MB |
| Triglycerides | 152 | H | mg/dL | 0 - 149 | MB |
| HDL Cholesterol | 31 | L | mg/dL | 40 - 59 | |
| VLDL Cholesterol Cal | 30 | | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 128 | H | mg/dL | 0 - 99 | MB |

rev q 4 months

Comment
    If initial LDL-cholesterol result is >100 mg/dL, assess for
    risk factors and refer to the ATP-III table below.

| Risk Category | LDL Goal mg/dL | LDL Level (mg/dL) at which to initiate Therapeutic Lifestyle Changes (TLC) | LDL Level (mg/dL) at which to consider Drug Therapy |
|---|---|---|---|
| CHD | <100 | >100 | >or=130 |
| 2+ Risk Factors | <130 | >or=130 | >or=130 |
| 0-1 Risk Factors | <160 | >or=160 | >or=190 |

| | | | | |
|---|---|---|---|---|
| T. Chol/HDL Ratio | 6.1 | H ratio units | 0.0 - 5.0 | |
| Estimated CHD Risk | 1.2 | H times avg. | 0.0 - 1.0 | |
| | | T. Chol/HDL Ratio | | |

©2004 Laboratory Corporation of America® Holdi
All Rights Reser

COX, DERRICK    PATID: 140603    REPORT DATE: 05/07/2004



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

DATE: 5/3/04

### URINALYSIS

LEUKOCYTES ___(−)___

NITRITE ___(−)___

UROBILNOGEN ___1___

PROTEIN ___trace___

pH ___5___

BLOOD ___about 250___

SPEC. GRAVITY ___1.015___

KETONE ___(−)___

GLUCOSE ___normal___

HCG ___about 50___

(Add: Final Labs Here)

no UTI Sxr

Jaw

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC # | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Cox, Derrick | 140603 | 1/27/63 | B/M | |

**LABORATORY REPORTS**

KILBY CORRECTIONAL FACILITY
PO BOX 11
MT. MEIGS, AL 36057

PATIENT NAME
Cox, Derick

PRISON ID
140603

DATE SUBMITTED
3-10-04

# NPY

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| | | | |
| 1-2 HIV ANTIBODY | NR | NEGATIVE (NEG) | |
| | | | |
| RPR | NR | NON-REACTIVE (NR) | |
| | | | |
| URINALYSIS | NEG | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | 2+ | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

"A"    These results are unreliable due to the age of the specimen.
"H"    These results are unreliable due to the hemolyzed condition of the specimen.
"A+H"  These results are unreliable due to the age and hemolyzed condition of the specimen.

CLIA ID NO.  01D0706289



WAYNE D. MERCER, PHD
LABORATORY DIRECTOR



**PRISON
HEALTH
SERVICES
INCORPORATED**

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** _Derick Cox_                    BCDC#: _140603_

1.    I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.    I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.    I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.    I have had the opportunity to ask questions which have been answered to my satisfaction.

5.    I understand there is no guarantee of success or permanence of the treatment.


_Derick Cox_                              _7-20-06_
Patient's Signature                       Date


_El-Eul Burkutt DDS_                      _7/20/06_
Dentist's Signature                       Date


PHS MD-70090



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Derick Cox_     Date of Request: _July 11th 05_

ID # _140603_     Date of Birth: _1-7-63_ Location: _10-23_

Nature of problem or request: _Need Tooth Pulled Emergency_

_Derick Cox_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _7/14/05_

Time: _9.00_ (AM) PM

Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** _Need a toath pulled_

**(O)bjective**

**(A)ssessment:**

**(P)lan:** _Placed on list for ext_
_Appt given on n/20/05_

Refer to:   MD/PA   Mental Health   (Dental   Daily Treatment)   Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE (X)   EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )   No ( )

Was MD/PA on call notified:   Yes ( )   No ( )

_C Battle_ RN

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON
HEALTH
SERVICES
INCORPORATED**

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** COX Derick                BCDC#: 14060 3

1.  I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.  I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.  I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.  I have had the opportunity to ask questions which have been answered to my satisfaction.

5.  I understand there is no guarantee of success or permanence of the treatment.

_Derick Cox_                    _7/12/05_
Patient's Signature               Date

_C. Thompson_                    _7/12/05_
Dentist's Signature               Date

PHS MD-70090



# DENTAL RECORDS

Name _Cox Derick_    BCDC # _140603_  DATE OF EXAM _7-12-05_

Classification    1    2    3    4    Treatment Needed                    Completed

R I G H T    1    2    3    4    5    6    7    8    9    10  11  12  13  14  15  16    L E F T
            32  31  30  29  28  27  26  25  24  23  22  21  20  19  18  17

| Treatment Needed | Completed |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Existing Prosthesis    Yes_____    P/P____ C/C____
                       No _____

Periodontal Classification    1    2    3    4
Oral Hygiene
Soft Tissue

## MEDICAL HISTORY REVIEW

Check "yes" or "no" to any of the conditions below that you have or have had.

| | YES | NO | DENTIST'S NOTES |
|---|---|---|---|
| HIV | | X | |
| Allergies    PCN | | X | |
| Anemia | | X | |
| Asthma or other respiratory problems | X | | |
| Blood pressure conditions | | X | |
| Diabetes | | X | |
| Epilepsy | | X | |
| Excessive bleeding after surgery | | X | |
| Fainting | | X | |
| Are you in good health | X | | |
| Gastrointestinal disorders | | X | |
| Heart Disease or murmur | | X | |
| Hepatitis | | X | |
| Kidney problems | | X | |
| Reactions to anesthetics or medications | | X | |
| Rheumatic fever | | X | |
| Taking any medication | X | | |
| Thyroid conditions | | X | |
| Tuberculosis | | X | |
| Are you pregnant | | X | |
| Other conditions | | X | |

I, the undersigned, have check the above conditions and consent to necessary dental treatment.

_Derick Cox_                          _7/12/05_
Patient's Signature                   Date

PHS MD-70091



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Derick Cox_     Date of Request: _June 25-05_

ID # _140603_     Date of Birth: _1-7-63_  Location: _1-13_

Nature of problem or request: _I Need my Tooth Tooth Look At they_
_Hurts So Bad I Need To get it Pull Thank you An_
_have A Nice Day_

_Derick Cox_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _6/28/05_
Time: _9:00_ (AM) PM
Allergies: _NKA_

```
┌─────────────────────────────────┐
│           RECEIVED              │
│  Date:                          │
│  Time:                          │
│  Receiving Nurse Intials _____ │
└─────────────────────────────────┘
```

**(S)ubjective:** _Need to get a filling_

**(O)bjective**

**(A)ssessment:**

**(P)lan:** _Placed on list for OP_
_Appt given on 7/5/05 at 11³⁰_

Refer to:    MD/PA   Mental Health   (Dental   Daily Treatment)    Return to Clinic PRN
~~CIRCLE ONE~~

Check One:   ROUTINE ( )    EMERGENCY ( )

If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_C Battle DA_
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PRISON HEALTH SERVICES INC.
SICK CALL REQUEST

Print Name: Derick Cox                    Date of Request: 6-20-05
ID # 140603                    Date of Birth: 1-7-63    Location: 1-15
Nature of problem or request: Teeth Hurts

_Derick Cox_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

(S)ubjective

(O)bjective

(A)ssessment

(P)lan

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



**PRISON
HEALTH
SERVICES
INCORPORATED**

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** _Derick Cox_        BCDC#: _140603_

1.     I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.     I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.     I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.     I have had the opportunity to ask questions which have been answered to my satisfaction.

5.     I understand there is no guarantee of success or permanence of the treatment.

_Derick Cox_           _7-20-06_
Patient's Signature           Date

_El-Earl Burkett DDS_       _7/20/06_
Dentist's Signature           Date



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Derick Cox_                    Date of Request: _July 11th 05_
ID # _140603_                    Date of Birth: _1-7-63_ Location: _10-23_
Nature of problem or request: _Need Tooth Pulled Emergency_

_____

_____

                                        _Derick Cox_
                                        *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _7/14/05_
Time: _9,00_ (AM) PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** _Need a toath pulled_

**(O)bjective**

**(A)ssessment:**

**(P)lan:** _Placed on list for ext_
_Appt given on 7/20/05_

Refer to:    MD/PA    Mental Health    (Dental    Daily Treatment)    Return to Clinic PRN
                                        CIRCLE ONE
Check One:  ROUTINE (X)    EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
        Was MD/PA on call notified:    Yes ( )    No ( )

                    _C Battle_ ⊠⊠
                    *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _Derick Cox_  Date of Request: _June 25-05_
ID # _140603_  Date of Birth: _1-7-63_  Location: _1-13_
Nature of problem or request: _I Need my ~~Teth~~ Tooth Look At they_
_Hurts So Bad I Need To get it pull Thank you An_
_have A Nice Day_

_Derick Cox_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _6/28/05_
Time: _9:00_  (AM) PM
Allergies: _NKA_

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** _Need to get a filling_

**(O)bjective**

**(A)ssessment:**

**(P)lan:** _Placed on list for OP_
_Appt given on 8/5/05 at 11:30_

Refer to:   MD/PA   Mental Health   (Dental   Daily Treatment)   Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_C Battte_ DA
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

# EXHIBIT B

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DERRICK COX, #140603                 *

                                *

      Plaintiff,

                                  *

V.                                       2:06-CV-989-MHT

                                  *

RICHARD ALLEN, et al.,         *

      Defendant.

                                  *

## AFFIDAVIT OF WILMA NALLS, RN

**BEFORE ME**, _____, a notary public in and for said County and State, personally appeared **WILMA NALLS**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of his ability, information, knowledge and belief, as follows:

"My name is Wilma Nalls. I am over the age of twenty-one and I am personally familiar with all of the facts set forth in this affidavit. I have been a licensed, registered nurse in Alabama since 1991. I hold an Associate's Degree in Nursing from Southern Union in Lanier, Alabama. I have practiced nursing since 1991. In particular, I have worked as a nurse at Bullock County Correctional Facility in Union Springs, Alabama, since August of 2004.

Derrick Cox (AIS# 140603) is an inmate currently incarcerated at Bullock County Correctional Facility. I am familiar with Mr. Cox's medical history and conditions, and have seen and evaluated him as a patient on numerous occasions. Mr. Cox has a medical history that is significant for chronic asthma and a psychiatric history for which he takes Prozac. I oversee all of his medical problems, but my primary concern is his asthma. I have also reviewed Mr.

Cox's medical records (certified copies of which are being produced to the Court along with this Affidavit.)

It is my understanding that Mr. Cox has made an allegation in this matter that Bullock County Correctional Facility have failed to provide him with appropriate medical treatment for his back pain. Mr. Cox's allegations in this regard are untrue as he has been afforded appropriate care for this condition at all times.

Mr. Cox presented to the emergency room at Bullock County Correctional Facility on October 24, 2006 and was seen by a nurse. Mr. Cox stated that he fell in the shower and landed on his back. He was treated with pain medicine, muscle relaxers and warm compresses to his back. He was seen and evaluated by Dr. Tahir Sadiq the following day. He was given orders for a bottom bunk and a Lay-in (inactive status). An x-ray of his lumbar spine was ordered and performed and the results of that were normal. Mr. Cox has continued to receive treatment for his complaints of back pain with Advil, Flexeril and extended Lay-in (inactive status). He has been treated each time he raised any health complaints.

Based on my review of Mr. Cox's medical records, and on my personal knowledge of the treatment provided to him, it is my medical opinion that all of his medical conditions and complaints have been evaluated in a timely fashion at Bullock County Correctional Facility, and that his diagnosed conditions have been treated in a timely and appropriate fashion. At all times, he has received appropriate medical treatment for his health conditions from me and the other PHS personnel at Bullock. At no time has he been denied any needed medical treatment. In other words, it is my opinion that the appropriate standard of care has been adhered to at all times in providing medical care, evaluation, and treatment to this inmate.

At no time have I or any of the PHS staff at Bullock County Correctional Facility denied Mr. Cox any needed medical treatment, nor have we ever acted with deliberate indifference to any serious medical need of Cox. At all times, Cox's known medical complaints and conditions have been addressed as promptly as possible under the circumstances."

Further affiant sayith not.

_____
WILMA NALLS, RN


STATE OF ALABAMA                    )

COUNTY OF _____                   )


SWORN TO and SUBSCRIBED BEFORE ME on this the _____ day of _____, 200___.


_____
NOTARY PUBLIC
My Commission Expires:_____


(NOTARIAL SEAL)

# EXHIBIT C

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DERRICK COX, (AIS #140603),                    *

                                               *

     Plaintiff,                           *

                                               *
V.                                                          2:06-CV-989-MHT
                                               *

RICHARD ALLEN, et al.                          *

     Defendants.                          *

                                               *

### AFFIDAVIT OF BRANDEE PLAYER, H.S.A.

**BEFORE ME,** _Justine D. Person_, a notary public in and for said County and State, personally appeared **BRANDEE PLAYER, H.S.A.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of her ability, information, knowledge and belief, as follows:

"My name is Brandee Player. I am over the age of twenty-one and am personally familiar with all of the facts set forth in this Affidavit. I hold a Master's Degree in Health Services Administration from Barry University in Miami Shore, Florida. I have worked as the Prison Health Administrator at Bullock County Correctional Facility in Union Springs, Alabama, since November 6, 2006. Since this date, I have been employed as the Health Service Administrator (H.S.A.) for Bullock County Correctional Facility by Prison Health Services, Inc., the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

Prison Health Services, Inc. (PHS) has established a simple three-step procedure for identifying and addressing inmate grievances at Bullock County Correctional Facility.

If an inmate has a grievance regarding a healthcare issue he must submit to the healthcare unit a "Medical Complaint Form." These are standard forms that may be requested from an inmate's supervising officer in his dormitory. The inmate medical complaint form allows an inmate to communicate any healthcare related concern by placing the medical complaint form in the sick call box or mailbox to be forwarded to the healthcare unit. I subsequently review the request and respond accordingly via in-house mail. Also, when deemed necessary, the inmate will receive a face-to-face interview with me or the doctor or both. At this time, the needs of the inmate are addressed and treatment is discussed.

If an inmate is unsatisfied with my response, he may request an "Inmate Formal Grievance" form from the healthcare unit. This form allows an inmate to again voice his concerns relating to the healthcare issue addressed with the medical complaint form. I again respond to the inmate via in-house mail.

If the inmate is still unsatisfied with my response, he or she may request from the healthcare unit an "Inmate Grievance Appeal" form. This form is again submitted to me and represents the final step of the appeal process. After an inmate submits an inmate grievance appeal, I will meet with the inmate face-to-face in a final attempt to address his concerns verbally.

It is my understanding that Derrick Cox has filed suit in this matter alleging that PHS has failed to provide him with appropriate medical care for an injury he received due to a fall in the shower. However, Mr. Cox has failed to exhaust Bullock's informal grievance procedure relating to the receipt of medical care for this alleged condition. Specifically, Mr. Cox has not submitted all appropriate and required forms. As such, the

healthcare unit at Bullock County Correctional Facility has not been afforded the opportunity to resolve Mr. Cox's medical complaints prior to filing suit.

Further affiant sayeth not.

BRANDEE PLAYER, H.S.A.

STATE OF ALABAMA        )
                        )
COUNTY OF _Bullock_     )

Sworn to and subscribed before me on this the ___10th___ day of _January_, 2007.

Notary Public

My Commission Expires:

_2/24/2009_

# EXHIBIT D

| POLICY/PROCEDURE<br><br>Prison Health Services, Inc. | Date of Prior Policy:<br>Date of Revised: |
|---|---|
| *FACILITY NAME: BULLOCK* | |
| TITLE:  Grievance Mechanism for Health Complaints | NUMBER:  P-A-11 |
| REFERENCE:  NCCHC: P-A-11;  ACA 4-4394 | |

## POLICY:

It is the policy of PHS to encourage the resolution of inmate concerns regarding the health care system prior to the documentation of a written grievance.  A grievance mechanism addresses inmate's complaints about health services.

## PROCEDURE:

1.  The Health Services Administrator will work with the Correctional Authority to ensure that there is a well-defined procedure for handling inmate grievances.

2.  When a health care grievance is received, the health record is reviewed and if necessary, the inmate is interviewed.  A written response is given to the inmate within **10 days** of the appropriate health care provider receiving the grievance.**(place number of days designated by contract)**

3.  Expeditious resolution is expected if the grievance involves access to care.

4.  Reasonable effort will be made to reconcile the inmate's grievance.

5.  The inmate may appeal the grievance through the facility review process if he wishes to contest the outcome of the grievance.

6.  Review and summation of the inmate health care grievances are included in the QI meetings and identified problems are viewed as opportunities to improve care.

**Supportive documentation: Grievance log, any staff meeting minutes**

# EXHIBIT E

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DERRICK COX, AIS #140603              *

                                     *

    Plaintiff,                    *

                                     *

V.                                   *      2:06-CV-989-MHT

                                     *

RICHARD ALLEN, et al.,               *

                                     *

    Defendants.                   *

                                     *

                                     *

## AFFIDAVIT OF TAHIR SIDDIQ, M.D.

**BEFORE ME,** _Justine B. Person_, a notary public in and for said County and State, personally appeared **TAHIR SIDDIQ, M.D.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of his ability, information, knowledge and belief, as follows:

"My name is Tahir Siddiq. I am a medical doctor and am over twenty-one years of age. I am personally familiar with all of the facts set forth in this affidavit. I have been licensed as a physician in Alabama since 1996, and have been board certified in internal medicine since 1996. I have served as the Medical Director for Bullock Correctional Facility in Union Springs, Alabama, since 1997. Since November 3, 2003, my employment at Bullock Correctional Facility has been with Prison Health Services, Inc. ("PHS"), the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

Derrick Cox (AIS # 140603) is currently incarcerated as an inmate at Bullock Correctional Facility. I am familiar with Mr. Cox's medical history and conditions, and have seen and evaluated him as a patient on numerous occasions. I have also reviewed Mr. Cox's medical records, certified copies of which are being produced to the Court along with this Affidavit.

Mr. Cox presented to the emergency room at Bullock County Correctional Facility on October 24, 2006 and was seen by a nurse. Mr. Cox stated that he fell in the shower and landed on his back. He was treated with pain medicine, muscle relaxers and warm compresses to his back. I evaluated and treated Mr. Cox the following day. He was given orders for a bottom bunk and a Lay-in (inactive status). I ordered an x-ray of his lumbar spine which was performed and the results of that were normal. Mr. Cox has continued to receive appropriate treatment for his complaints of back pain and I have prescribed Advil, Flexeril and extended Lay-in (inactive status). This treatment remains available for Mr. Cox. He has been treated each time he raised any health complaints.

Based on my review of Mr. Cox's medical records, and on my personal knowledge of the treatment provided to him, it is my medical opinion that all of his medical conditions and complaints have been evaluated in a timely fashion at Bullock Correctional facility, and that his diagnosed conditions have been treated in a timely and appropriate fashion. At all times, he has received appropriate medical treatment for his health conditions at Bullock. At no time has he been denied any needed medical treatment. In other words, it is my opinion that the appropriate standard of care has been adhered to at all times in providing medical care, evaluation, and treatment to this inmate. At no time have I, or any of the medical or nursing staff at Bullock Correctional Facility,

2

denied Mr. Cox any needed medical treatment, nor have we ever acted with deliberate indifference to any serious medical need of Mr. Cox. At all times, Mr. Cox's known medical complaints and conditions have been addressed as promptly as possible under the circumstances."

Further affiant sayith not.

TAHIR SIDDIQ, M.D.

STATE OF ALABAMA                    )

COUNTY OF _Bullock_                 )

I, _Justine B. Person_ , a Notary Public in and for said State and County, hereby certify that TAHIR SIDDIQ, M.D. who being known to me and who being duly sworn, and whose name is signed to the foregoing document, acknowledged before me on this date that being first informed of the contents of said document, having read the same, and understanding its purpose and effect, voluntarily executed the same upon the above-stated date.

SWORN TO and SUBSCRIBED BEFORE ME on this the _4th_ day of _January_ , 200_7_.

NOTARY PUBLIC
My Commission Expires: _2/24/2009_

(NOTARIAL SEAL)

3

# EXHIBIT F



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 10 /24/06 | TIME 535 ☐AM ☐PM | ORIGINATING FACILITY BCCF ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☒ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKA | CONDITION ON ADMISSION ☐ GOOD ☒ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 98² ☐ ORAL RECTAL | RESP. 20 | PULSE 76 | B/P 110/74 | RECHECK IF SYSTOLIC <100> 50 N/A |
|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / SUTURES |
|---|---|---|---|---|---|---|

S - "I fell in the Shower and
landed on my back."
O - Blk male, Exported to
HCU Via WC, Accomp by
inmate - Alert & Oriented
X3 Resp reg & unlabored
Color adeq Skin Warm
& dry to touch - No bruses
or abrasion.

A - Alteration in Comfort

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

P - Dr. Sidda notified of pt
condition - New Ordered of
Flexeril 10mg PO Bid x10days
Derscenica deft; PO Tid X
10days
Apply warm Compress to
lower back Area PRN.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| DIAGNOSIS |
|---|

| INSTRUCTIONS TO PATIENT |
|---|

| DISCHARGE DATE 10/24/06 | TIME 640 ☐AM ☐PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 10/24/06 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Cox Derrick | DOC# 140608 | DOB 1/7/63 | R/S B/M | FAC. Bccf |
|---|---|---|---|---|