IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| DERICK COX (AIS# 140603), | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION: 2:06CV-989-MHT |
| RICHARD ALLEN, et al., | * |
| Defendants. | * |
| | * |

## NOTICE OF FILING

COME NOW Defendant, Prison Health Services, Inc., et al. (identified in the plaintiff's complaint as Prison Medical Services) (hereinafter "PHS"), and in support of the Special Report previously filed in this case hereby supplements the Special Report by filing the attached original affidavit of Wilma Nalls, R.N. [Exhibit "B"].

Respectfully submitted,

/s/ PAUL M. JAMES, JR.
Alabama State Bar Number JAM017
Attorney for Defendants Prison Health
Services, Inc.


RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
P. O. Box 270
Montgomery, AL 36101-0270
Telephone: (334) 206-3148
Fax: (334) 262-6277
E-mail: pmj@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 18th day of January, 2007, to:

Derick Cox (AIS# 140603)
P. O. Box 5107
Union Springs, AL  36089

Tara S. Knee, Esq.
Assistant Attorney General
Alabama Department of Corrections
Legal Division
P. O. Box 301501
Montgomery, AL  36130

/s/  PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants Prison Health
Services, Inc.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DERRICK COX, #140603 | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | 2:06-CV-989-MHT |
| | * | |
| RICHARD ALLEN, et al., | * | |
| | * | |
| Defendant. | * | |

**AFFIDAVIT OF WILMA NALLS, RN**

**BEFORE ME**, _Louis D. Boyd_, a notary public in and for said County and State, personally appeared **WILMA NALLS**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of his ability, information, knowledge and belief, as follows:

"My name is Wilma Nalls. I am over the age of twenty-one and I am personally familiar with all of the facts set forth in this affidavit. I have been a licensed, registered nurse in Alabama since 1991. I hold an Associate's Degree in Nursing from Southern Union in Lanier, Alabama. I have practiced nursing since 1991. In particular, I have worked as a nurse at Bullock County Correctional Facility in Union Springs, Alabama, since August of 2004.

Derrick Cox (AIS# 140603) is an inmate currently incarcerated at Bullock County Correctional Facility. I am familiar with Mr. Cox's medical history and conditions, and have seen and evaluated him as a patient on numerous occasions. Mr. Cox has a medical history that is significant for chronic asthma and a psychiatric history for which he takes Prozac. I oversee all of his medical problems, but my primary concern is his asthma. I have also reviewed Mr.

Cox's medical records (certified copies of which are being produced to the Court along with this Affidavit.)

It is my understanding that Mr. Cox has made an allegation in this matter that Bullock County Correctional Facility have failed to provide him with appropriate medical treatment for his back pain. Mr. Cox's allegations in this regard are untrue as he has been afforded appropriate care for this condition at all times.

Mr. Cox presented to the emergency room at Bullock County Correctional Facility on October 24, 2006 and was seen by a nurse. Mr. Cox stated that he fell in the shower and landed on his back. He was treated with pain medicine, muscle relaxers and warm compresses to his back. He was seen and evaluated by Dr. Tahir Sadiq the following day. He was given orders for a bottom bunk and a Lay-in (inactive status). An x-ray of his lumbar spine was ordered and performed and the results of that were normal. Mr. Cox has continued to receive treatment for his complaints of back pain with Advil, Flexeril and extended Lay-in (inactive status). He has been treated each time he raised any health complaints.

Based on my review of Mr. Cox's medical records, and on my personal knowledge of the treatment provided to him, it is my medical opinion that all of his medical conditions and complaints have been evaluated in a timely fashion at Bullock County Correctional Facility, and that his diagnosed conditions have been treated in a timely and appropriate fashion. At all times, he has received appropriate medical treatment for his health conditions from me and the other PHS personnel at Bullock. At no time has he been denied any needed medical treatment. In other words, it is my opinion that the appropriate standard of care has been adhered to at all times in providing medical care, evaluation, and treatment to this inmate.

At no time have I or any of the PHS staff at Bullock County Correctional Facility denied Mr. Cox any needed medical treatment, nor have we ever acted with deliberate indifference to any serious medical need of Cox. At all times, Cox's known medical complaints and conditions have been addressed as promptly as possible under the circumstances."

Further affiant sayith not.

_____
WILMA NALLS, RN

STATE OF ALABAMA          )

COUNTY OF Bullock         )

SWORN TO and SUBSCRIBED BEFORE ME on this the 16 day of January, 200 7.

_____
NOTARY PUBLIC
My Commission Expires: 6-7-2010

(NOTARIAL SEAL)