In the United States
Federal District Court
for middle District U.S.

RECEIVED
2007 FEB -7  A 9:37

[SA]RA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

In matter:
Derick Cox #140603  )
         vs         ) Civil Action
Richard Allen, et al., ) 2:06-CV-989-MHT
                    )
      defendants    )

\* Notice Change of Address
For Legal Mail Purposes

\* New Address:             Telephone #
  c/o Derick Cox           205-426-6084
  58 Bluebell Street
  Bessemer, AL. 35020

  c/o United States Office of Clerk
  P.O. Box 711
  Montgomery, AL. 36101

                    Certificate of Service
                    /s/ Derick Cox, Plaintiff
                        58 Bluebell Street
                        Bessemer, AL. 35020



From Deack Cox
58 BlueBell Street
Bessemer, AL. 35020

TO: Middle district U.S. Court
P.O. Box 711
C/o office of Clerk
Montgomery, AL. 36101

(Legal Notification)