IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN_____ DIVISION

DERICK COX (AIS# 140603)
_____ ,

    Plaintiff,

v.

RICHARD ALLEN, et al.
_____ ,

    Defendants,

CASE NO. 2:06CV-989-MHT
_____

## CONFLICT DISCLOSURE STATEMENT

COMES NOW PRISON HEALTH SERVICES, INC._____ , a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| AMERICAN SERVICE GROUP, INC. | PARENT COMPANY |
| | |
| | |
| | |

2/8/2008
_____
Date

/s/ PAUL M. JAMES, JR.
_____
(Signature)

Paul M. James, Jr.
_____
(Counsel's Name)

Prison Health Services, Inc.
_____
Counsel for (print names of all parties)
P. O. Box 270
_____
Montgomery, AL  36101-0270
Address, City, State Zip Code
334-206-3148
_____
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> _____ DIVISION

## CERTIFICATE OF SERVICE

I, PAUL M. JAMES, JR. _____, do hereby Certify that a true and correct copy
of the foregoing has been furnished by <u>U.S. MAIL</u> _____ (manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this <u>8TH</u> day of <u>FEBRUARY</u> 20<u>08</u>, to:

~~DERICK COX AIS # 140096~~                    Derick Cox
~~P. O. BOX 5107~~                             58 Bluebell Street
~~UNION SPRINGS, AL 36089~~                    Bessemer, AL   35020

By CM/ECF

Tara S. Knee, Esq.

Alabama Department of Corrections


2/8/2008                                       /s/ PAUL M. JAMES, JR.
            Date                                          Signature