IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DERRICK COX, #140603, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 2:06-CV-00989-MHT |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

RESPONSE TO COURT'S ORDER

COMES NOW the plaintiff in the above styled cause, Derrick Cox, proceeding *pro se*, and respectfully responds to this Honorable Court's Order dated August 6, 2008. This is to advise the Court that plaintiff does wish to proceed on his claims for relief in the above-styled action.

RESPECTFULLY SUBMITTED,

Derrick Cox
Pro Se
58 Bluebell Street
Bessemer, Alabama 35020

CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above Response by placing the same in the United States Mail, properly addressed and postage prepaid this 14th day of August, 2008.

**Tara Smelley Knee**
Alabama State Personnel Department
Legal Division
64 N. Union Street
Montgomery, AL 36130

**Paul McGee James, Jr.**
Rushton Stakely Johnston & Garrett PC
PO Box 270
Montgomery, AL 36101-0270

                                                                   /s/ Derrick Cox
                                                                   Derrick Cox
                                                                   Pro Se

Derrick Cox
58 Bluebell Street
Bessemer, Alabama 35020



Ms. Debra P. Hackett
Clerk of Court
United States District Court
Middle District of Alabama
One Church Street
Montgomery, AL 36104