IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DERRICK COX, #140603, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 2:06-CV-00989-MHT |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

### MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW the plaintiff in the above styled cause, Derrick Cox, proceeding *pro se*, and hereby respectfully requests that this Honorable Court appoint an attorney to represent me in the above-styled cause. In support of this motion, plaintiff states as follows:

1. Plaintiff is not an attorney.

2. The appointment of an attorney would not only be beneficial to plaintiff, but to the Court and the defendants, in that an experienced attorney could help the action to proceed in a timely fashion. Thus, conserving judicial resources.

3. Plaintiff is unemployed and cannot afford to employ counsel on his own. Plaintiff has enclosed an Application to Proceed *In Forma Pauperis* evidencing his inability to afford counsel.

**WHEREFORE, PREMISES CONSIDERED**, plaintiff requests that this Honorable Court grant his Application to Proceed *In Forma Pauperis* and his Motion for Appointment of Counsel.

RESPECTFULLY SUBMITTED,

*Derrick Cox*
Derrick Cox
Pro Se
58 Bluebell Street
Bessemer, Alabama 35020

CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above Response by placing the same in the United States Mail, properly addressed and postage prepaid this 14th day of August, 2008.

**Tara Smelley Knee**
Alabama State Personnel Department
Legal Division
64 N. Union Street
Montgomery, AL 36130

**Paul McGee James, Jr.**
Rushton Stakely Johnston & Garrett PC
PO Box 270
Montgomery, AL 36101-0270

                                                       */s/ Derrick Cox*
                                                      Derrick Cox
                                                      Pro Se

Derrick Cox
58 Bluebell Street
Bessemer, Alabama 35020



Ms. Debra P. Hackett
Clerk of Court
United States District Court
Middle District of Alabama
One Church Street
Montgomery, AL 36104