IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DERRICK COX, #140603, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-CV-989-MHT |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the application for leave to proceed without prepayment of fees filed by the plaintiff on August 18, 2008 (Court Doc. No. 33), which the court construes as a motion for leave to proceed *in forma pauperis*, and as this court previously entered an order allowing the plaintiff leave to proceed *in forma pauperis* in this matter (Court Doc. No. 3), it is

ORDERED that this motion be and is hereby DENIED as repetitious.

Done this 19th day of August, 2008.

       /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE