IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DERRICK COX, #140603, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:06-CV-989-MHT |
| RICHARD ALLEN, et al., | ) ) ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to withdraw as counsel for defendant Allen filed by Tara S. Knee on August 25, 2008 (Court Doc. No. 36), and for good cause shown, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 25th day of August, 2008.

                                            /s/ Wallac Capel, Jr.
                                            WALLACE CAPEL, JR.
                                            UNITED STATES MAGISTRATE JUDGE