IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DERRICK COX, #140603,                     )
                                          )
          Plaintiff,                      )
v.                                        )   CASE NO. 2:06-CV-00989-MHT
                                          )
RICHARD ALLEN, et al.                     )
                                          )
          Defendants.                     )
                                          )

## MOTION TO SUBSTITUTE COUNSEL

Come now the undersigned counsel in the above styled action and files this Motion to Substitute Counsel stating as follows:

1.  The Defendant, Richard Allen, has been previously represented in this action by the Honorable Tara S. Knee.

2.  That the Honorable Tara S. Knee has been assigned to another state agency and will no longer represent the interests of Defendant Allen in this action.

3.  That by filing this Motion to Substitute, the undersigned moves the Court to substitute himself as counsel for Defendant Allen, and allow the Honorable Tara S. Knee to withdraw as Counsel for the Defendant.

4.  That granting this motion will not unduly prejudice the Plaintiff.

Respectfully submitted,

 /s/Bart Harmon
KIM T. THOMAS (THO115)
BART HARMON (HAR127)
ADOC - Legal Division
301 S. Ripley St.
P.O. Box 301501
Montgomery, AL 36130
TEL 334-353-3881
FAX 334-353-3891
Bart.harmon@doc.alabama.gov


## CERTIFICATE OF SERVICE

I   HEREBY CERTIFY that on the 27th of August, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, and that I served a copy of the foregoing document on the following inmate by placing a copy of the same in the United States Mail, First Class postage prepaid:

Derrick Cox
58 Bluebell St.
Bessemer, AL 35020

 /s/ Bart Harmon
BART HARMON (HAR127)