IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DERRICK COX, #140603,                        )
                                             )
        Plaintiff,                           )
                                             )
v.                                           )        CASE NO.: 2:06-cv-989-MHT
                                             )                 (WO)
RICHARD ALLEN, *et al.*,                     )
                                             )
        Defendants.                          )

**ORDER**

The magistrate judge entered a recommendation (Doc. #40) in this case to which no timely objections have been filed.  After a review of the recommendation and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted.  Accordingly, it is ORDERED that:

(1)     The recommendation (Doc. #40) of the magistrate judge is adopted.

(2)     Defendants have filed special reports (Docs. ##10, 18, 20), in response to plaintiff's suit under 42 U.S.C. § 1983, which reports the court construes as motions for summary judgment.  See order (Doc. #22) of January 16, 2007.  Defendants' motions for summary judgment (Docs. ##10, 18, 20) are granted for the reasons stated in the magistrate judge's recommendation.

An appropriate judgment will be entered.

DONE, this the 8th day of May, 2009.

                  /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE